## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| D.G., by Next Friend G., Gail Stricklin, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> C. BRAD HENRY, in his official capacity as Governor of the State of Oklahoma, et al., <br><br> Defendants. | Case No. 08-CV-74-GKF-FHM |

## OPINION AND ORDER

Motion of Named Plaintiffs for Entry of an Order To File Under Seal [Dkt. 173] is DENIED without prejudice to refiling. Plaintiff's motion fails to recite whether Defendants object to the motion. LCvR 37.1. Further, Plaintiffs' motion fails to explain why the procedure set out in GO 08-11, which provides for the filing of an unsealed pleading and a supplemental sealed pleading, is not appropriate.

SO ORDERED this 21st day of November, 2008.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE