### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| D.G., by Next Friend G., Gail Stricklin, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> C. BRAD HENRY, in his official capacity as Governor of the State of Oklahoma, et al., <br><br> Defendants. | Case No. 08-CV-74-GKF-FHM |

### OPINION AND ORDER

Plaintiffs' Contested Application to Schedule Status Hearing [Dkt. 415] has been referred to the undersigned United States Magistrate Judge. Defendants have filed a Response. [Dkt. 419].

Plaintiffs seek a status hearing to address unresolved discovery issues raised in the parties' status reports filed September 10, 2010. Defendants object to addressing discovery issues through status hearings and argue that following the more formal procedures of fully briefed motions would be a better practice in this case.

The Court previously employed status reports and status hearings to supervise the production of case files by Defendants. That procedure was generally helpful in addressing that issue. However, the undersigned is persuaded that status hearings are not the best procedure to handle all discovery issues. The parties and the Court generally benefit from the more deliberate presentation of issues through motions and briefs.

The Court, therefore, DENIES Plaintiffs' Contested Application to Schedule Status Hearing [Dkt. 415] and directs the parties to follow the regular motion practice in bringing discovery issues before the Court.

SO ORDERED this 13th day of October, 2010.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

2