**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

D.G., by Next Friend G., Gail Stricklin, et
al.,

              Plaintiffs,

vs.

C. BRAD HENRY, in his official capacity
as Governor of the State of Oklahoma,
et al.,

              Defendants.

Case No. 08-CV-74-GKF-FHM

## OPINION AND ORDER

Plaintiffs Children's Sixth Class-Wide Motion to Compel [Dkt. 448] is before the

Court for decision. Defendants have filed a Response [Dkt. 468] and Plaintiffs have filed

a Reply [Dkt. 479].

In their response, Defendants state that they will produce the documents requested

in Plaintiffs' motion.

Plaintiff Children's Sixth Class-Wide Motion to Compel [Dkt. 448] is, therefore,

GRANTED.

IT IS SO ORDERED this 11th day of February, 2011.

_Frank H. McCarthy_
_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE