# EXHIBIT B

# Research Methods for Social Work

Fourth Edition

Allen Rubin
*University of Texas at Austin*

Earl Babbie
*Chapman University*

Wadsworth
Thomson Learning™

Australia • Canada • Mexico • Singapore • Spain • United Kingdom • United States

Social Work Editor: *Lisa Gebo*
Assistant Editor: *Susan Wilson*
Editorial Assistant: *Sheila Walsh*
Marketing Manager: *Caroline Concilla*
Marketing Assistant: *Jessica McFadden*
Project Editor: *Lisa Weber*
Print Buyer: *Karen Hunt*
Permissions Editor: *Robert Kauser*
Production Service: *Ruth Cottrell*
Text Designer: *Yvo Riezebos*
Copy Editor: *Steven Summerlight*
Cover Designer: *Yvo Riezebos*
Cover Printer: *Phoenix Color Corporation*
Compositor: *Thompson Type*
Printer: *Quebecor/World, Versailles*

COPYRIGHT © 2001 Wadsworth.
Brooks/Cole Social Work is an imprint of Wadsworth, a division of Thomson Learning, Inc. Thomson Learning™ is a trademark used herein under license.

ALL RIGHTS RESERVED. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, Web distribution, or information storage and retrieval systems—without the written permission of the publisher.

Printed in the United States of America.
5 6 7 03

For permission to use material from this text, contact us by
Web: http://www.thomsonrights.com
Fax: 1-800-730-2215
Phone: 1-800-730-2214

Soc Work
HV
11
.R84
2001

**Wadsworth/Thomson Learning**
**10 Davis Drive**
**Belmont, CA 94002-3098**
**USA**

For information about our products, contact us:
**Thomson Learning Academic Resource Center**
**1-800-423-0563**
http://www.wadsworth.com

**International Headquarters**
Thompson Learning
International Division
290 Harbor Drive, 2nd Floor
Stamford, CT 06902-7477
USA

**UK/Europe/Middle East/South Africa**
Thomson Learning
Berkshire House
168-173 High Holborn
United Kingdom

**Asia**
Thomson Learning
60 Albert Street, #15-01
Albert Complex
Singapore 189969

**Canada**
Nelson Thomson Learning
1120 Birchmount Road
Toronto, Ontario M1K 5G4
Canada

**Library of Congress Cataloging-in-Publication Data**

Rubin, Allen.
Research methods for social work / Allen Rubin, Earl Babbie.—4th ed.
p. cm.
Includes bibliographical references and index.
ISBN 0-534-36217-6
1. Social service—Research—Methodology. I. Babbie, Earl R. II. Title.

HV11 .R84 2000
361'.007'2--dc21

00-032466

Case 4:08-cv-00074-GKF-fhm Document 579-2 Filed in USDC ND/OK on 08/01/11 Page 4 of 5


whereas the idiographic approach aims at fully explaining a single case.

You also could take an idiographic approach in finding out if the intervention is effective with your particular client by conducting a single-case design evaluation. That approach would entail measuring your client's PTSD symptoms each day for a week or two and graphing the results before implementing the new intervention. Then you would continue to graph the symptoms after the new intervention begins. Whether the graphed data show a clear amelioration in PTSD symptoms that coincide with the onset of the intervention will indicate whether the intervention appears to be effective for your particular client. In Chapter 11 of this book, on single-case designs, you will learn more about how to design and conduct idiographic studies like this in your own practice.

## QUANTITATIVE AND QUALITATIVE METHODS OF INQUIRY

The discussions of determinism, reality, and different models for understanding illustrate how complex things can get when we examine the philosophical underpinnings of social scientific inquiry. As we indicated earlier, not all social scientists or social work researchers share the same philosophical assumptions. Some question determinism. Some accept a postmodern view of reality, while others dismiss that view as nonsense. Some social scientists are generally more interested in idiographic understanding, while others are more inclined to the nomothetic view. Moreover, the nature of your professional activities may push you in one direction or in the other. Direct service practitioners, for example, will probably choose an idiographic approach to understanding specific clients, although nomothetic understanding of common causes of social problems may suggest variables to explore in the case of specific clients.

Sometimes, differences in philosophical assumptions lead to arguments over which approaches to research are more legitimate than others. Two research approaches that have been the center of much debate in the social work literature since the early 1980s are called *quantitative methods* and *qualitative methods*. **Quantitative methods** emphasize the production of precise and generalizable statistical findings and are generally more appropriate to nomothetic aims. When we want to verify whether a cause produces an effect in general, we are likely to use quantitative methods. (Sometimes quantitative methods are also used in studies with idiographic aims—especially in idiographic studies employing single-case designs, as will be discussed in Chapter 11.)

Qualitative research methods emphasize the depth of understanding associated with idiographic concerns. They attempt to tap the deeper meanings of particular human experiences and are intended to generate theoretically richer observations that are not easily reduced to numbers.

During the first half of the 20th century, sociologists commonly used qualitative methods. Social workers in that period often used quantitative methods such as social surveys. Of course, direct-service practitioners typically have always relied heavily on a qualitative approach when looking at all the idiosyncratic aspects of a particular client's case. Around the middle of the 20th century, however, the potential for quantitative methods to yield more generalizable conclusions became appealing to social scientists in general. Gradually, quantitative studies were regarded as superior—that is, as more "scientific"—and began to squeeze out qualitative studies.

During the past two decades, qualitative methods have enjoyed a rebirth of support in the social sciences generally, including social work. In a new swing of the professional pendulum, some scholars have even called quantitative methods obsolete and implored the profession to concentrate on qualitative methods (De Maria, 1981; Heineman, 1981; Ruckdeschel and Faris, 1981; Taylor, 1977). Many scholars, however, do not believe that the two contrasting types of methods are inherently incompatible. In their view, despite

philosophical differences, quantitative and qualitative methods play an equally important and complementary role in knowledge building, and they have done so throughout the history of contemporary social science. Indeed, some of our best research has combined the two types of methods within the same study. One example of this is an inquiry by McRoy (1981) into the self-esteem of transracial and inracial adoptees. Quantitative measurement used two standardized scales. One scale revealed no differences in levels of self-esteem between the two groups of adoptees, but the other scale revealed differences in the use of racial self-referents.

In light of her inconsistent quantitative findings, McRoy used the qualitative approach of open-ended, probing interviews to generate hypotheses on how families were handling issues of racial identity with their adopted children. The following tentative factors emerged from her qualitative analysis of the interview data that might influence how adoptees adjust to racial identity problems: parental attitudes, sibling and peer relationships, role-model availability, extended family factors, racial composition of school and community, and experience with racism and discrimination.

Thus, whether we should emphasize qualitative or quantitative research methods may depend on the conditions and purposes of our inquiry. Qualitative methods may be more suitable when flexibility is required to study a new phenomenon about which we know very little, or when we seek to gain insight into the subjective meanings of complex phenomena to advance our conceptualization of them and build theory that can be tested in future studies. Qualitative research thus can sometimes pave the way for quantitative studies of the same subject. Other times, qualitative methods produce results that are sufficient in themselves. For example, Elliot Liebow's classic study of street-corner life in *Tally's Corner* (1967) needs no further elaboration by statistical analysis. If you read this book, you will come away with a sense of really understanding the quality of life among Liebow's subjects, and you are unlikely to feel the need for statistical data to improve that understanding.

In sum, you do not need to choose one camp or the other. Each approach is useful and legitimate. Each makes its unique contribution to inquiry. Each has its own advantages and disadvantages. Each is a set of tools, not an ideology. Researchers need to match the tools they use with the research questions and conditions they face—using quantitative methods for some studies, qualitative methods for others, and both methods in combination for still others.

## OBJECTIVITY AND SUBJECTIVITY IN SCIENTIFIC INQUIRY

A recurrent theme implicit in much of what we have discussed throughout this chapter is the pursuit of objectivity in scientific inquiry. Both quantitative and qualitative methods try to be objective, although they do it in different ways (as we will see in later chapters). It would be misleading, however, to give you the impression that objectivity is easy to achieve or even that its meaning is obvious. (We noted this earlier in our discussion of paradigms.) For example, from a premodern point of view, objectivity means observing what's "really there." In contrast, subjectivity would mean that your observations were distorted by the contents of your own mind. As we've seen earlier, however, the modern view essentially says it's impossible to see what's really there, and the postmodern view questions whether there's anything "really" there at all. Thus, the former suggests we cannot completely escape our subjectivity, while the latter suggests that subjectivity is all that really exists. How then can social workers and other investigators be "objective"?

Ultimately, we have no way of proving whether an objective reality exists beyond our perceptions, or—if it does exist—whether we are observing it accurately at any given moment. Nonetheless, scientists do have a standard to use in lieu of a direct pipeline to objective reality: agreement. As you'll