# EXHIBIT C

Second Edition

# The Handbook of Social Work Research Methods

Editor
Bruce Thyer
Florida State University College of Social Work

SAGE
Los Angeles | London | New Delhi
Singapore | Washington DC

Second Edition

# The Handbook of Social Work Research Methods

Editor
Bruce Thyer
Florida State University College of Social Work

SAGE
Los Angeles | London | New Delhi
Singapore | Washington DC

Copyright © 2010 by SAGE Publications, Inc.

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

*For information:*

SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
1 Oliver's Yard
55 City Road
London EC1Y 1SP
United Kingdom

SAGE Publications India Pvt. Ltd.
B 1/I 1 Mohan Cooperative Industrial Area
Mathura Road, New Delhi 110 044
India

SAGE Publications Asia-Pacific Pte. Ltd.
33 Pekin Street #02-01
Far East Square
Singapore 048763

Printed in the United States of America

*Library of Congress Cataloging-in-Publication Data*

The handbook of social work research methods/Bruce Thyer, editor. — 2nd ed.
p. cm.
Includes bibliographical references and index.
ISBN 978-1-4129-5839-4 (cloth)
ISBN 978-1-4129-5840-0 (pbk.)
1. Social service—Research. I. Thyer, Bruce A.

HV11.H342 2010
361.0072—dc22 2009015072

This book is printed on acid-free paper.

09 10 11 12 13 10 9 8 7 6 5 4 3 2 1

*Acquisitions Editor:* Kassie Graves
*Editorial Assistant:* Veronica Novak
*Production Editor:* Catherine M. Chilton
*Copy Editor:* Gillian Dickens
*Typesetter:* C&M Digitals (P) Ltd.
*Proofreader:* Annette R. Van Deusen
*Indexer:* Bruce Thyer
*Cover Designer:* Candice Harman
*Marketing Manager:* Carmel Schrire

# CHAPTER 18

# An Overview of Qualitative Research Methods

Michael J. Holosko

Qualitative research has a long history in the social and behavioral sciences. In social work, it has evolved from the previously deemed "other method" of empirical research to the "alternative method" (Holosko, 2001). This represents a considerable shift in how social work has come to accept, use, teach, and embrace it as a bona fide research method. This chapter is organized according to (a) a brief history of qualitative research, (b) definitions, (c) beyond the qualitative-quantitative debate, (d) reasons for conducting qualitative social work research, (e) selected methodological issues, and (f) steps in conducting qualitative social work research.

## A Brief History of Qualitative Research

The use of qualitative research in the social sciences can be traced back to Frederick LePlay's 19th-century observational study of European families, kinship, and communities titled *The European Working Class* (Bogdan & Taylor, 1975; Nesbit, 1966). LePlay's work predated Emile Durkheim's *Suicide*, considered by many in the Western world to be the first scientific research work in the social sciences (Durkheim, 1951).

Although qualitative research had its formal beginnings in sociology during the late 19th and early 20th centuries, it was anthropologists studying so-called primitive societies who successfully embraced the method. After the turn of the 20th century, both in the United Kingdom and North America, sociologists reclaimed the method (Malinowski, 1922/1962) and began popularizing it at the hotbed of American sociology, the "Chicago school" (Bogdan & Taylor, 1975). Thomas and Znaniecki (1927), two of the more influential sociologists at the school in the late 1920s, wrote,

> We are safe in saying that personal life-records [personal documents] constitute the perfect type of sociological material and that if social science has to use other materials at all, it is only because of the practical difficulty of obtaining at the moment

[a] sufficient number of such records to cover the totality of sociological problems. (p. 1832)

Following the Great Depression and two world wars during the period 1930–1950, as North American society evolved from a primary economy (e.g., farming, fishing) to a more technologically advanced secondary one (e.g., manufacturing), qualitative research lost much of its early appeal to social researchers who were now smitten by quantitative research, its methods, and the pursuit of "hard facts and figures." However, during the 1960s and 1970s, a group of sociologists and anthropologists persevered and would not let the method die. These included Herbert Gans, Fred Davis, Howard Becker, Blanche Geer, Alvin Gouldner, Barney Glaser, Anselm Strauss, Robert Park, Jack Douglas, Laud Humphreys, Margaret Mead, Oscar Lewis, Erving Goffman, and others, many of whom were affiliated with the Chicago school. Thus, qualitative research became more readily accepted as the "other research method" of social science.

From the 1980s through present day, a proliferation of qualitative studies and methodological texts emerged across the allied disciplines of sociology, educational psychology, business, public health, anthropology, nursing, and social work. During the past 25 years, in all of the aforementioned disciplines, qualitative methods evolved from the previously described "other research method" to the presently deemed "alternative research method" (Holosko, 2001).

## Definitions of Research, Social Research, and Qualitative Research

The definitions of research, social research, and qualitative research offered here are in a conceptual hierarchy, with the elements of one being incorporated into the elements of the one before. Thus, qualitative research is a part of social research, which is a part of research. *Research* is the systematic investigation of a phenomenon. It is the process of searching, investigating, and/or discovering facts through scientific inquiry. All research includes the following four elements to varying degrees: (a) observation, (b) questioning, (c) collecting information, and (d) analysis. *Social research* is that research germane to the social or behavioral sciences. All social research includes minimally (a) a specified purpose, (b) rationale for study, (c) a specified method, (d) analysis of data, and (e) a conclusion (Holosko, 2006a).

The philosophers of science remind us that ideally, research produces knowledge through the discovery of new facts, theories, methods, and ideas. In this regard, research is the fuel that drives the engine of knowledge acquisition. Thus, the central concern of researchers is to conduct "good" research that duly incorporates all of the elements just listed.

Filstead's (1970) text put forward a simple definition of *qualitative research:* "firsthand involvement with the social world." As analyzed by Goldstein (1991), *firsthand* implies the context of investigation, the immediate on-site setting in which qualitative methods are employed, and *involvement* refers to the actual participation of the researcher in the social world that is being studied. The researcher is not an attached observer; rather, the researcher is *in* and, as such, becomes *an active part of* the event that he or she is investigating (p. 103). A more expanded definition put forward by Tutty, Rothery, and Grinnell (1996) is "the study of people in their natural environments, as they go about their daily lives. It tries to understand how people live, how they talk and behave, and what captivates

and distresses them. More importantly, it strives to understand the meaning peoples' words and behaviors have for them" (p. 4).

Despite the fact that professional social work has employed qualitative methods in practice since its inception, it was not until the 1980s (when qualitative research was more accepted by other disciplines) that North American social work fully embraced the method. Thus, schools of social work began including its content in their accredited B.S.W. and M.S.W. curricula. In addition, mainstream academic social work journals began publishing more qualitative studies than ever before, numerous so-called method texts appeared almost overnight, and (since about 1990) Ph.D. programs began to regularly teach and promote it as an acceptable method for fulfilling the thesis requirement.

## Beyond the Qualitative-Quantitative Debate: Some Selected Differences

The allied social science disciplines that teach and use qualitative research have matured significantly beyond the debate as to whether qualitative or quantitative methods are better. This is because the debate often polarizes these methods when, in many instances, they often overlap and complement each other. Comparing selected differences between quantitative and qualitative research in a positive way without disparaging either method at the expense of the other has been shown to be an appropriate way of clarifying research concepts, ideas, and assumptions (Cassel & Symon, 1994; Padgett, 2004, 2008).

In social work, the profession has incorporated its principles into one of its research mainstays, single-system design (Bloom, Fischer, & Orme, 1999); shown its applicability to diverse social work theories such as feminism (Davis & Marsh, 1994; Finch, 2004); demonstrated its applicability to practice knowledge in general (Goldstein, 1991; Lishman, 2007); demonstrated its teaching appeal to social work academics (Cooper, 2006; Roberts, 1989); maximized its data utility and accountability (Beeman, 1995; Harold, Palmiter, Lynch, & Freedman-Doan, 1995; Padgett, 2008); touted its statistical application and relevance (Rosenthal, 1996); informed professionals about how to get their qualitative studies published (Gilgun, 1993; Holosko, 2006b); and written practitioner-oriented method texts on how to conduct qualitative research (Padgett, 2004, 2008; Tutty et al., 1996).

Table 18.1 presents some of the selected differences primarily from a social work research perspective. It is important to note that there are areas of overlap between quantitative and qualitative research in each of the criteria listed in the table. For example, both may produce descriptive data (Criterion 1), and both may incorporate aspects of phenomenology and positivism (Criterion 2). So, for each criterion listed, these differences are true in most circumstances but not absolutely.

### Purpose

Qualitative social work research has, as its expressed purpose, to produce "rich text" or thick descriptive data in an individual's own written or spoken words and/or observable behavior. Whether the topic of study is the client, individual, family, an event, behavior, agency, organization, and/or culture, all qualitative research yields descriptive data foremost. Quantitative social work research, however, may also produce descriptive data, but normally these are in quantitative-descriptive (numeric or statistical) form. Its purpose also can be to

**Table 18.1 Selected Differences Between Qualitative and Quantitative Social Work Research**

| Selected Criteria | Qualitative | Quantitative |
|---|---|---|
| Main purpose | To describe individuals and events in natural settings | To explore, describe, test, or assess phenomena |
| Philosophical perspective | Phenomenology | Positivism |
| Logical orientation | Inductive (G → S) | Hypothetical-deductive (S → G) |
| Dynamism | Process oriented: experiential and systemic | Deterministic: linear and prescribed |
| Theory use and generation | Integrated throughout; requisite grounded theory | To justify hypothesis questions and to validate |
| Researcher's role | Active (immersion) | Passive (immersion optional) |
| Problem specification | May emerge at the end | Early on |
| Method | Create as one evolves | Predetermined |
| Generalizability | Low | High |

explore a phenomenon such as test ideas, assumptions, or variables or assess/evaluate something (e.g., a practice intervention, a human service program or policy).

## Philosophical Perspective

Also referred to as epistemology, qualitative research (social work or otherwise) is primarily phenomenological. Quantitative research is primarily positivistic. The former is primarily interpretative and seeks to understand the human experience from the individual's own frame of reference (Bogdan & Taylor, 1975, p. 2). The latter position, commonly referred to in social work as positivism (Thyer, 2001, 2008b), seeks the facts or causes of social phenomena based on experimentally derived evidence and/or valid observations by studying human phenomena with the same tools of scientific inquiry used in the natural and physical sciences.

## Logical Orientation

Qualitative social work research primarily works from an inductive point of view or a general perspective that does not require rigorously defined questions and hypotheses. As such, a study evolves from the "facts up" and logically proceeds from a general point of view to a specific conclusion, set of questions, hypotheses, or grounded theory (Tutty et al., 1996). Quantitative social work research, for the most part, works from the problem question, or "theory down," to a generalizable conclusion. In this hypothetical-deductive process, testable assumptions or hypotheses are determined and then operationalized, data are collected, and the assumptions or hypotheses are assessed for their validity (Draper, 2004; Thyer, 2001).

## Dynamism

Qualitative social work research, by its very nature, is process oriented, whereby the researcher enters the natural setting and touches, feels, lives, and observes the subject of study (e.g., the individual behavior, family, group, agency, and/or community; Strauss & Corbin, 1998). This holistic experiential in vivo perspective is a requisite for collecting rich, contextual, and complete descriptive data (Padgett, 2008). Thus, one observation shapes the perception of the other and vice versa. Quantitative social work research typically follows a more deterministic lock-step process from problem statement, to literature review, to testable assumptions/hypotheses, to data collection, to analysis (Rubin & Babbie, 2008). Although some quantitative social work research methods allow for the researcher to be more experientially and actively involved in his or her study (e.g., single-system designs), the researcher's role is still detached and is oriented toward following the linear steps described previously.

## Theory Use and Generation

Qualitative social work researchers may or may not use theory to assist them in the subjects of their investigations, and some argue that rigorously defined questions or hypotheses emanating from theory delimit such research. Concepts, ideas, and questions that guide their work often emerge during the course of their study in response to what they are observing, not to preordained theories or beliefs (Tutty et al., 1996, p. 12). Furthermore, it is an implicit requirement of qualitative research that the conclusions of their studies result in a simple explanatory or middle-range theory, referred to as *grounded theory* (Schatzman & Strauss, 1973). Theory in quantitative social work research first is used to derive the testable assumptions/hypotheses of the study. It then is used during the data analysis or end stage of the study, whereby the data collected are used to verify or negate the theory from which the testable assumptions/hypotheses were formulated. The push to grounded theory to explain findings is not a requisite of this method, and as a result, many social work researchers do not generate any theory per se from their studies (Thyer, 2008a).

## Researcher's Role

All qualitative research requires the researcher to be actively immersed in the natural environment that he or she is observing. The subjective lens that the researcher brings to the subject of study in vivo is an integral part of such research. Quantitative research does not require this, and for the most part, the researcher has a passive and detached role. However, some social work research (e.g., practice or program evaluation) requires the researcher to be more involved in the setting in which his or her investigation takes place. But even in such cases, the researcher generally assumes a neutral and objective role during the course of the study.

## Problem Specification

Qualitative research avoids specifying the problem of study early on. Indeed, the actual phenomena being studied may not be apparent until the very end of the investigation (Strauss & Corbin, 1998). Conversely, quantitative research requires clear problem specification and operationalization of study variables from the onset (Rubin & Babbie, 2008; Thyer, 1993).

### Method

This term generally encompasses the study design, sample selection, study procedure, and data collection. Qualitative social work research allows the method to unfold during the course of the investigation (Padgett, 2008). The researcher then flexibly crafts the method to suit the evolving study requirements (Fischer, 1993; Holosko & Leslie, 1998). So, questions such as how many interviews should take place and what questions the researcher should ask respondents usually are not addressed until the researcher gets to that step in the investigation. Quantitative social work research, however, usually predetermines the method by planning it carefully, ideally pretesting aspects of it (e.g., its feasibility, length of time for data collection, and instrumentation), and describing it in detail (Rubin & Babbie, 2008).

### Generalizability

Generalizability is attributed to two components of the research process, the method and the findings (Holosko, 2006a). In qualitative social work research, because methods often use biased or purposive samples, abnormal events, and/or anomalies, findings are targeted not to precise conclusions but rather to more general conclusions (Strauss & Corbin, 1998). As such, their generalizability is deemed low. Quantitative research, however, strives for more precise measurement and findings. For example, psychometrically standardized instruments are encouraged, random samples generalized to populations often are selected, and parametric statistics often are used to promote generalizability. Their findings are normally answers to the early questions posed and are stated in precise and qualified ways to enhance their overall generalizability.

Overall, Table 18.1 outlines a number of selected differences between qualitative social research and quantitative social research. Social work has been highly successful in using both types of research and lately has encouraged the use of both methods concurrently (Cowger & Menon, 2001). As indicated previously, some social work research (e.g., survey research, case analyses, policy analyses, practice, and program evaluations) often incorporates both qualitative and quantitative elements in their designs, and as a result, many of the previously described differences of these approaches overlap, even in areas otherwise deemed to be vastly different. As such, some social work research has assisted in integrating aspects of the principles and procedures of these two approaches, and future projections about social work practice and research suggest that this trend will continue.

## Reasons for Conducting Qualitative Social Work Research

Although the acquisition of new knowledge trumps all other reasons for conducting qualitative social work research, Padgett (2008) cites six commonly noted reasons why social workers wish to use this alternate method. Qualitative research can be done in concert with quantitative social work research, and as previously indicated, they are not necessarily mutually exclusive of one another. The reasons for using this research approach include the following: (a) One wishes to explore a topic or phenomenon of which little is actually known; (b) one wishes to pursue a topic or study something that is sensitive and has emotional depth; (c) one may wish to capture the so-called lived experience from the perspectives of those who live it and create meaning from it; (d) one may wish to delve inside the so-called black box (Scriven, 1999) of programs and interventions; (e) one is a quantitative social work

Case 4:08-cv-00074-GKF-fhm Document 579-3 Filed in USDC ND/OK on 08/01/11 Page 11 of 18


researcher who has reached an impasse in data collection, interpretation of data, and/or findings; and (f) one wishes to give "voice" to a group and merge social activism with research.

These six rationales set the tone for such research to be inquiry and problem based as well as exciting, as they give a face and a voice to the vulnerable individuals who are routinely seen and heard in social work practice. An old adage about the history of our noble and altruistic profession (Lubove, 1973) is that social workers have always been able to help their clients to "tell their stories," and it appears that when looking at these rationales objectively, they dovetail very nicely with the mandate and values of our profession (Gilgun, 1993; Padgett, 2008).

## Selected Methodological Issues

It is impossible to address the plethora of various methodological issues of qualitative social work research in a brief chapter such as this one. However, be reminded that all such research is (a) scientific, (b) is rigorous, (c) involves systematic inquiry, and (d) is becoming mainstream in social work and other allied professions and being promoted more by both funding agencies and private foundations that support our research initiatives. The future holds a promising challenge for social work education to better incorporate, teach, and train its students and professionals in understanding and using qualitative research methods. A few of the selected methodological concerns presented here include (a) research roles and responsibilities, (b) entering the field and collecting data, (c) time and sampling, (d) research methods and techniques, and (e) steps in conducting qualitative social work research.

### Research Roles and Responsibilities

In an effort to more fully describe the roles and responsibilities for conducting qualitative social work research, Neuman (1994) described 10 roles that the researcher must employ:

1. Observe ordinary events and everyday activities as they happen in natural settings in addition to any unusual occurrences.
2. Become directly involved with the people being studied and personally experience the process of daily social life in the natural setting.
3. Acquire an insider's point of view while maintaining an analytic perspective or distance of an outsider.
4. Flexibly use a variety of techniques or social skills as the situation demands.
5. Produce extensive data in the form of written notes, diagrams, maps, sketches, and/or pictures to provide detailed descriptions.
6. Study events holistically (e.g., systemically, as things relate to each other) and individually within their social context.
7. Understand and develop empathy for individuals in the field setting, and do not just record "cold" objective facts.
8. Notice both explicit (e.g., recognized, conscious, spoken) and tacit (e.g., less recognized, implicit, unspoken) aspects of the setting and culture.
9. Observe ongoing process without upsetting, disrupting, or imposing an outsider's point of view.
10. Be capable of coping with high levels of personal stress, time demands, uncertainty, ethical dilemmas, and ambiguity.

Taken as a whole, the preceding roles and their responsibilities are carried out in qualitative social work research studies but also are required for good social work practice (Tutty et al., 1996, p. 5).

Given the fact that the qualitative social work researcher is ostensibly "part of the study," based on how it actually unfolds, the researcher's role varies accordingly on a continuum of activity-passivity as indicated in Figure 18.1. As indicated in Figure 18.1, the researcher moves fluidly and malleably in affecting his or her role, up and down this continuum during the course of their study. This is done in the quest for "thick" descriptive data that are accurate, verifiable, checkable, and respectful to those in the natural settings where data collection occurs. If one considers the research roles in Figure 18.1, one comes to understand how varying degrees of involvement in data collection strategies come about (i.e., participant as observer vs. participant observer, reader/reviewer as compiler of data vs. reader/reviewer as data cross-referencer, casual interviewer vs. in-depth interviewer, and active listener vs. passive listener). The subtleties and distinctions between these various research roles are important to the collection of meaningful qualitative data.

## Entering the Field and Collecting Data

Qualitative research uses the term *field* as a short form for *field setting*. These are the actual sites where data collection takes place. How the qualitative social work researcher enters the field and negotiates the setting is an important aspect of such research (Schatzman & Strauss, 1973). Indeed, it affects how the researcher comes to observe/study his or her subject and, in turn, affects how he or she collects their data. For instance, not having permission to observe/study/collect data, being a stranger in the setting, and/or observing phenomena at the wrong time of the day (or night) would all yield a totally different picture and produce a different data set. Thus, entering the field is something that qualitative researchers take seriously.

Three things to consider when entering the field include (a) *casing the setting*, going into the setting beforehand to determine its suitability and feasibility; (b) *permission seeking*, seeking and obtaining formal written permission to enter the setting, including ethical consent approval; and (c) *obstacles/restrictions*, appraising the obstacles and restrictions apparent in the setting and strategizing how to negotiate them.

Since qualitative research is normally conducted in naturalistic settings with relatively few controls, and the researcher's role is one of sharing these firsthand experiences, it is typical for such researchers to use different and multiple data collection approaches as their studies unfold. These approaches can be broken down into four basic strategies, as indicated in Figure 18.2.




Figure 18.1 Continuum of Activity-Passivity of the Qualitative Researcher's Role in Data Collection

Figure 18.2
Basic Qualitative Data Collection Strategies

| Basic Strategies | Comments |
|---|---|
| 1. Observation | Seeing, watching, or systematically observing normal/abnormal events, situations, activities, behaviors, or phenomena |
| 2. Reading/reviewing | Reading, reviewing, and then analyzing various materials (e.g., reports, records, files, studies, published/unpublished materials, personal documents, unobtrusive measures) |
| 3. Interviewing | Conducting interviews with individuals, families, or groups of people |
| 4. Listening | Listening (with or without observing) and noting information heard from interactions in the setting |

As indicated in Figure 18.2, although these four basic strategies seem relatively simple and straightforward, they are not, as over the course of the study, the researcher may use any and all of them at different times.

## Time and Sampling

The issue of both controlling time and spending time conducting qualitative research is a major concern for all social science researchers. It is of particular concern for qualitative social work researchers because often (a) they cannot control time variables, and (b) they investigate and collect data until they feel they have enough information to start their analysis. The latter is referred to as reaching a "data saturation" point, when collecting more data in the qualitative study basically will not add anything to what has been collected.

As a result, one of the challenges confronting such researchers is allocating enough time for their investigations. This time-consuming feature of qualitative research is a major reason why qualitative research is not that appealing to many students, researchers, and/or funding bodies. In short, all qualitative research takes far more time than researchers imagine, and the inquiry process becomes one of perseverance, stamina, and strength of determination (and sometimes character) for many who conduct such studies.

In qualitative research, one may sample units from primary data sources (e.g., observations, interviews, surveys, and focus groups) or secondary data sources (e.g., census tract information, case files or records, annual reports of agencies, and minutes from meetings). As stated, qualitative social work researchers rarely use a single entry point of one data set to conduct their studies. Typically, as the study unfolds, additional areas of inquiry branch out into different streams. This requires researchers to paddle down the newfound stream, explore, and sample yet another perspective to gain more information about the phenomena they are studying.

Such multiple sample perspectives are a feature of qualitative research, which allow for rich experiential, contextual, or comparative data to be collected and then interpreted. Qualitative researchers all believe that the more sampling perspectives the better, as more data can only yield more meaning to the phenomena of study (you can begin to see why qualitative studies take far more time than the researcher typically allots for).

When sampling, the responsible qualitative researcher is concerned with four issues and questions above all others:

1. Multiple samples: What are the various primary and secondary sources used to collect the data in this study?

2. Bias: What biases exist in these samples and data?
3. Contextual meaning: Are there enough data collected from these samples to provide a contextual meaning to the phenomena being studied?
4. Reconciling sampling issues: How does the researcher reconcile the issues/concerns related to sampling in this study?

## Research Methods and Techniques

Conducting qualitative social work research is time-consuming and complex, and certain methods of qualitative research are in and of themselves both unique and require a special set of interpersonal and research skills. Qualitative researchers, therefore, typically toss a broad "methods net" over their entire study, which gives the study a distinct methodological framework in which they can investigate their phenomena. Sometimes, however, multiple method nets are used in these naturalistic studies as the search to collect rich data requires a multimethod approach.

You should also know that numerous so-called qualitative method texts have been written that describe these methodological paradigms from the standpoint of purpose, method, skill set, technology, values, and knowledge base. None of the main methods described here are a technique but are presented as an overarching or broader method. These are also the ones most frequently used by qualitative researchers. Students often get the notion of qualitative technique and method mixed up a bit. Indeed, one may be using a qualitative technique to collect qualitative data (e.g., interviewing or observing), but the use of such techniques does not mean that one is conducting a qualitative study. The latter incorporates the distinct use of one of the overarching qualitative methods described in Figure 18.3, which also presents simplified definitions of these main methods.

Figure 18.3
Main Qualitative Research Methods

| Main Methods | Simplified Definitions |
|---|---|
| 1. Phenomenology | To describe and understand the lived experiences of individuals |
| 2. Narration | Detailed narrative accounts of individuals, events, themes, life histories, and their meanings |
| 3. Case study | Examining individual units compromising cases of individuals, groups, families, settings, interventions, communities, or cultures |
| 4. Ethnography | Studying cultures to learn about their interactions, values, meanings, behaviors, language, and/or worldview |
| 5. Action/participatory research | Identifies a social problem or concern and seeks information about them by collaborations with individuals and/or organizations |
| 6. Participant observation | Observing activities, events, people, interactions, meaning, and/or worldview through the cultivation of personal relationships |
| 7. Grounded theory | The systematic generation of data-based theory to develop explanations, hypotheses, concepts, typologies, meanings, and/or descriptions of phenomena |
| 8. Practice/program evaluations | To assess and understand practice/program goals, objectives, and/or outcomes using naturalistic inquiry methods |

Case 4:08-cv-00074-GKF-fhm Document 579-3 Filed in USDC ND/OK on 08/01/11 Page 15 of 18



The definitions offered in Figure 18.3 are written as "bare bones" definitions of these methods and in no way attempt to minimize their complexity. All of these main qualitative methods seek answers to the what, how, or why of a phenomenon and then explore, rather than measure or test, aspects of it. There are several main qualitative techniques used to collect study data. These are presented with their definitions in Figure 18.4. The techniques presented in Figure 18.4 are not mutually exclusive of one another, and the qualitative social work researcher often employs more than two of these (sometimes simultaneously) as the study unfolds.

To check the rigor of the methods and techniques of qualitative studies, Lincoln and Guba (1985) recommended using the "3-R Test." This test assesses the reactivity, researcher biases, and respondent biases in the study. Simplified definitions and questions one should try to address for the elements of the 3-R Test are the following:

1. Reactivity: This refers to how much the setting is reacting to the researcher. Do the authors interfere with the setting in ways to change its natural state, behaviors, events, feelings, or activities?
2. Researcher bias: This refers to the slant/perspective or biases the researchers may have in their studies. Identify how researcher biases influence the study.
3. Respondent bias: This refers to whether the subjects of the study had certain biases that may have affected the method or findings of the study. Identify how respondent biases influenced the study.

Figure 18.4
Main Qualitative Research Techniques

| Qualitative Techniques | Definitions |
|---|---|
| 1. Observations | Through observational schedules, charts, maps, inventories, random occurrences, field notes, audio/visual recordings, etc. |
| 2. In-depth interviews | Using structured, semi-structured, or open-ended interviews. These may include using standardized or nonstandardized questions, measure scales, etc. |
| 3. Log books/case notes/field books/diaries | Recording information in the form of chronological events in field books, log books, case notes, or diaries. These may include pictorial, printed, or audio/visual notations. |
| 4. Unobtrusive measures | Using nonreactive measures in which the researchers and subjects do not necessarily directly interact with each other. These may be recorded before, during, and after the fact in the study. |
| 5. Historical accounts | Using historical information to research the phenomena of study |
| 6. Secondary accounts | Using secondary accounts both collected in formal ways (e.g., census tract data, literature, clinical files) and less formal ways (e.g., rough notes of key informants, technical or unpublished reports, correspondence, e-mails) |
| 7. Focus groups | Organized discussions with selected individuals to gain information about a topic |

## Steps in Conducting Qualitative Social Work Research

Only recently have so-called methods textbooks been published about how to conduct qualitative social work research. Six fine examples are Grinnell and Unrau (2005), Tutty et al. (1996), Padgett (1998, 2004), Neuman and Kreuger (2002), and Shaw and Gould (2001). Prior to this, many of us who taught qualitative research to social work students used well-worn "how-to" books written by sociologists (Schatzman & Strauss, 1973; Wiseman & Aron, 1970). An examination of the differences between the current social work texts and others in the allied fields reveals that (a) the basic steps of the method are the same; (b) the subjects of their investigations are slightly different, in that social workers produce client-centered research (Holosko & Leslie, 1998); and (c) the previously described "goodness of fit" between what social workers do (their day-to-day practice) and qualitative method makes for a nice blend between the method and social work practice.

Finally, the main steps in conducting qualitative research are summarized by Denzin (1989) with some elaboration:

- Learn to prepare oneself, read the literature, and focus.
- Select a field site and gain access to it. Get formal permission in writing.
- Prepare for more time to do the study than one thinks is needed.
- Adopt a social role, learn the ropes, and get along with members in the setting.
- Watch, listen, and collect quality data.
- Take careful notes of all observations.
- Focus on specific aspects of the setting and use theoretical sampling.
- Begin to analyze data, generate working hypotheses, and evaluate the hypotheses.
- Conduct field interviews with selected individuals.
- Physically learn the field setting.
- Complete the analyses.
- Develop grounded theory to explain one's findings.
- Write the final research report and disseminate one's findings.

Tutty and colleagues (1996) used these steps as a template for their text, *Qualitative Research for Social Workers*, and collapsed them into four simple phases: (a) planning the study, (b) collecting the data, (c) analyzing the data, and (d) writing the report. These then are presented in "user-friendly" ways in their text.

In conclusion, qualitative social work research is a viable method for producing practice knowledge for the profession. Foremost, it involves the researchers starting from "where the study is at" and then using the steps described above to conduct their investigation. By continuing to strive for conducting "good" research through this method, the profession will enhance its credibility within its own professional parameters (by producing relevant knowledge to enhance its practitioners) as well as reaffirm its claim to the "scientific-practitioner" model that has been touted as the profession's research paradigm for the past 25 years.

## References

Beeman, S. (1995). Maximizing credibility and accountability in qualitative data collection and analysis: A social work research case example. *Journal of Sociology and Social Welfare, 22*(4), 99–114.

Case 4:08-cv-00074-GKF-fhm Document 579-3 Filed in USDC ND/OK on 08/01/11 Page 17 of 18


Bloom, M., Fischer, J., & Orme, J. (1999). *Evaluating practice: Guidelines for the accountable professional* (3rd ed.). Needham Heights, MA: Allyn & Bacon.
Bogdan, R., & Taylor, S. (1975). *Introduction to qualitative research methods.* New York: John Wiley.
Cassel, C., & Symon, G. (Eds.). (1994). *Qualitative methods in organizational research: A practical guide.* London: Sage.
Cooper, M. G. (2006). Integrating single-system design research into the clinical practice class. *Journal of Teaching in Social Work, 26*(3/4), 91–102.
Cowger, C. D., & Menon, G. (2001). Integrating qualitative and quantitative research methods. In B. Thyer (Ed.), *Handbook of research methods in social work* (pp. 473–484). Thousand Oaks, CA: Sage.
Davis, L., & Marsh, J. (1994). Is feminist research inherently qualitative, and is it a fundamentally different approach to research? In W. Hudson & P. Nurius (Eds.), *Controversial issues in social work research* (pp. 63–74). Needham Heights, MA: Allyn & Bacon.
Denzin, N. K. (1989). *The research act: Theoretical introduction to sociological methods* (3rd ed.). Englewood Cliffs, NJ: Prentice Hall.
Draper, A. K. (2004). Workshop on "Developing qualitative research method skills: Analyzing and applying tour results": The principles and application of qualitative research. *Proceedings of the Nutrition Society, 63,* 641–646.
Durkheim, E. (1951). *Suicide: A study in sociology* (G. Simpson, Ed. & Trans.). New York: Free Press.
Filstead, W. J. (1970). *Qualitative methodology: Firsthand involvement with the social world.* Chicago: Markham.
Finch, J. (2004). Feminism and qualitative research. *International Journal of Social Research Methodology, 7*(1), 61–64.
Fischer, J. (1993). Empirically-based practice: The end of an ideology? *Journal of Social Service Research, 18*(1), 19–64.
Gilgun, J. (1993). Publishing research reports based on qualitative methods. *Marriage and Family Review, 18,* 177–181.
Goldstein, H. (1991). Qualitative research and social work practice: Partners in discovery. *Journal of Sociology and Social Welfare, 18,* 101–109.
Grinnell, R. M., Jr., & Unrau, Y. A. (2005). *Social work research and evaluation: Quantitative and qualitative approaches* (7th ed.). New York: Oxford University Press.
Harold, R., Palmiter, M., Lynch, S., & Freedman-Doan, C. (1995). Life stories: A practice-based research technique. *Journal of Sociology and Social Welfare, 22*(2), 23–43.
Holosko, M., & Leslie, D. (1998). Obstacles to conducting empirically based practice. In J. Wodarski & B. Thyer (Eds.), *Handbook of empirical social work practice: Social problems and practice issues* (Vol. 2, pp. 433–453). New York: John Wiley.
Holosko, M. J. (2001). An overview of qualitative methods. In B. Thyer (Ed.), *Handbook of research methods in social work* (pp. 263–272). Thousand Oaks, CA: Sage.
Holosko, M. J. (2006a). *Primer for critiquing social research: A student guide.* Belmont, CA: Thomson/Nelson.
Holosko, M. J. (2006b). A suggested authors' checklist for submitting manuscripts to *Research on Social Work Practice* [Invited article]. *Research on Social Work Practice, 16,* 449–454.
Lincoln, Y. S., & Guba, E. E. (1985). *Naturalistic inquiry.* Beverly Hills, CA: Sage.
Lishman, J. (2007). *Handbook for practice learning in social work and social care: Knowledge and theory* (2nd ed.). Philadelphia: Jessica Kingsley Publishers.
Lubove, R. (1973). *The professional altruist.* Cambridge, MA: Harvard University Press.
Malinowski, B. (1962). *Argonauts of the western Pacific.* New York: E. P. Dutton. (Original work published 1922)
Nesbit, R. (1966). *The sociological tradition.* New York: Basic Books.
Neuman, W. L. (1994). *Social research methods: Qualitative and quantitative approaches* (2nd ed.). Newbury Park, CA: Sage.
Neuman, W. L., & Kreuger, L. (2002). *Social work research methods: Qualitative and quantitative approaches.* Boston: Allyn & Bacon.
Padgett, D. K. (Ed.). (2004). *The qualitative research experience.* Belmont, CA: Thomson-Brooks/Cole.

Padgett, D. K. (2008). *Qualitative methods in social work research* (2nd ed.). Thousand Oaks, CA: Sage.

Roberts, C. (1989). Research methods taught and utilized in social work. *Journal of Social Service Research, 13*(1), 65–86.

Rosenthal, J. (1996). Qualitative descriptors of strength of association and effect size. *Journal of Social Service Research, 21*(4), 37–59.

Rubin, A., & Babbie, E. (2008). *Research methods for social work* (6th ed.). Belmont, CA: Thompson Brooks/Cole.

Schatzman, L., & Strauss, A. (1973). *Field research: Strategies for a natural sociology.* Englewood Cliffs, NJ: Prentice Hall.

Scriven, M. (1999). The fine line between research evaluation and explanation. *Research on Social Work Practice, 9,* 521–524.

Shaw, I., & Gould, N. (2001). *Qualitative research in social work.* Thousand Oaks, CA: Sage.

Strauss, A., & Corbin, J. (1998). *Basics of qualitative research: Techniques and procedures for developing grounded theory.* Thousand Oaks, CA: Sage.

Thomas, W. I., & Znaniecki, F. (1927). *The Polish peasant in Europe and America.* New York: Knopf.

Thyer, B. (1993). Social work theory and practice research: The approach of logical positivism. *Social Work and Social Sciences Review, 4*(1), 5–26.

Thyer, B. (2001). What is the role of theory in research on social work practice? *Journal of Social Work Education, 37,* 9–25.

Thyer, B. (2008a). The potentially harmful effects of theory in social work. In B. A. Thyer (Ed.), *Comprehensive handbook of social work and social welfare: Vol. 2. Human behavior in the social environment* (pp. 519–541). New York: John Wiley.

Thyer, B. A. (2008b). The quest of evidence-based practice? We are all positivists! *Research on Social Work Practice, 18,* 339–345.

Tutty, L., Rothery, M., & Grinnell, R., Jr. (1996). *Qualitative research for social workers.* Needham Heights, MA: Allyn & Bacon.

Wiseman, J., & Aron, M. (1970). *Field projects for sociology students.* Cambridge, MA: Schenkman.

## Useful Web Sites

http://don.ratcliffs.net/qual/1.htm
The Qualitative Research Web page—This site's highly visual approach, incorporating videos of lectures, bulleted lists, tables, and summaries, helps the reader efficiently survey the material. This style of presentation is helpful to students who are less inclined to learn from text alone.

http://en.wikipedia.org/wiki/Qualitative_research
This site is a basic resource but a good starting point. Its strengths lie in being a familiar resource to students, giving a broad/general overview of the topic, and having plenty of references linked for further exploration.

http://www.socialresearchmethods.net/kb/qual.php
This tried-and-true resource is not as in depth as other sites but has explanations that help students go beyond the basic definitions and gain a better understanding of research methods as well as how to apply that knowledge (e.g., "Do you want to generate new theories or hypotheses?").

http://webspace.ship.edu/cgboer/qualmethone.html
This Web site reads like a textbook or a lecture and is geared toward more advanced learners who wish to go deeper into the subject matter. The strength is in the author's ability to "attach" new concepts to concepts most likely already understood by the reader.