# EXHIBIT D

# SOCIAL WORK RESEARCH and EVALUATION

*Foundations of Evidence-Based Practice*

NINTH EDITION

Edited by RICHARD M. GRINNELL, JR. and YVONNE A. UNRAU



OXFORD
UNIVERSITY PRESS
2011

OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford New York
Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in
Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan Poland Portugal Singapore
South Korea Switzerland Thailand Turkey Ukraine Vietnam

SocWork
HV
11
.S589
2011

Copyright © 2011, 2008, and 2005 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York 10016

www.oup.com

Oxford is a registered trademark of Oxford University Press.

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

Library of Congress Cataloging-in-Publication Data
Social work research and evaluation: foundations of evidence-based practice /
[edited by] Richard M. Grinnell, Jr., Yvonne A. Unrau.—9th ed.
p. cm.
Includes bibliographical references and index.
ISBN 978-0-19-973476-4
1. Social service—Research. 2. Evaluation research (Social action programs)
3. Evidence-based social work. I. Grinnell, Richard M. II. Unrau, Yvonne A.
HV11.S589 2011
361.3072—dc22
2009053947

9 8 7 6 5 4 3 2 1

Printed in the United States of America
on acid-free paper

Case 4:08-cv-00074-GKF-fhm Document 579-4 Filed in USDC ND/OK on 08/01/11 Page 4 of 5



In the last chapter, we discussed how we go about knowing something, and we placed a considerable emphasis on the fact that knowing something derived from the research method is more objective, if you will, than knowing that same thing through authority, tradition, experience, and intuition. In this chapter, we will look at how research questions are formulated so that they can be answered through the "research way" of knowing.

## WHAT IS SOCIAL WORK RESEARCH?

So far, we have discussed the various ways of obtaining knowledge and briefly looked at the characteristics and phases of the research method. Armed with this knowledge, we now need a definition of research, which is composed of two syllables, *re* and *search*.

Dictionaries define the first syllable as a prefix meaning *again, anew*, or *over again*, and the last as a verb meaning *to examine closely and carefully, to test and try*, or *to probe* (Duehn, 1985). Together, these syllables form a noun describing a careful and systematic study in some field of knowledge, undertaken to establish facts or principles. Social work research therefore can be defined as:

> *A systematic and objective inquiry that utilizes the research method to solve human problems and creates new knowledge that is generally applicable.*

We obtain much of our knowledge base from the findings derived from research studies that utilize the research method. However, all research studies have built-in biases and limitations that create errors and keep us from being absolutely certain about the studies' outcomes.

This book helps you to understand these limitations and to take them into account in the interpretation of research findings, and helps you to avoid making errors or obtaining wrong answers. One of the principal products of a research study is obtaining "objective and systematic" data—via the research method—about reality as it is, "unbiased" and "error-free."

### Pure and Applied Research

Social work research studies can be described as *pure* or *applied*. The goal of pure research studies is to develop theory and expand our profession's knowledge base. The goal of applied studies is to develop solutions for problems and applications in practice. The distinction between theoretical results and practical results marks the principal difference between pure and applied research studies.

### The Research Attitude

The research method, or "scientific method," refers to the many ideas, rules, techniques, and approaches that we—the research community—use. The *research attitude*, on the other hand, is simply a way that we view the world. It is an attitude that highly values craftsmanship, with pride in creativity, high-quality standards, and hard work. As Grinnell (1987) states:

> Most people learn about the "scientific method" rather than about the scientific attitude. While the "scientific method" is an ideal construct, the scientific attitude is the way people have of looking at the world. Doing science includes many methods: what makes them scientific is their acceptance by the scientific collective. (125)

### Approaches to the Research Method

The research method of knowing contains two complementary research approaches—the *quantitative approach* and the *qualitative approach*.

Simply put, the quantitative portion of a research study relies on quantification in collecting and analyzing data, and uses descriptive and inferential statistical analyses. If data obtained within a research study are represented in the form of numbers, then this portion of the study is considered "quantitative."

On the other hand, a qualitative portion of a research study relies on qualitative and descriptive methods of data collection. If data are presented in the form of words, diagrams, or drawings—not numbers, as in the quantitative approach—then this portion of the study is considered "qualitative."

It should be pointed out, however, that a research study can be solely quantitative in nature. It can also be exclusively qualitative. As we will see throughout this book, a good research study uses both approaches in

Case 4:08-cv-00074-GKF-fhm Document 579-4 Filed in USDC ND/OK on 08/01/11 Page 5 of 5



an effort to generate useful knowledge for our profession. The unique characteristics and contributions of the quantitative approach and qualitative approach to knowledge building are examined in Chapters 3 and 4, respectively. The quantitative and qualitative research approaches complement each other and are equally important in the generation of social work knowledge.

## THE KNOWLEDGE-LEVEL CONTINUUM

We now turn our attention to how the quantitative and qualitative research approaches answer various types of research questions. Any research study falls anywhere along the knowledge-level continuum, depending on how much is already known about the topic (Figure 2.1). How much is known about the research topic determines the purpose of the study. If you didn't know anything, for example, you would merely want to explore the topic area, gathering basic data.

Studies like this, conducted for the purpose of exploration, are known, logically enough, as *exploratory* studies and fall at the bottom of the knowledge-level continuum, as can be seen in Figure 2.1. Usually, exploratory studies adopt a qualitative research approach.

When you have gained some knowledge of the research topic area through exploratory studies, the next task is to describe a specific aspect of the topic area in greater detail, using words and/or numbers. These studies, whose purpose is description, are known as *descriptive* studies and fall in the middle of the knowledge-level continuum, as presented in Figure 2.1. As can be seen, they can adopt a quantitative and/or qualitative research approach.

After descriptive studies have provided a substantial knowledge base in the research topic area, you will be in a position to ask very specific and more complex research questions—*causality questions*. These kinds of studies are known as *explanatory* studies.




**Figure 2.1** The Knowledge-Level Continuum and Approaches to the Research Method