# EXHIBIT H

Second Edition

# The Handbook of Social Work Research Methods

Editor
Bruce Thyer
Florida State University College of Social Work

SAGE
Los Angeles | London | New Delhi
Singapore | Washington DC

Copyright © 2010 by SAGE Publications, Inc.

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

*For information:*

SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
1 Oliver's Yard
55 City Road
London EC1Y 1SP
United Kingdom

SAGE Publications India Pvt. Ltd.
B 1/I 1 Mohan Cooperative Industrial Area
Mathura Road, New Delhi 110 044
India

SAGE Publications Asia-Pacific Pte. Ltd.
33 Pekin Street #02-01
Far East Square
Singapore 048763

Printed in the United States of America

*Library of Congress Cataloging-in-Publication Data*

The handbook of social work research methods/Bruce Thyer, editor. — 2nd ed.
p. cm.
Includes bibliographical references and index.
ISBN 978-1-4129-5839-4 (cloth)
ISBN 978-1-4129-5840-0 (pbk.)
1. Social service—Research. I. Thyer, Bruce A.

HV11.H342 2010
361.0072—dc22 2009015072

This book is printed on acid-free paper.

09 10 11 12 13 10 9 8 7 6 5 4 3 2 1

*Acquisitions Editor:* Kassie Graves
*Editorial Assistant:* Veronica Novak
*Production Editor:* Catherine M. Chilton
*Copy Editor:* Gillian Dickens
*Typesetter:* C&M Digitals (P) Ltd.
*Proofreader:* Annette R. Van Deusen
*Indexer:* Bruce Thyer
*Cover Designer:* Candice Harman
*Marketing Manager:* Carmel Schrire

## Discussion Questions

1. Discuss the contribution of qualitative research methods to current social work practice and social work education programs.
2. Discuss why it is important for qualitative research to be grounded in an inductive point of view versus a deductive point of view.
3. What are three examples where you would use qualitative research methods?
4. What are some issues about generalizability when qualitative research methods are used?
5. What is the difference between qualitative methods and techniques?

CHAPTER 19

# Reliability and Validity in Qualitative Research

Cynthia S. Franklin, Patricia A. Cody, and Michelle Ballan

Historically, qualitative research methods have been used with success to develop knowledge in the social sciences. In current-day practice, qualitative approaches are once again gaining considerable momentum as useful methods for building knowledge in social work and other allied helping professions (Finlay & Ballinger, 2006; Padgett, 2008; Pope & Mays, 2006). Qualitative approaches are encouraged, for example, in mixed methods, studies designed to be more flexible and expedient for studying practice outcomes in community settings (Franklin & Hopson, 2007). More than ever, it is important for qualitative researchers to use rigor in the design of qualitative studies and emulate the scientific method by striving for empirical groundedness, generalizability, and minimization of bias. Increasing reliability and validity of qualitative studies are two ways that researchers can ensure the quality of qualitative studies (Berg, 2004; Hammersley, 1992).

Similar to quantitative research, reliability and validity depend on the skills of the researcher and their abilities to design studies with the appropriate methods. Using research methods that ensure that the data recording is accurate and the interpretations of data are empirical, logical, and replicable is important to increasing reliability and validity in qualitative studies. Qualitative researchers disagree about the role of reliability and validity in qualitative research depending on their epistemological beliefs. Some qualitative researchers reject the notion of an objective, knowable reality and take a more subjectivist approach to data collection and analysis while others accept conventional scientific methods. The later strive to test their data in ways similar to the logic used to understand reliability and validity in quantitative research (Rubin & Babbie, 2005).

This chapter defines reliability and validity in the broad context of qualitative research. Methods are suggested for helping researchers increase the rigor of their studies by giving attention to reliability and validity of qualitative data. A case example is presented that illustrates how one social work researcher combined methods to increase reliability and validity in a qualitative research study.

## Reliability

In science, reliability is concerned with the replicability and consistency of findings (Kirk & Miller, 1986; Rafuls & Moon, 1996). LeCompte and Goetz (1982) define reliability in

qualitative research as the extent to which the set of meanings derived from several interpreters are sufficiently congruent. Reliability refers to the degree to which other researchers performing similar observations in the field and analysis such as reading field notes transcribed from narrative data would generate similar interpretations and results. From this viewpoint, reliability is the extent to which a data collection procedure and analysis yield the same answer for multiple participants in the research process (Kirk & Miller, 1986).

Intersubjective agreement, consensus between two or more observers, is necessary for establishing reliability in any scientific study. Confirmation checks by more than one observer are also important for establishing reliability in qualitative studies. The cross-checking process is the reliability check of choice for most researchers (Brink, as cited in Newfield, Sells, Smith, Newfield, & Newfield, 1996). While some qualitative researchers do calculate interrater reliability, most do not. Instead, qualitative researchers use different observers to check interpretations and help them question differing observations, with a goal of achieving a higher continuity and dependability of observations across different settings and time periods.

For this reason, in qualitative research, reliability is also called dependability. Dependability involves researchers' attempts to account for changing conditions in their observations (Trochim, 2005), as well as changes in the design that may occur once they are collecting data in the field (Marshall & Rossman, 1995). Recall from Chapter 16 (this volume) that qualitative research designs often evolve once the researcher begins collecting the data. It is important for researchers to carefully document how their design decisions are made and how their methods and interpretations evolved. This type of documentation is called an "audit trail" and provides a basis for checking the researchers' methods and interpretations to see if they are dependable from the perspective of other collaborators or independent researchers. The audit trail is discussed in more detail below.

Synchronic reliability refers to the similarity of observations within the same time period. Synchronic reliability is most useful to qualitative researchers when it fails to yield similar results because a disconfirmation of synchronic reliability forces researchers to explain how multiple but somehow different observations might simultaneously be true (Kirk & Miller, 1986; Rothe, 2000). It therefore promotes both critical and creative thinking aimed at reaching a resolution to the differences in observations. Such a resolution requires the researcher to find an empirical answer that includes or excludes the differing interpretations based on evidence that is compiled. Diachronic reliability is the ability for observations to remain stable over time and is often measured by how similar measurements are over time (Rothe, 2000). Rothe (2000) points out that during field observation, the researcher can have an emotional reaction to what she or he is observing, thereby taking more particular note of that which she or he likes or is angered by. The circumstances may have changed very little, but due to the ongoing nature of the observation, she or he is more aware of a particular phenomenon in that observation.

### Internal and External Reliability

Reliability is dependent on the resolution of both internal and external research design issues (Hansen, as cited in LeCompte & Goetz, 1982). Internal reliability refers to the degree to which other researchers given a set of previously generated themes or constructs would match them with data in the same way as did the original researcher (LeCompte & Goetz, 1982). External reliability addresses the issue of whether independent researchers would discover the same themes or generate the same constructs in the same or similar settings.

Threats to internal and external reliability can be circumvented by following explicit details regarding the researchers' theoretical perspective and the research design being



used (Rafuls & Moon, 1996). Each researcher should be prepared to provide a narrative chronicle of his or her approach to data collection and analysis. Explication of data collection may include selection criteria of participants, interview guide questions, description of the researcher's role, and the methods of analysis (e.g., explaining coding procedures and the development of categories and hypotheses; Rafuls & Moon, 1996).

## Criteria for Assessing Reliability

To assess reliability in qualitative research, Miles and Huberman (1994, p. 278) suggest the following should be applied:

1. Are the research questions clear and are the features of the study design congruent with them?
2. Is the researcher's role and status within the site explicitly described?
3. Do findings show meaningful parallelism across data sources?
4. Are basic paradigms and analytic constructs clearly specified?
5. Were data collected across the full range of appropriate settings, times, respondents, and so on suggested by research questions?
6. If multiple fieldworkers are involved, do they have comparable data collection protocols?
7. Were coding checks made and did they show adequate agreement?
8. Were data quality checks made?
9. Do multiple observers' accounts converge, in instances, settings, or times, when they might be expected to?
10. Were any forms of peer or colleague review in place?

## Methods for Increasing Reliability

### Examining Informant Responses Across Alternate-Form Questions

Equivalence of responses to various forms of the same question provides a useful reliability check. Using a questioning process that requires informants to provide in-depth explorations of their perspective guards against a socially desirable response set because informants must expand on their responses to questions in ways that help the researcher examine the internal consistency. When informants are interviewed only once, identical and alternate-form questions within the interview may be used to test the informants' reliability (Brink, as cited in Newfield et al., 1996).

### Establish Recording Procedures for Field Notes

When completing field notes, greater reliability can be established if researchers keep four separate kinds of field notes: (1) the condensed (verbatim) account, which serves as an

Case 4:08-cv-00074-GKF-fhm Document 579-8 Filed in USDC ND/OK on 08/01/11 Page 6 of 13



immediate recording of what happened; (2) an expanded account that serves as a log of events and should be recorded as soon as possible after each field session; (3) a "field work journal" that contains more reflective experiences such as ideas, emotions, mistakes, and concerns that may be noted as memos to oneself about the fieldwork process; and (4) a running record of the analysis and interpretations that the researcher performs while in the fieldwork process (Kirk & Miller, 1986, p. 55).

Notes may be taken in a variety of ways, including cryptic jottings, detailed descriptions, analytic notes, and subjective reflections (Berg, 2004). Berg (2004) suggests that there are many different ways to take notes in the field and cites Burgess (1991), who further suggests that this is often a personal preference as to how the notes are actually taken. Berg and Burgess both support establishing a process that establishes when and where field notes will be written and the exact information to be contained in the notes, including time and location. The process established must be adhered to throughout the research, and if changes must be made to the process, then they must be thoroughly documented, and field notes recorded after changes to the process have been made should be noted. Notes should be done as soon as possible after the observation, whether you are explicating your cryptic jottings or working solely from your memory, as your memory is untrustworthy (Rubin & Babbie, 2005). When subjective reflections are included in field notes, it is necessary to indicate that they are subjective notes so that they can be analyzed accordingly.

Researchers should take thorough notes and keep a log and journal that records each design decision and the rationale behind it to allow others to inspect their procedures, protocols, and decisions. Procedures must be documented with meticulous detail and behavioral descriptions so that all the internal workings of the research project are made apparent to those examining the findings. Researchers following this detailed approach may improve reliability by keeping all collected data in a well-organized, retrievable format that makes it easy for other researchers to retrieve and reanalyze (Marshall & Rossman, 1995). The maintenance of a research database is highly recommended. A database can be established using qualitative software programs, and the use of computers for data storage and retrieval may replace old-fashioned notebooks and files (Lewins & Silver, 2007). The decision about how to organize data, however, is dependent on the researcher or available funding for the project. Regardless of the process, a high standard of organization and transparency must be maintained, and changes to the process throughout the course of the research must be documented. We discuss qualitative software in more detail below.

Some data collection circumstances yield more dependable information than others, so researchers may choose to rank their interviews and observation time points according to how closely their codebooks and procedures were followed in different situations. Data collected later in the study may be more relevant than data collected earlier because the procedure for data collection may have been refined and become more trustworthy with experience. Also, data provided voluntarily may be more consistent across accounts than data collected from individuals whose participation is mandatory. Lying and falsifying information is an ongoing issue that must be evaluated during the researchers' interactions with participants during fieldwork.

## Cross-Checking

Qualitative researchers use multiple team members and research participants to confirm their observations in the field, interpretations, and transcription. Cross-checking coding and findings is built into most qualitative studies to improve reliability since humans are subject to numerous judgment errors (Franklin & Jordan, 1997). Some research teams use second coding of the data. Second coding data means that researchers work independently of one another to code the data. This method allows researchers to develop an interobserver reliability coefficient for the data in the same manner as in a quantitative study. Miles and Huberman (1994) suggest that 70% is an acceptable level of agreement for qualitative data. In addition, it is possible for researchers to calculate an agreement rate between the sources of data and to use multiple researchers in the field, so that their observations can be confirmed. Some researchers even have all the data coded by one or more independent coders who are not involved with the research process. These coders serve like copy editors who can check the logic and assignment of meanings to the text (Hill, Thompson, & Williams, 1997). Other researchers use members of their teams to confirm part of their coding or to check their observations in the field.



Most qualitative researchers, as mentioned previously, do not calculate a reliability statistic for second coding but do use this procedure to improve the consistency of their data analysis. For example, these researchers would note every discrepancy between coders and use team meetings to discuss these discrepancies and make decisions about which way the data should be coded. Through this process, researchers would hope to improve the consistency of the coding, and if this is the case, there will likely be fewer discrepancies over time. Researchers also vary on how much of the data should be second coded. Some will settle for portions of the data, while others insist on most or all of the data being second coded. Different methods used are often decided pragmatically due to resources available to the project. Second coding qualitative data, for example, is a labor-intensive task that requires the use of research associates. More rigorous studies plan for this type of data collection in advance and obtain the necessary resources for this task.

## Staying Close to the Empirical Data

Qualitative researchers often speak of staying close to their data. What is meant by this statement varies across researchers, but in general, researchers mean staying close to the descriptive, verbatim accounts and subjective meanings of the participants. Researchers do not move to a higher level of inference without first thoroughly testing those assumptions against the descriptive data and the interpretations of the research participants. In qualitative research, problems with internal reliability are resolved by providing the verbatim accounts of participants. For this reason, it is important not to condense the narrative data too much at any point during the collection of the field note taking or the preparation of the data for coding as details may be lost, leading to inaccurate interpretations of the data. For example, descriptions phrased precisely and with good definitions of constructs under study help improve interrater reliability and yield consistent coding (Rafuls & Moon, 1996).

To stay close to the empirical data, qualitative researchers usually support their inferential statements about the data with exact quotes from research participants and detailed, rich descriptions of that which is being researched. They also establish a chain of evidence that is linked with different data sources and may even be represented pictorially as one would do in a path analysis diagram. Another method used to establish internal reliability of narrative data is to calculate the number of statements made across cases that support the inferential conclusion. This is the process of quantifying qualitative data so that frequencies can be run for different themes or concepts. This simple descriptive statistical account keeps researchers from making too much out of one compelling statement. Grigsby, Thyer, Waller, and Johnston (1999), for example, used this method when verifying the statements from medical patients who were found to have a culturally bound syndrome of chalk eating.

## Homogeneous Samples

As one makes samples more homogeneous, the reduced variability generally tends to increase reliability (Zyzanski, McWhinney, Blake, Crabtree, & Miller, 1992). Hill et al. (1997) recommend randomly selecting the small samples used in qualitative research based on homogeneous characteristics as a first method for sample selection. In general, qualitative researchers do not use random selection because they use purposive samples as exemplars that illustrate their points. Hill et al., however, believe that by using some random selection within homogeneous samples, researchers can increase consistency and transferability of their findings. Hill, Gelso, Mohr, Rochlen, and Zack, as well as Thompson and Williams (both studies cited in Hill et al.), for example, in a study investigating the resolution of transference in psychotherapy, randomly selected their sample from a professional directory of therapists who self-identified themselves as being psychoanalytic and proceeded to further screen and only include those therapists who met all the criteria they had set for the study.

Hill et al. (1997) also believe it is important to sample enough cases to allow across case comparisons and a thorough testing of one's findings. Eight to 15 cases are recommended for establishing consistency in findings and providing examples to initially hypothesize about the limits of those findings. Sometimes samples of 8 to 15 are not realistic or appropriate as with biographies or case studies. In these situations, the sample choice must be made for specific reasons, and other methods for addressing reliability and validity must be adhered to. Creswell (1998) suggests that different types of sampling will be appropriate for different types of qualitative research.

## Audit Trail

The researcher should develop an "audit trail" (also called a confirmability or process audit) in the form of documentation and a running account of the process throughout the study (Guba, 1981; Williams, Unrau, & Grinnell, 2007). Wolf (2003) breaks the audit trail into three steps with specific tasks in each step: raw data, analysis and interpretation, and findings. In the raw data step, it is important that all data be collected and prepared for analysis. The analysis and interpretation step is the data coding and analysis. This part of the audit trail provides evidence of how the data were coded and the analyses that were done. Step 3 is the findings and includes the write-up and postresearch storing of data and materials. After the study is completed, the researcher can arrange for an external auditor or researcher to examine the audit trail and verify whether procedures were followed and interpretations were reasonable (Guba, 1981). For Wolf, one of the greatest challenges in creating an audit trail is accounting for all of the small and seemingly inconsequential decisions that the researcher makes along the way during all phases of the research project. Wolf suggests that a series of drafts of interviews, observation protocols, codebooks, codes/themes, and write-ups will help fill in the gaps of some of these decisions.

## Applying a Consistent Analytic Method

An analytical approach is a set of methods that the researcher uses to interpret and make sense of the data. Analytical approaches to qualitative data analysis consist of a theoretical framework and a set of methods for gathering and interpreting data. The grounded theory method of data analysis provides an approach that is helpful for understanding the essence of structured qualitative data analysis (Corbin & Strauss, 2007; Glaser & Strauss, 1967; Strauss & Corbin 1999). Grounded theory is an approach to qualitative research that emphasizes discovering theories, concepts, propositions, and new hypotheses from the data sources collected in the field instead of relying on already existing theories. Chapter 22 (this volume) explains more about this approach.



## Using Computer Software

Qualitative researchers use multiple methods for data management, including color-coding schemes, folders, word-processing programs, and computer data analysis programs developed especially for managing this type of narrative data. In the past, qualitative researchers were reluctant to use computer programs for their analysis because of the limitations of data manipulation within those programs and the fact that some researchers believed the programs removed the researcher too far away from the raw data in interpretations (Miles & Huberman, 1994). Newer and improved qualitative data analysis programs, however, have advanced over the past decade. Currently, researchers are much more likely to use computer software programs to help manage qualitative data than ever before (Berg, 2004).

It is important to remember, however, that new qualitative research software is not a methodology in and of itself and that learning the software does not equate to doing rigorous qualitative research (MacMillan & Koenig, 2004). Software packages can speed up the process of sifting through large amounts of qualitative data but still require the necessary thought process and understanding of the data and the analysis process to be part of rigorous qualitative analysis (Jennings, 2007). The new advances in software can be excellent tools in the analysis of qualitative data as long as they are used as a tool and not as a replacement for rigorous analysis.

The computer approaches are highlighted in this section of the chapter because they have potential for helping researchers develop a consistent method for handling their data. It must be noted, however, that computers may also aid the researcher in establishing validity in the research process. Computer programs have the following functions, and various programs offer more tools for analyzing data based with both hierarchical and nonhierarchical approaches.

1. Serve as a database for your mountains of narrative data and provide search and retrieval tools within the database
2. Allow you to code narrative and multimedia data in a computer program
3. Sort the data by codes and categories and coding schemes, including field notes and memos for your viewing
4. Give you statistical information such as frequencies, means, mediums, and modes for your data
5. Test hypotheses using different systems of logic
6. Provide technical aids to help in theorizing and concept building
7. Provide graphic representations of data that build schematics demonstrating how your variables or ideas are connected (these schematics look like path models or structural equation diagrams)
8. Aid in writing tasks associated with qualitative studies

Lewins and Silver (2007) illustrate each of these functions within three separate computer programs: NVIVo-7, MAXQ-DATA-2, and ATLASti-5. Other qualitative data

analysis programs include ETHNOGRAPH 5.08, SUPERHYPERQUAL, and HYPERRESEARCH 2.8. Each of these programs has similar but unique approaches to qualitative data analysis, and all were designed to make the coding and data analysis process easier to manage. When we discuss data analysis programs, it is also important to note that the programs do not replace the analytic work of the researcher but rather assist in managing and organizing data, as well as assisting in the development of replicable analysis and an audit trail (Berg, 2004). The quality of analysis still rests in the decisions that the researcher makes in design and data collection and analyses. All data management and analysis software programs have strengths and weaknesses. For reviews of qualitative data software programs, see Dohan and Sanchez-Jankowski (1998), Lewins and Silver (2007), and Bazeley (2007).

## Validity

In science, "validity is concerned with the accuracy of findings" (Rafuls & Moon, 1996, p. 77). Reliability is a precondition for validity (Guba, 1981). In quantitative studies, for example, it is easy to show that the validity of a measurement cannot exceed the square root of its reliability (Gulliksen, 1950). In other words, if observations are not consistent and dependable, they are not likely to be accurate. Validity in qualitative research addresses whether the researcher sees what he or she thinks he or she sees (Kirk & Miller, 1986). Validity in qualitative research is also referred to as credibility (Guba, 1981). Credibility involves the "truthfulness" of study findings, and it is the researcher's responsibility to provide a chain of evidence and set of narrative accounts that are plausible and credible (Hammersley, 1992). Credibility has a more limited definition than validity and refers specifically to the participant's endorsement of the findings as accurate (Avis, 2005).

Qualitative researchers are most concerned with testing the credibility of their findings and interpretations with the various sources (audiences or groups) from which data were collected (Guba, 1981). According to Padgett (2008), most threats to validity fall within three broad headings: reactivity, researcher biases, and respondent biases. Reactivity refers to the potentially distorting effects of qualitative researchers' presence in the field. Researchers' biases may distort the findings. According to Schacter (1999), for example, numerous studies demonstrate that bias is one of the major attributes of human cognition and memory.

Memory, encoding, and retrieval of memories are highly contingent on preexisting beliefs and knowledge. For this reason, it is easy for researchers to ignore information that does not support their conclusions. Humans also experience consistency bias, which is a tendency for people to recall and report past events in the same way they feel in the present instead of the manner in which they experienced them in the past. This type of bias makes it especially important to use various sources of information instead of relying exclusively on the subjective accounts of participants.

There is an equal threat due to respondents' biases (Johnson, 2005). Respondents may withhold information or present facts differently than other observers may perceive. In addition, they may forget, block information, or feel it necessary to present themselves in a positive manner to enhance their self-portrait. Researchers should always assess the rewards for giving differing answers as well as the threat of socially desirable responses. Lying or malingering may also come into play in some qualitative studies, and researchers may guard against fraudulent data by including diverse data sources and increasing their sample size.



There are a number of threats to the credibility and trustworthiness of qualitative research. Similar to the issues covered in reliability, qualitative researchers have to be concerned with different types of validity.

## Criteria for Assessing Different Types of Validity

Johnson (2005) suggests that "when qualitative researchers speak of research validity, they are usually referring to qualitative research that is plausible, credible, trustworthy, and, therefore, defensible." Five different types of validity are discussed by Johnson (2005).

*Descriptive validity* is the type of validity that is of special significance to qualitative research and involves an accuracy of the account given by the researcher.

*Interpretive validity* is also important to qualitative research and involves the researcher's skills at understanding and accurately reporting the meanings that the research participants give to the accounts in the data.

*Theoretical validity* is important to theory building and the credibility of qualitative research. A theory must match the data being used to be defensible in a research study.

*Internal validity* in qualitative research is concerned with the accuracy of data in the same way as the term suggests in quantitative studies. Researchers are concerned with the accuracy of causal relationships and want to know how much one variable affects another.

*External validity* is concerned with how much research findings can be generalized from one setting to another. Qualitative researchers are generally not as interested in external validity as quantitative researchers but focus more on information that is more unique and context dependent. Qualitative meta-analysis is one method that might help with external validity. By combining diverse studies that analyze the same subject area, a researcher is extending the qualitative research findings and building a greater case for generalization of results.

### Internal and External Validity

"Internal validity refers to the extent to which researchers' observations and measurements are accurate representations of some reality. Are researchers actually observing or measuring what they think they are observing or measuring?" (LeCompte & Goetz, 1982, p. 43). To achieve internal validity using narrative data, researchers must demonstrate that the data collection was conducted in such a manner as to ensure that the subject under study was accurately identified and described. In other words, the observations and interpretations must be "credible" to the participants, as well as to those who are involved in reading and checking the results of the study (Marshall & Rossman, 1995).

External validity, or transferability, is dependent on the degrees of similarity (match) between one sample and setting events and another (Guba, 1981). Most qualitative researchers follow in the scientific tradition of Cronbach (1975), who explained that multiple contingencies and historical constraints limit generalizations. Cronbach argued that all generalizations "decay" like radioactive substances with their half-lives, so that after a time, every generalization is "more history than science."

Qualitative researchers rely on analytic generalization in which the researcher focuses on the generalizability of findings from one case to the next instead of probabilistic generalization used in quantitative studies, which focuses on generalizing findings from a sample to a population. The researcher is responsible for the provision of sufficiently descriptive data that will enable readers to assess the validity of the analysis and transferability to their own situation (Firestone, 1993). The qualitative researcher, therefore, does not attempt to form generalizations that will hold in all times and in all places but tries to form working hypotheses that may be transferred from one context to another depending on the degree of match between the contexts (Guba, 1981).

## Assessing Internal and External Validity of Studies

Relevant questions that help researchers assess internal validity in qualitative studies include the following:

1. How context rich and meaningful (e.g., "thick") are the descriptions (Denzin, 1989; Geertz, 1973)?
2. Does the account "ring true," seem convincing, make sense, or enable a "vicarious presence" for the reader?
3. Did triangulation among complementary methods and data sources produce generally converging conclusions?
4. Are the presented data well linked to the categories of prior or emerging theory?
5. Are the findings internally coherent (Eisner, 1991)?
6. Are areas of uncertainty identified?
7. Was negative evidence sought?
8. Have rival explanations been actively considered?
9. Have findings been replicated in different parts of the database?
10. Were the conclusions considered to be accurate by original informants?
11. Were any predictions made in the study, and how accurate were they (Miles & Huberman, 1994, p. 279)?

External validity can be assessed by asking these questions:

1. Are the characteristics of the original sample of persons, settings, processes, and so forth fully described to permit adequate comparisons with other samples?
2. Does the report examine possible threats to generalizability?
3. Is the sampling theoretically diverse enough to encourage broader applicability?
4. Does the researcher define the scope and the boundaries of reasonable generalization from the study (McGrath & Brinberg, 1983)?
5. Do the findings include enough "thick description" for readers to assess the potential transferability or appropriateness for their own settings?
6. Do a range of readers report the findings to be consistent with their experience?



7. Are the findings congruent with, connected to, or confirmatory of prior theory?
8. Are the processes and outcomes described in conclusions generic enough to be applicable in other settings, even ones of a different nature?
9. Have narrative sequences been preserved unobscured?
10. Does the report suggest settings where the findings could be fruitfully tested further?
11. Have the findings been replicated in other studies to assess their robustness? (Miles & Huberman, 1994, p. 279)

# Methods for Increasing Validity

## Prolonged Engagement

Prolonged engagement is one of the best ways to increase overall validity in studies. Qualitative researchers should use prolonged engagement at a site or a field setting so that distortions produced by the presence of researchers can be overcome. Prolonged engagement also provides researchers the opportunity to test their own biases and perceptions, as well as those of their respondents (Guba, 1981). Extended time is used to reflect on journals and field notes and test how their perceptions changed over the extended timeframe. Researchers need to be able to show that sufficient time was spent in the field setting to justify their characterization of it, while their journals will reflect their questioning of their interpretations and findings (Guba, 1981).

## Purposeful Sampling

Qualitative researchers should demonstrate how the samples they selected are governed by emergent insights about what is important and relevant to the research questions and the emerging findings. Being able to demonstrate emergent findings and important insights is sometimes called *catalytic validity* (Reason & Rowan, 1981). Interest in specific questions and the need for across-case analysis to test findings are the basis for most purposeful sampling techniques. This means the researcher must intentionally select a few cases and proceed to select additional cases so that they can test the findings of the cases that they have analyzed. They may also first select similar cases and then proceed to collect divergent cases to further test the limits of their findings. If transferability, for example, depends on a match of characteristics, it is incumbent on researchers to provide the information necessary to test the degree of match between cases.

Purposeful sampling can also mean that successive interview subjects were selected by asking each respondent to suggest someone whose point of view is as different as possible from his or her own to test findings (Guba, 1981). Purposeful sampling guides researchers to think in terms of replicating their findings. If a researcher can reproduce the finding in a new context or in another case, the hypothesis gains more credibility. If someone else can reproduce the findings, the hypothesis becomes even more persuasive. Researchers should be replicating findings as they collect data from new participants, settings, and events. "Doing replication at the very end of the fieldwork, during final analysis and write-ups, is very difficult and less credible" (Miles & Huberman, 1994, p. 274).

Triangulation can be used for the purpose of achieving confirmation of constructs using multiple measurement methods (Campbell, 1956) or as a method to gain comprehensive

Case 4:08-cv-00074-GKF-fhm Document 579-8 Filed in USDC ND/OK on 08/01/11 Page 10 of 13



information (Fielding & Fielding, 1986; Jick, 1983). The qualitative researcher seeks trustworthiness in data collection by making use of triangulation. Data triangulation is the most relied on type of triangulation, but other forms of triangulation may also be used to increase validity in qualitative studies (Berg, 2004; Johnson, 2005).

## Four Triangulation Strategies

1. Theory triangulation involves using multiple theories to examine and interpret the data.
2. Data triangulation involves using multiple data collection methods. When data from field notes, interviews, and archival materials, for example, are convergent and support each other, we can be more confident of our observations and study conclusions.
3. Methods triangulation makes use of diverse research methods to examine the data (e.g., combining quantitative and qualitative methods in a single study).
4. Investigator triangulation makes use of multiple researchers. Through cross-checking multiple observations among divergent data sources, apparent differences may eventually resolve themselves, and a favored interpretation may be constructed that coheres with all of the divergent data sources and that itself accounts for the differences observed earlier (Brody, 1992; Johnson, 2005; Padgett, 2008).

By applying all four types of triangulation, a researcher can strengthen conceptual connections and reduce researcher bias (Berg, 2004).

## Using Measurement Instruments to Corroborate Findings

In verifying constructs in a qualitative study, some researchers recommend using standardized measurement instruments to test the observations of the researcher or as a method of triangulation (Hill et al., 1997). This method is similar to the way a clinician would use a psychosocial measure to assess a client on characteristics that they have observed, thus allowing for a corroboration of one's perceptions. This is sometimes referred to as mixed methods research, and it is gaining momentum and becoming a frequently used research design, although still considered relatively new (Trochim, 2005). The purpose of mixed methods research is to gain the strengths of each while mitigating the weaknesses of each (Trochim, 2005).

## Using Structured Codebooks

Qualitative data analysis requires the categorization of narrative data into themes. Qualitative researchers use codebooks to sort and organize the data, as well as develop useful schemas for understanding the data. Codebooks allow data to be sorted into meaningful codes (descriptive narrative labels) and linked in categories (conceptual narrative labels) so that the researcher can begin to make sense of the data. Using a codebook serves a function similar to the statistical techniques used in quantitative research such as cluster analysis and factor analysis.

Codebooks can be constructed prior to data collection (a priori codebook) or in the process of data analysis and interpretation (priori codebook). If researchers begin with a codebook, they are more likely to achieve greater construct validity, but if they wait and develop the codebook in the field, they may gain more representativeness. Some researchers use both approaches, starting with a codebook but also modifying it while in the field, and this may be the best approach for achieving internal and external validity.



The initial codebook can be developed through a review of the literature, a review of a subsample of the narrative data, or a combination of both. The codebook should be a comprehensive list of potential themes and can be as detailed or as broad as the researcher determines is necessary. Detailed codes can always be collapsed into higher level themes, so erring on the side of making codes too detailed is often safer. Codebooks should be piloted in much the same way that an interview schedule or observation protocol might be with changes being made as needed.

The validity of the coding process is important to qualitative research designs, and some cognitive researchers have tried to determine the best and worst cognitive strategies used by studying coding using experimental research methods (Chwalisz, Wiersma, & Stark-Wroblewski, 1996). Findings suggest that in the best cognitive strategies, data are grouped together into coherent and consistent categories of meaning and then further linked into higher order inferences that explain different clusters. Familiarity with the data was important, and there was no advantage to using simple descriptive units, pointing to the necessity of being able to see the larger connecting themes.

Interrater reliability in coding must be taken into account in coding. Double coding is one way of addressing this. Two coders separately code the identified narrative data and then "consense" their codes, basically comparing code assignments and discussing differences until consensus is reached. This process reduces researcher bias and creates a forum to discuss multiple truths that may be occurring simultaneously, providing for a more in-depth understanding of that which is being researched.

## Peer Debriefing

Peer debriefing serves a similar function as peer supervision does in clinical practice. It provides researchers the opportunity to test their growing insights and to expose themselves to critical questions and feedback (Guba, 1981). Researchers select one or more peers who serve as a guide and discuss interpretations and concerns with those colleagues. Researchers should regularly detach themselves from the field and seek the counsel of other professionals who are able and willing to perform the debriefing function. The researchers' journals and field activities need to indicate they acted on critical reflections and timely redirection by the peer debriefers and show their analysis changed due to the critiques obtained during the debriefings (Guba, 1981).

## Negative Case Analysis

To increase the likelihood of attaining credibility, researchers should use negative case analysis, which involves "revising your analysis until it accounts for all the findings in all of your cases" (Tutty, Rothery, & Grinnell, 1996, p. 126). To perform negative case analysis, researchers must look for contrasting cases and be able to increase the number of cases if needed to resolve questions. "Stratification" and "randomization" methods used by experimental researchers may also enhance internal validity in negative case analysis. The qualitative researcher uses experimental methods as verification devices to guard against sampling and measurement error (Miles & Huberman, 1994).

## Using a Guiding Theory to Verify Findings/Pattern Matching

To counter challenges to transferability and construct validity in qualitative research studies, the researcher can refer back to the original theoretical framework to show how the data collection and analysis are guided by concepts and models (Marshall & Rossman,

1995). For example, individuals who design research studies within the same parameters of another study can determine whether the cases described can be transferred to other settings, and the reader can see from the findings how the research ties into the development of a theory or other empirical findings. The researcher may also predict a pattern based on theory and use the data to test their theory. The use of theory in qualitative research, however, is debated (Anfara & Mertz, 2006). According to Anfara and Mertz (2006), researchers believe that theory has no place in qualitative research, primarily affects methodology, or plays a much larger role in guiding studies. A researcher's belief about theory will determine to what extent it can be used in strengthening construct validity.

## Leaving an Audit Trail

Audit trails, meticulous logs, and records concerning one's research methods and decisions ensure that every aspect of the data collection and analysis can be traced and verified by others. Audits were discussed in relationship to reliability. But they are also an important method for validity. Chwalisz et al. (1996) suggest that qualitative researchers might consider combining "think-aloud" techniques with keeping a journal during their analysis, thus producing a protocol of cognitive strategies for analysis that other researchers could subsequently examine. Thus, the spirit of the "audit trail" is captured in this method. The audit trail allows research teams and outside researchers to reconstruct the work of the researcher. This method may be used to critically investigate or cross-check the data collection and analysis.

## Reflexivity

Reflexivity is the "ability to examine one's self" (Padgett, 2008). Open disclosure of preconceptions and assumptions that may have influenced data gathering and processing becomes an important part of the research method, thus ensuring reflexivity (Brody, 1992). Franklin (1996) provides an example of how reflexivity was used by a doctoral student she was supervising during a qualitative study. The student, a feminist activist, was doing a study on the effects of taking a polygraph test on female rape victims. The person conducting the research had a strong bias and set of theoretical assumptions that assumed that being exposed to the polygraph test was disempowering to women. The interview data she collected, however, did not support this conclusion. Instead, she found that the women felt vindicated by the positive results of the test. It was an emotional struggle for the researcher to give up her biases in favor of the empirical data from the women. Through careful examination of her beliefs and biases, however, she was finally able to do so.

## Member Checks

Obtaining feedback from your research participants is an essential credibility technique that is unique to qualitative methods. While feedback from research participants should be part of the ongoing process of the qualitative research study, it is particularly useful when your analysis and interpretations have been made and conclusions drawn (Johnson, 2005; Tutty et al., 1996). Researchers should work out a method for documenting member checks as well as the interpretations that were changed as a result of the member feedback (Guba, 1981).



## Establishing Structural Corroboration and Referential Adequacy

Establishing structural corroboration, or coherence, is essential to hermeneutics and other forms of narrative analysis. This method involves testing every data source and interpretation against all others to be certain that there are no internal conflicts or contradictions (Guba, 1981). Interpretations should also take into account possible rival explanations and negative or deviant cases (Patton, 2002).

Establishing referential adequacy also involves testing analyses and interpretations made after completion of the field study against other research, theories, and data sources (Guba, 1981).

## Establishing the Causal Network

Miles and Huberman (1994) invented an approach for testing the validity of findings by predicting what will happen in the case after 6 months or a year has elapsed. The basic idea for establishing the causal network involves obtaining feedback from informants to verify the causal explanations that the researcher concludes. The result is the qualitative researcher's version of predictive validity where a researcher can verify that his or her predictions hold true based on a future set of evidences. For example, will it hold true that grades predict later job success (Miles & Huberman, 1994)?

### Checking the Meaning of Outliers

The researcher should take a good look at the exceptions, or the ends of a distribution, as it can test and strengthen the basic finding. You need to find the outliers and then verify whether what is present in them is absent or different in other, more mainstream examples (Miles & Huberman, 1994). Extreme cases can be useful in verifying and confirming conclusions (Miles & Huberman, 1994). When the researcher takes the time and does the critical thinking necessary to rule out spurious relations between variables, many outliers are explained. A spurious relation exists when two variables look correlated, especially when you think they are causally associated, but they are not. Usually a third variable of interest can explain the differences (Miles & Huberman, 1994).

### Making If-Then Tests

Using basic algebraic logic can help us test our notions. The use of the conditional future tense in "if-then" statements helps remind us that we have to look to see whether the "then" happened. If-then statements are a way to formalize "propositions" for testing causal statements implying explanations differences (Miles & Huberman, 1994). Computer programs mentioned previously such as NVIVO provide software functions for testing these hypotheses in the data and may aid analysis of causal explanations.

## Using Thick Descriptions in Write-Up

After the study is completed, qualitative researchers can develop "thick" descriptions of the content. This helps readers make judgments about how transferable the findings are from one case to the next (Guba, 1981). Researchers should make available an appendix to their study, which provides a full description of all contextual factors impinging on the study (Guba, 1981). The typical final qualitative research report, as Carney (1990) notes,

Case 4:08-cv-00074-GKF-fhm Document 579-8 Filed in USDC ND/OK on 08/01/11 Page 12 of 13



normally will contain a mixture of full-scale narrative text where thoroughly "thick" description is needed, displays, and associated analytic text. As Krathwohl (1991) suggests, the reader can thus "reconstruct how an analysis developed, check the translation fidelity of constructs and the logical validity of conclusions" (Miles & Huberman, 1994, p. 243). Detailed descriptions are written within the field notes after leaving the field (Berg, 2004) and can later be used in the write-up to provide rich, contextual explanations of the event being researched. Descriptive write-ups should include the perceptions of all of the participants (Berg, 2004). If subsets are excluded, the analysis can become inaccurate and not embody the depth of the reality.

### Qualitative Meta-Analysis

As a response to the increased acceptance of qualitative methodology, there has been a call for methods to integrate the growing body of qualitative research (McCormick, Rodney, & Varcoe, 2003). McCormick et al. (2003) offered steps in a meta-analysis that was completed by a team of researchers who had conducted the original studies themselves. They offer this as one method but acknowledge that it may not always be possible or most useful. They suggest reviewing the first meta-ethnography suggested by Noblit and Hare (1988) for steps on conducting the meta-ethnography that was the foundation for the meta-analysis process that they used. The authors acknowledge the challenges and critiques of qualitative meta-analysis, including lack of access to original data and critique by original investigators, but suggest that this area of work is critical for the future of qualitative inquiry.

## Qualitative Case Example

Ellet, Ellis, Westbrook, and Dews (2007) conducted a qualitative study to identify personal and organizational factors related to employee retention in public child welfare. On the basis of gaps in previous research, Ellet et al. identified a clear need for research that focused on why child welfare workers chose to remain employed in public child welfare agencies rather than the deficit-based research that existed on why child welfare workers left employment with public child welfare agencies (p. 266).

According to the authors, several qualitative methods enhanced validity and reliability in the study. First, a guiding theoretical/conceptual framework, previously developed by one of the researchers, was used to show hypothesized links between public child welfare agencies and child welfare worker hiring and retention (Ellet et al., 2007, pp. 267–268). Second, a combination of proportional sampling and deliberate sampling was used to identify child welfare workers, supervisors, and directors. The state provided lists of the employees in each of these three categories, and researchers divided them by county and then invited every seventh person to participate, making adjustments for smaller counties to ensure representation from all geographic areas. Deliberate sampling was also done to include senior personnel.

Focus groups were done by grouping participants geographically and within their job position to ensure that all participants felt that it was safe to share their responses. Research assistants were chosen based on either a background in child welfare or focus groups. All focus groups were run by two research assistants.

Research assistants were trained on focus group protocol, which included an interview schedule, observations, and note taking. After a pilot focus group was done, the interview scheduled, and the focus group protocol adjusted, research assistants were gathered for an additional training on the new protocol changes. The qualitative researcher, therefore, maximized the internal validity of the study by using a structured interview guide developed from theory and advisement of participants. The interview guide was guided by past theory and research and thus made use of categories of questioning that had been used in previous research as well as the new perspective of why workers stay rather than why they leave.



Data were analyzed inductively at four levels: researcher, interview team, across teams, and using the constant comparative method. Each individual data collector synthesized notes after each focus group and prepared a written analysis. At the second level, the pair of data collectors for each focus group met and compared their notes and written analysis. The teams compared and contrasted their individual findings and came to agreement on the core findings, thereby improving the validity of the findings. The third level was a synthesis of the data across the group interviewed, and the fourth level was a full team meeting with all focus groups interviewers. The purpose of this meeting was to come to consensus with the research team of the core findings across all groups interviewed. Each level of analysis was done based on structured protocol and done the same way from one set of data to the next. Thus, the study allowed for excellent across-case comparisons and the testing of divergent cases.

The researchers compared findings to several similar studies as well as to the literature available in general on child welfare worker retention in public child welfare agencies. Coding themes were based on previous research done by several of the researchers on the team and were grounded in theory. After grounding their findings in theory and literature, a sound set of recommendations was able to be made to the state.

## Summary

This chapter defined reliability and validity in the context of qualitative research. Several steps were discussed that can help social work researchers increase the reliability and validity of qualitative studies. While it is not possible for researchers to include every method discussed in this chapter, it is important for the researcher to combine as many diverse methods as feasible, and by doing so, researchers will increase reliability and validity of their respective studies. The chapter ended by presenting a case example illustrating one study in which a social work researcher combined different methods to increase reliability and validity in a qualitative research study.

## References

Anfara, V. A., Jr., & Mertz, N. T. (2006). Introduction. In V. A. Anfara Jr. & N. T. Mertz (Eds.), *Theoretical frameworks in qualitative research* (pp. xiii–xxxii). Thousand Oaks, CA: Sage Publications.

Avis, M. (2005). Is there an epistemology for qualitative research? In I. Holloway (Ed.), *Qualitative research in health care* (pp. 3–16). New York: McGraw-Hill International.

Bazeley, P. (2007). *Qualitative data analysis with NVIVO.* Thousand Oaks, CA: Sage.

Berg, B. L. (2004). *Qualitative research methods for the social sciences.* Boston: Pearson.

Brody, H. (1992). Philosophic approaches. In B. F. Crabtree & W. L. Miller (Eds.), *Doing qualitative research: Research methods for primary care* (Vol. 3, pp. 174–185). Newbury Park, CA: Sage.

Burgess, R. G. (1991). Keeping field notes. In R. G. Burgess (Ed.), *Field research: A sourcebook and field manual* (pp. 191– 194). New York: Routledge.

Case 4:08-cv-00074-GKF-fhm Document 579-8 Filed in USDC ND/OK on 08/01/11 Page 13 of 13



Campbell, D. T. (1956). *Leadership and its effects upon the group*. Columbus: Ohio State University.
Carney, T. F. (1990). *Collaborative inquiry methodology*. Windsor, Ontario, Canada: University of Windsor, Division for Instructional Development.
Chwalisz, K., Wiersma, N., & Stark-Wroblewski, K. (1996). A quasi-qualitative investigation of strategies used in qualitative categorization. *Journal of Counseling Psychology, 43*, 502–509.
Corbin, J., & Strauss, A. (2007). *Basics of qualitative research*. Thousand Oaks, CA: Sage.
Creswell, J. W. (1998). *Qualitative inquiry and research design: Choosing among five traditions*. Thousand Oaks, CA: Sage.
Cronbach, L. J. (1975). Beyond the two disciplines of scientific psychology. *American Psychologist, 30*, 116–127.
Denzin, N. K. (1989). *Interpretive interactionism* (Applied Social Research Methods Series, Vol. 16). Newbury Park, CA: Sage.
Dohan, D., & Sanchez-Jankowski, M. (1998). Using computers to analyze ethnographic field data: Theoretical and practical considerations. *Annual Review of Sociology, 24*, 477–491.
Eisner, E. W. (1991). *The enlightened eye: Qualitative inquiry and the enhancement of educational practice*. New York: Macmillan.
Ellett, A. J., Ellis, J., Westbrook, T., & Dews, D. G. (2007). A statewide qualitative study of 385 professionals: Toward a greater understanding of employee retention and turnover in child welfare. *Children and Youth Services Review, 29*, 264–281.
Fielding, N., & Fielding, J. (1986). *Linking data*. Beverly Hills, CA: Sage.
Finlay, L., & Ballinger, C. (2006). *Qualitative research in allied health professions: Challenging choices*. Hoboken, NJ: John Wiley.
Firestone, W. A. (1993). Alternative arguments for generalizing from data as applied to qualitative research. *Educational Researcher, 22*(4), 16–23.
Franklin, C. (1996). Learning to teach qualitative research: Reflections from a quantitative researcher. *Marriage and Family Review, 24*, 241–274.
Franklin, C., & Hopson, L. (2007). Facilitating the use of evidenced-based practice in community organizations. *Journal of Social Work Education, 43*, 377–404.
Franklin, C., & Jordan, C. (1997). Qualitative research methods. In R. M. Grinnell (Ed.), *Social work research and evaluation: Quantitative and qualitative approaches* (5th ed., pp. 106–140). Itasca, IL: Peacock.
Geertz, C. (1973). *The interpretation of culture*. New York: Basic Books.
Glaser, B. G., & Strauss, A. L. (1967). *The discovery of grounded theory*. Chicago: Aldine.
Grigsby, R. K., Thyer, B. A., Waller, R. J., & Johnston, G. A., Jr. (1999). Chalk eating in middle Georgia: A culture-bound syndrome of pica? *Southern Medical Journal, 92*, 190–192.
Guba, E. G. (1981). Criteria for assessing the trustworthiness of naturalistic inquiries. *Educational Communication and Technology Journal, 29*(2), 75–91.
Gulliksen, H. (1950). *Theory of mental tests*. New York: John Wiley.
Hammersley, M. (1992). *What's wrong with ethnography?* New York: Routledge.
Hill, C. E., Thompson, B. J., & Williams, E. N. (1997). A guide to conducting consensual qualitative research. *The Counseling Psychologist, 25*, 517–527.
Jennings, B. M. (2007). Qualitative analysis: A case of software or 'peopleware?' *Research in Nursing & Health, 30*, 483–484.
Jick, T. (1983). Mixing qualitative and quantitative methods: Triangulation in action. In J. Van Maanen (Ed.), *Qualitative methodology* (pp. 135–148). Beverly Hills, CA: Sage.
Johnson, R. B. (2005). Examining the validity structure of qualitative research. *Education, 18*(2), 282–293.
Kirk, J., & Miller, M. L. (1986). *Reliability and validity in qualitative research*. Newbury Park, CA: Sage.
Krathwohl, D. (1991). *Methods of educational and social science research: An integrated approach*. New York: Longman.
LeCompte, M. D., & Goetz, J. P. (1982). Problems of reliability and validity in ethnographic research. *Journal of Educational Research, 52*(1), 31–60.



Lewins, A., & Silver, C. (2007). *Using software in qualitative research: A step-by-step guide*. Thousand Oaks, CA: Sage.
MacMillan, K., & Koenig, T. (2004). The wow factor: Preconceptions and expectations for the data software in qualitative research. *Social Science Computer Review, 22*, 179–186.
Marshall, C., & Rossman, G. B. (1995). *Designing qualitative research* (2nd ed.). Thousand Oaks, CA: Sage.
McCormick, J., Rodney, P., & Varcoe, C. (2003). Reinterpretations across studies: An approach to meta-analysis. *Qualitative Health Research, 13*, 933–944.
McGrath, J. E., & Brinberg, D. (1983). External validity and the research process: A comment on the Calder-Lynch dialogue. *Journal of Consumer Research, 10*, 115–124.
Miles, M. B., & Huberman, A. M. (1994). *An expanded sourcebook: Qualitative data analysis* (2nd ed.). Thousand Oaks, CA: Sage.
Newfield, N., Sells, S. P., Smith, T. E., Newfield, S., & Newfield, F. (1996). Ethnographic research methods: Creating a clinical science of the humanities. In D. H. Sprenkle & S. M. Moon (Eds.), *Research methods in family therapy* (pp. 25–63). New York: Guilford.
Noblit, G. W., & Hare, R. D. (1988). *Meta-ethnography: Synthesizing qualitative studies*. Newbury Park, CA: Sage.
Padgett, D. K. (2008). *Qualitative methods in social work research* (2nd ed.). Thousand Oaks, CA: Sage.
Patton, M. Q. (2002). *Qualitative evaluation methods* (3rd ed.). Thousand Oaks, CA: Sage.
Pope, C., & Mays, N. (2006). *Qualitative research in health care*. Malden, MA: Blackwell.
Rafuls, S. E., & Moon, S. M. (1996). Grounded theory methodology in family therapy research. In D. H. Sprenkle & S. M. Moon (Eds.), *Research methods in family therapy* (pp. 64–80). New York: Guilford.
Reason, P., & Rowan, J. (1981). Issues of validity in new paradigm research. In P. Reason & J. Rowan (Eds.), *Human inquiry: A sourcebook of new paradigm research* (pp. 239–262). New York: John Wiley.
Rothe, J. P. (2000). *Undertaking qualitative research: Concepts and cases in injury, health and social life*. Alberta, Canada: University of Alberta.
Rubin, A., & Babbie, E. R. (2005). *Research methods for social work* (5th ed). Belmont, CA: Brooks/Cole-Thomson Learning.
Schacter, D. L. (1999). The seven sins of memory: Insights from psychology and cognitive neuroscience. *American Psychologist, 54*, 182–203.
Strauss, A., & Corbin, J. (1999). *Basics of qualitative research: Techniques and procedures for developing grounded theory* (3rd ed.). Thousand Oaks, CA: Sage.
Trochim, W. M. K. (2005). *Research methods: The concise knowledge base*. Mason, OH: Thomson.
Tutty, L. M., Rothery, M. A., & Grinnell, R. M., Jr. (1996). *Qualitative research for social workers*. Needham Heights, MA: Allyn & Bacon.
Williams, M., Unrau, Y., & Grinnell, R. (2007). The qualitative research approach. In R. M. Grinnell & Y. Unrau (Eds.), *Social work research and evaluation* (8th ed.). New York: Oxford University Press.
Wolf, Z. R. (2003). Exploring the audit trail for qualitative investigations. *Nurse Educator, 28*, 175–178.
Zyzanski, S. J., McWhinney, I. R., Blake, R., Crabtree, B. F., & Miller, W. L. (1992). Qualitative research: Perspectives on the future. In B. F. Crabtree & W. L. Miller (Eds.), *Doing qualitative research: Research methods for primary care* (Vol. 3, pp. 231–248). Newbury Park, CA: Sage.

## USEFUL WEB SITES

http://carbon.cudenver.edu/~mryder/itc_data/pract_res.html
This Web site, sponsored by the School of Education at the University of Colorado at Denver, provides links to general resources and articles as well as guidance regarding research paradigms, research genres and methods, and examples of research projects.