# EXHIBIT K



# EXPERIMENTAL AND QUASI-EXPERIMENTAL DESIGNS FOR GENERALIZED CAUSAL INFERENCE

**William R. Shadish**
The University of Memphis

**Thomas D. Cook**
Northwestern University

**Donald T. Campbell**

HOUGHTON MIFFLIN COMPANY Boston New York

To Donald T. Campbell and Lee J. Cronbach,
who helped us to understand science,
and to our wives, Betty, Fay, and Barbara,
who helped us to understand life.

Editor-in-Chief: *Kathi Prancan*
Senior Sponsoring Editor: *Kerry Baruth*
Associate Editor: *Sara Wise*
Associate Project Editor: *Jane Lee*
Editorial Assistant: *Martha Rogers*
Production Design Coordinator: *Lisa Jelly*
Senior Manufacturing Coordinator: *Marie Barnes*
Executive Marketing Manager: *Ros Kane*
Marketing Associate: *Caroline Guy*

Copyright © 2002 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of the copyright owner unless such copying is expressly permitted by federal copyright law. With the exception of nonprofit transcription in Braille, Houghton Mifflin is not authorized to grant permission for further uses of copyrighted selections reprinted in this text without the permission of their owners. Permission must be obtained from the individual copyright owners as identified herein. Address requests for permission to make copies of Houghton Mifflin material to College Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116-3764.

Printed in the U.S.A.

Library of Congress Catalog Card Number: 2001131551

ISBN: 0-395-61556-9

23456789-BBS-05 04 03 02

# Contents

Preface xv

**1. EXPERIMENTS AND GENERALIZED CAUSAL INFERENCE** 1

**Experiments and Causation** 3
Defining Cause, Effect, and Causal Relationships 3
Causation, Correlation, and Confounds 7
Manipulable and Nonmanipulable Causes 7
Causal Description and Causal Explanation 9

**Modern Descriptions of Experiments** 12
Randomized Experiment 13
Quasi-Experiment 13
Natural Experiment 17
Nonexperimental Designs 18

**Experiments and the Generalization of Causal Connections** 18
Most Experiments Are Highly Local But Have General Aspirations 18
Construct Validity: Causal Generalization as Representation 20
External Validity: Causal Generalization as Extrapolation 21
Approaches to Making Causal Generalizations 22

**Experiments and Metascience** 26
The Kuhnian Critique 27
Modern Social Psychological Critiques 28
Science and Trust 28
Implications for Experiments 29

**A World Without Experiments or Causes?** 31

Case 4:08-cv-00074-GKF-fhm Document 579-11 Filed in USDC ND/OK on 08/01/11 Page 4 of 39



Again yes, because humans will always be trying to better know how well these manipulable causes work. Over time, they will refine how they conduct those experiments and so will again be drawn to problems of counterfactual inference, of cause preceding effect, of alternative explanations, and of all of the other features of causation that we have discussed in this chapter. In the end, we would probably end up with the experiment or something very much like it. This book is one more step in that ongoing process of refining experiments. It is about improving the yield from experiments that take place in complex field settings, both the quality of causal inferences they yield and our ability to generalize these inferences to constructs and over variations in persons, settings, treatments, and outcomes.

2

# Statistical Conclusion Validity and Internal Validity

**Val·id** (văl′ĭd): [French *valide,* from Old French from Latin *validus,* strong, from *valre,* to be strong; see *wal-* in Indo-European Roots.] adj. 1. Well grounded; just: *a valid objection.* 2. Producing the desired results; efficacious: *valid methods.* 3. Having legal force; effective or binding: *a valid title.* 4. Logic. a. Containing premises from which the conclusion may logically be derived: *a valid argument.* b. Correctly inferred or deduced from a premise: *a valid conclusion.*

**Ty·pol·o·gy** (tī-pŏl′ə-jē): n., pl. ty·pol·o·gies. 1. The study or systematic classification of types that have characteristics or traits in common. 2. A theory or doctrine of types, as in scriptural studies.

**Threat** (thrĕt): [Middle English from Old English *thrat,* oppression; see *treud-* in Indo-European Roots.] n. 1. An expression of an intention to inflict pain, injury, evil, or punishment. 2. An indication of impending danger or harm. 3. One that is regarded as a possible danger; a menace.

A FAMOUS STUDY in early psychology concerned a horse named Clever Hans who seemed to solve mathematics problems, tapping out the answer with his hoof. A psychologist, Oskar Pfungst, critically examined the performance of Clever Hans and concluded that he was really responding to subtly conveyed researcher expectations about when to start and stop tapping (Pfungst, 1911). In short, Pfungst questioned the **validity** of the initial inference that Clever Hans solved math problems. All science and all experiments rely on making such inferences validly. This chapter presents the theory of validity that underlies the approach to generalized causal inference taken in this book. It begins by discussing the meaning ascribed to validity both in theory and in social science practice and then describes a validity typology that introduces the twin ideas of validity types and **threats to validity.** This

chapter and the next provide an extended description of these types of validity and of threats that go with them.

## VALIDITY

We use the term *validity* to refer to the approximate truth of an inference.[1] When we say something is valid, we make a judgment about the extent to which relevant evidence supports that inference as being true or correct. Usually, that evidence comes from both empirical findings and the consistency of these findings with other sources of knowledge, including past findings and theories. Assessing validity always entails fallible human judgments. We can never be certain that all of the many inferences drawn from a single experiment are true or even that other inferences have been conclusively falsified. That is why validity judgments are not absolute; various degrees of validity can be invoked. As a result, when we use terms such as *valid* or *invalid* or *true* or *false* in this book, they should always be understood as prefaced by "approximately" or "tentatively." For reasons of style we usually omit these modifiers.

Validity is a property of inferences. It is *not* a property of designs or methods, for the same design may contribute to more or less valid inferences under different circumstances. For example, using a randomized experiment does not guarantee that one will make a valid inference about the existence of a descriptive causal relationship. After all, differential attrition may vitiate randomization, **power** may be too low to detect the effect, improper statistics may be used to analyze the data, and **sampling error** might even lead us to misestimate the direction of the effect. So it is wrong to say that a randomized experiment is internally valid or has internal validity—although we may occasionally speak that way for convenience. The same criticism is, of course, true of *any* other method used in science, from the case study to the random sample survey. No method guarantees the validity of an inference.

As a corollary, because methods do not have a one-to-one correspondence with any one type of validity, the use of a method may affect more than one type of validity simultaneously. The best-known example is the decision to use a randomized experiment, which often helps internal validity but hampers external validity. But there are many other examples, such as the case in which diversifying participants improves external validity but decreases statistical conclusion validity or in which treatment standardization clarifies construct validity of the treatment but reduces external validity to practical settings in which such standardization is not common. This is the nature of practical action: our design choices have multiple consequences for validity, not always ones we anticipate. Put differently, every solution to a problem tends to create new problems. This is not unique to science but is true of human action generally (Sarason, 1978).

Still, in our theory, validity is intimately tied to the idea of truth. In philosophy, three theories of truth have traditionally dominated (Schmitt, 1995). **Correspondence theory** says that a knowledge claim is true if it corresponds to the world—for example, the claim that it is raining is true if we look out and see rain falling. **Coherence theory** says that a claim is true if it belongs to a coherent set of claims—for example, the claim that smoking marijuana causes cancer is true if it is consistent with what we know about the results of marijuana smoking on animal systems much like human ones, if cancer has resulted from other forms of smoking, if the causes of cancer include some elements that are known to follow from marijuana smoking, and if the physiological mechanisms that relate smoking tobacco to cancer are also activated by smoking marijuana. **Pragmatism** says that a claim is true if it is useful to believe that claim—for example, we say that "electrons exist" if inferring such entities brings meaning or predictability into a set of observations that are otherwise more difficult to understand. To play this role, electrons need not actually exist; rather, postulating them provides intellectual order, and following the practices associated with them in theory provides practical utility.[2]

Unfortunately, philosophers do not agree on which of these three theories of truth is correct and have successfully criticized aspects of all of them. Fortunately, we need not endorse any one of these as the single *correct definition* of truth in order to endorse each of them as part of a complete description of the *practical strategies* scientists actually use to construct, revise, and justify knowledge claims. Correspondence theory is apparent in the nearly universal scientific concern of gathering data to assess how well knowledge claims match the world. Scientists also judge how well a given knowledge claim coheres with other knowledge claims built into accepted current theories and past findings. Thus Eisenhart and Howe (1992) suggest that a case study's conclusions must cohere with existing theoretical, substantive, and practical knowledge in order to be valid, and scientists traditionally view with skepticism any knowledge claim that flatly contradicts what is already thought to be well established (Cook et al., 1979). On the pragmatic front, Latour (1987) claims that what comes to be accepted as true in science is what scientists can convince others to use, for it is by use that knowledge claims gain currency and that practical accomplishments accrue. This view is apparent in

1. We might use the terms *knowledge claim* or *proposition* in place of *inference* here, the former being observable embodiments of inferences. There are differences implied by each of these terms, but we treat them interchangeably for present purposes.

2. A fourth theory, **deflationism** (sometimes called the redundancy or minimalist theory of truth; Horowich, 1990), denies that truth involves correspondence to the world, coherence, or usefulness. Instead, it postulates that the word *truth* is a trivial linguistic device "for assenting to propositions expressed by sentences too numerous, lengthy, or cumbersome to utter" (Schmitt, 1995, p. 128). For example, the claim that "Euclidean geometry is true" is said instead of repeating one's assent to all the axioms of Euclidean geometry, and the claim means no more than that list of axioms.

Mishler's (1990) assertion that qualitative methods are validated by "a functional criterion—whether findings are relied upon for further work" (p. 419) and in a recent response to a statistical-philosophical debate that "in the interest of science, performance counts for more than rigid adherence to philosophical principles" (Casella & Schwartz, 2000, p. 427).

Our theory of validity similarly makes some use of each of these approaches to truth—as we believe all practical theories of validity must do. Our theory clearly appeals to the correspondence between empirical evidence and abstract inferences. It is sensitive to the degree to which an inference coheres with relevant theory and findings. And it has a pragmatic emphasis in emphasizing the utility of ruling out the alternative explanations that practicing scientists in a given research area believe could compromise knowledge claims, even though such threats are, in logic, just a subset of all possible alternatives to the claim. Thus a mix of strategies characterizes how we will proceed, reluctantly eschewing a single, royal road to truth, for each of these single roads is compromised. Correspondence theory is compromised because the data to which a claim is compared are themselves theory laden and so cannot provide a theory-free test of that claim (Kuhn, 1962). Coherence theory is vulnerable to the criticism that coherent stories need not bear any exact relationship to the world. After all, effective swindlers' tales are often highly coherent, even though they are, in fact, false in some crucial ways. Finally, pragmatism is vulnerable because many beliefs known to be true by other criteria have little utility—for example, knowledge of the precise temperature of small regions in the interior of some distant star. Because philosophers do not agree among themselves about which theory of truth is best, practicing scientists should not have to choose among them in justifying a viable approach to the validity of inferences about causation and its generalization.

Social and psychological forces also profoundly influence what is accepted as true in science (Bloor, 1997; Latour, 1987; Pinch, 1986; Shapin, 1994). This is illustrated by Galileo's famous tribulations with the Inquisition and by the history of the causes of ulcers that we covered in Chapter 1. But following Shapin's (1994) distinction between an evaluative and a social theory of truth, we

> want to preserve . . . the loose equation between truth, knowledge and the facts of the matter, while defending the practical interest and legitimacy of a more liberal notion of truth, a notion in which there is indeed a socio-historical story to be told about truth. (Shapin, 1994, p. 4)

As Bloor (1997) points out, science is not a zero-sum game whose social and cognitive-evaluative influences detract from each other; instead, they complement each other. Evaluative theories deal with factors influencing what we *should* accept as true and, for the limited realm of causal inferences and their generality, our theory of validity tries to be evaluative in this normative sense. The social theory tells about external factors influencing what we *do* accept as true, including how we come to believe that one thing causes another (Heider, 1944)—so a social the-



ory of truth might be based on insight, on findings from psychology, or on features in the social, political, and economic environment (e.g., Cordray, 1986). Social theory about truth is not a central topic of this book, though we touch on it in several places. However, truth is manifestly a social construction, and it depends on more than evaluative theories of truth such as correspondence, coherence, and pragmatism. But we believe that truth *does* depend on these in part, and it is this part we develop most thoroughly.

## A Validity Typology

A little history will place the current typology in context. Campbell (1957) first defined **internal validity** as the question, "did in fact the experimental stimulus make some significant difference in this specific instance?" (p. 297) and **external validity** as the question, "to what populations, settings, and variables can this effect be generalized?" (p. 297).[3] Campbell and Stanley (1963) followed this lead closely. Internal validity referred to inferences about whether "the experimental treatments make a difference in this specific experimental instance" (Campbell & Stanley, 1963, p. 5). External validity asked "to what populations, settings, treatment variables, and measurement variables can this effect be generalized" (Campbell & Stanley, 1963, p. 5).[4]

Cook and Campbell (1979) elaborated this validity typology into four related components: **statistical conclusion validity,** internal validity, construct validity, and external validity. Statistical conclusion validity referred to the appropriate use of statistics to infer whether the presumed independent and dependent variables covary. Internal validity referred to whether their covariation resulted from a causal relationship. Both construct and external validity referred to generalizations—the former from operations to constructs (with particular emphasis on cause and effect constructs) and the latter from the samples of persons,

3. Campbell (1986) suggests that the distinction was partly motivated by the emphasis in the 1950s on Fisherian randomized experiments, leaving students with the erroneous impression that randomization took care of all threats to validity. He said that the concept of external validity was originated to call attention to those threats that randomization did not reduce and that therefore "backhandedly, threats to internal validity were, initially and implicitly, those for which random assignment did control" (p. 68). Though this cannot be literally true—attrition was among his internal validity threats, but it is not controlled by random assignment—this quote does provide useful insight into the thinking that initiated the distinction.

4. External validity is sometimes confused with ecological validity. The latter is used in many different ways (e.g., Bronfenbrenner, 1979; Brunswick, 1943, 1956). However, in its original meaning it is not a validity type but a method that calls for research with samples of settings and participants that reflect the ecology of application (although Bronfenbrenner understood it slightly differently; 1979, p. 29). The internal-external validity distinction is also sometimes confused with the laboratory-field distinction. Although the latter distinction did help motivate Campbell's (1957) thinking, the two are logically orthogonal. In principle, the causal inference from a field experiment can have high internal validity, and one can ask whether a finding first identified in the field would generalize to the laboratory setting.

**TABLE 2.1 Four Types of Validity**

*Statistical Conclusion Validity:* The validity of inferences about the correlation (covariation) between treatment and outcome.

*Internal Validity:* The validity of inferences about whether observed covariation between A (the presumed treatment) and B (the presumed outcome) reflects a causal relationship from A to B as those variables were manipulated or measured.

*Construct Validity:* The validity of inferences about the higher order constructs that represent sampling particulars.

*External Validity:* The validity of inferences about whether the cause-effect relationship holds over variation in persons, settings, treatment variables, and measurement variables.

settings, and times achieved in a study to and across populations about which questions of generalization might be raised.

In this book, the definitions of statistical conclusion and internal validity remain essentially unchanged from Cook and Campbell (1979), extending the former only to consider the role of effect sizes in experiments. However, we modify construct and external validity to accommodate Cronbach's (1982) points that both kinds of causal generalizations (representations and extrapolations) apply to all elements of a study (units, treatments, observations and settings; see Table 2.1). Hence construct validity is now defined as the degree to which inferences are warranted from the observed persons, settings, and cause and effect operations included in a study to the constructs that these instances might represent. External validity is now defined as the validity of inferences about whether the causal relationship holds over variation in persons, settings, treatment variables, and measurement variables.

In Cook and Campbell (1979), construct validity was mostly limited to inferences about higher order constructs that represent the treatments and observations actually studied;[5] in our current usage, we extend this definition of construct validity to cover persons and settings, as well. In Cook and Campbell (1979), external validity referred only to inferences about how a causal relationship would generalize to and across populations of persons and settings; here we extend their definition of external validity to include treatments and observations, as well. Creating a separate construct validity label only for cause and effect issues was justified pragmatically in Cook and Campbell because of the attention it focused on a central issue in causation: how the cause and effect should be characterized theoretically. But this salience was sometimes interpreted to imply that characterizing populations of units and settings is trivial. Because it is not, construct validity should refer to them also. Similarly, we should not limit external generalizations to persons and settings, for it is worth assessing whether a particular cause-and-effect relationship would hold if different variants of the causes or effects were used—those differences are often small variations but can sometimes be substantial. We will provide examples of these inferences in Chapter 3.

5. However, Cook and Campbell (1979) explicitly recognized the possibility of inferences about constructs regarding other study features such as persons and settings: "In the discussion that follows we shall restrict ourselves to the construct validity of presumed causes and effects, since these play an especially crucial role in experiments whose raison d'etre is to test causal propositions. But it should be clearly noted that construct validity concerns are not limited to cause and effect constructs. All aspects of the research require naming samples in generalizable terms, including samples of peoples and settings as well as samples of measures or manipulations" (p. 59).



Our justification for discussing these four slightly reformulated validity types remains pragmatic, however, based on their correspondence to four major questions that practicing researchers face when interpreting causal studies: (1) How large and reliable is the covariation between the presumed cause and effect? (2) Is the covariation causal, or would the same covariation have been obtained without the treatment? (3) Which general constructs are involved in the persons, settings, treatments, and observations used in the experiment? and (4) How generalizable is the locally embedded causal relationship over varied persons, treatments, observations, and settings? Although these questions are often highly interrelated, it is worth treating them separately because the inferences drawn about them often occur independently and because the reasoning we use to construct each type of inference differs in important ways. In the end, however, readers should always remember that "A validity typology can greatly aid . . . design, but it does not substitute for critical analysis of the particular case or for logic" (Mark, 1986 p. 63).

## Threats to Validity

Threats to validity are specific reasons why we can be partly or completely wrong when we make an inference about covariance, about causation, about constructs, or about whether the causal relationship holds over variations in persons, settings, treatments, and outcomes. In this chapter we describe threats to statistical conclusion validity and internal validity; in the following chapter we do the same for construct and external validity. The threats we present to each of the four validity types have been identified through a process that is partly conceptual and partly empirical. In the former case, for example, many of the threats to internal validity are tied to the nature of reasoning about descriptive causal inferences outlined in Chapter 1. In the latter case, Campbell (1957) identified many threats from critical commentary on past experiments, most of those threats being theoretically mundane. The empirically based threats can, should, and do change over time as experience indicates both the need for new threats and the obsolescence of former ones. Thus we add a new threat to the traditional statistical conclusion validity threats. We call it "Inaccurate Effect Size Estimation" in order to reflect the reality that social scientists now emphasize estimating the size of causal effects, in addition to running the usual statistical significance tests. Conversely, although each of the threats we

describe do indeed occur in experiments, the likelihood that they will occur varies across contexts. Lists of validity threats are heuristic aids; they are not etched in stone, and they are not universally relevant across all research areas in the social sciences.

These threats serve a valuable function: they help experimenters to anticipate the likely criticisms of inferences from experiments that experience has shown occur frequently, so that the experimenter can try to rule them out.[6] The primary method we advocate for ruling them out is to use design controls that minimize the number and plausibility of those threats that remain by the end of a study. This book is primarily about how to conduct such studies, particularly with the help of design rather than statistical adjustment controls. The latter are highlighted in presentations of causal inference in much of economics, say, but less so in statistics itself, in which the design controls we prefer also tend to be preferred. Random assignment is a salient example of good design control. This book describes the experimental design elements that generally increase the quality of causal inferences by ruling out more alternative interpretations to a causal claim. Chapter 8 shows how and when random assignment to treatment and comparison conditions can enhance causal inference, whereas Chapters 4 through 7 show what design controls can be used when random assignment is not possible or has broken down.

However, many threats to validity cannot be ruled out by design controls, either because the logic of design control does not apply (e.g., with some threats to construct validity such as inadequate construct explication) or because practical constraints prevent available controls from being used. In these cases, the appropriate method is to identify and explore the role and influence of the threat in the study. In doing this, three questions are critical: (1) How would the threat apply in this case? (2) Is there evidence that the threat is plausible rather than just possible? (3) Does the threat operate in the same direction as the observed effect, so that it could partially or totally explain the observed findings? For example, suppose a critic claims that history (other events occurring at the same time as treatment that could have caused the same outcome) is a threat to the internal validity of a quasi-experiment you have conducted on the effects of the federal Women, Infants, and Children (WIC) Program to improve pregnancy outcome among eligible low-income women compared with a control group of ineligible women. First, we need to know how "history" applies in this case, for example, whether other social programs are available and whether women who are eligible for WIC are also eligible for these other programs. A little thought shows that the food stamps program might be such a threat. Second, we need to know if there is evidence—or at least a reasonable expectation given past findings or background knowledge—that more women who are eligible for WIC are getting food stamps than women who are ineligible for WIC. If not, then although this particular history threat is possible, it may not be plausible. In this case, background knowledge suggests that the threat is plausible because both the WIC Program and the food stamps program use similar eligibility criteria. Third, if the threat is plausible, we need to know if the effects of food stamps on pregnancy outcome would be similar to the effects of the WIC Program. If not, then this history threat could not explain the observed effect, and so it does not threaten it. In this case, the threat would be real, for food stamps could lead to better nutrition, which could also improve pregnancy outcome. Throughout this book, we will emphasize these three crucial questions about threats in the examples we use.

6. We agree with Reichardt (2000) that it would be better to speak of "taking account of threats to validity" than to say "ruling out threats to validity," for the latter implies a finality that can rarely be achieved in either theory or practice. Talking about "ruling out" threats implies an all-or-none quality in which threats either do or do not apply; but in many cases threats are a matter of degree rather than being absolute. However, we also agree with Reichardt that the term "ruling out" has such a strong foothold in this literature that we can continue to use the term for stylistic reasons.



The previous example concerns a threat identified by a critic after a study was done. Given the difficulties all researchers have in criticizing their own work, such post hoc criticisms are probably the most common source of identified threats to studies. However, it is better if the experimenter can anticipate such a threat before the study has begun. If he or she can anticipate it but cannot institute design controls to prevent the threat, the best alternative is to measure the threat directly to see if it actually operated in a given study and, if so, to conduct statistical analyses to examine whether it can plausibly account for the obtained cause-effect relationship. We heartily endorse the direct assessment of possible threats, whether done using quantitative or qualitative observations. It will sometimes reveal that a specific threat that might have operated did not in fact do so or that the threat operated in a way opposite to the observed effect and so could not account for the effect (e.g., Gastwirth, Krieger, & Rosenbaum, 1994). However, we are cautious about using such direct measures of threats in statistical analyses that claim to rule out the threat. The technical reasons for this caution are explained in subsequent chapters, but they have to do with the need for full knowledge of how a threat operates and for perfect measurement of the threat. The frequent absence of such knowledge is why we usually prefer design over statistical control, though in practice most studies will achieve a mix of both. We want to tilt the mix more in the design direction, and to this end this book features a large variety of practical design elements that, in different real-world circumstances, can aid in causal inference while limiting the need for statistical adjustment.

In doing all this, the experimenter must remember that ruling out threats to validity is a falsificationist enterprise, subject to all the criticisms of falsificationism that we outlined in Chapter 1. For example, ruling out plausible threats to validity in experiments depends on knowing the relevant threats. However, this knowledge depends on the quality of the relevant methodological and substantive theories available and on the extent of background information available from experience with the topic on hand. It also depends on the existence of a widely accepted theory of "plausibility," so that we know which of the many possible threats are plausible in this particular context. Without such a theory, most researchers rely on their own all-too-fallible judgment (Mark, 1986; Rindskopf, 2000). And it depends on measuring the

Case 4:08-cv-00074-GKF-fhm Document 579-11 Filed in USDC ND/OK on 08/01/11 Page 9 of 39



threats in unbiased ways that do not include the theories, wishes, expectations, hopes, or category systems of the observers. So the process of ruling out threats to validity exemplifies the fallible falsificationism that we described in Chapter 1.

## STATISTICAL CONCLUSION VALIDITY

Statistical conclusion validity concerns two related statistical inferences that affect the covariation component of causal inferences:[7] (1) whether the presumed cause and effect covary and (2) how strongly they covary. For the first of these inferences, we can incorrectly conclude that cause and effect covary when they do not (a **Type I error**) or incorrectly conclude that they do not covary when they do (a **Type II error**). For the second inference, we can overestimate or underestimate the magnitude of covariation, as well as the degree of confidence that magnitude estimate warrants. In this chapter, we restrict ourselves to classical statistical conceptions of covariation and its magnitude, even though qualitative analyses of covariation are both plausible and important.[8] We begin with a brief description of the nature of covariation statistics and then discuss the specific threats to those inferences.

### Reporting Results of Statistical Tests of Covariation

The most widely used way of addressing whether cause and effect covary is **null hypothesis significance testing** (NHST). An example is that of an experimenter who computes a $t$-test on treatment and comparison group means at posttest, with the usual **null hypothesis** being that the difference between the population means from which these samples were drawn is zero.[9] A test of this hypothesis is typically accompanied by a statement of the probability that a difference of the size obtained (or larger) would have occurred by chance (e.g., $p = .036$) in a population in which no between-group difference exists. Following a tradition first suggested by Fisher (1926, p. 504), it has unfortunately become customary to describe this result dichotomously—as statistically significant if $p < .05$ or as nonsignificant otherwise. Because the implication of nonsignificance is that a cause and effect do not covary—a conclusion that can be wrong and have serious consequences—threats to statistical conclusion validity are partly about why a researcher might be wrong in claiming not to find a significant effect using NHST.

However, problems with this kind of NHST have been known for decades (Meehl, 1967, 1978; Rozeboom, 1960), and the debate has intensified recently (Abelson, 1997; Cohen, 1994; Estes, 1997; Frick, 1996; Harlow, Mulaik, & Steiger, 1997; Harris, 1997; Hunter, 1977; Nickerson, 2000; Scarr, 1997; Schmidt, 1996; Shrout, 1997; Thompson, 1993). Some critics even want to replace NHST totally with other options (Hunter, 1997; Schmidt, 1996). The arguments are beyond the scope of this text, but primarily they reduce to two: (1) scientists routinely misunderstand NHST, believing that $p$ describes the chances that the null hypothesis is true or that the experiment would replicate (Greenwald, Gonzalez, Harris, & Guthrie, 1996); and (2) NHST tells us little about the size of an effect. Indeed, some scientists wrongly think that nonsignificance implies a zero effect when it is more often true that such **effect sizes** are different from zero (e.g., Lipsey & Wilson, 1993).

This is why most parties to the debate about statistical significance tests prefer reporting results as effect sizes bounded by confidence intervals, and even the advocates of NHST believe it should play a less prominent role in describing experimental results. But few parties to the debate believe that NHST should be banned outright (e.g., Howard, Maxwell, & Fleming, 2000; Kirk, 1996). It can still be useful for understanding the role that chance may play in our findings (Krantz, 1999; Nickerson, 2000). So we prefer to see results reported first as effect size estimates accompanied by 95% confidence intervals, followed by the exact probability level of a Type I error from a NHST.[10] This is feasible for any focused comparison between two conditions (e.g., treatment versus control); Rosenthal and Rubin (1994) suggest methods for contrasts involving more than two conditions.

The effect size and 95% confidence interval contain all the information provided by traditional NHST but focus attention on the magnitude of covariation and the precision of the effect size estimate; for example, "the 95% confidence interval of $6 \pm 2$ shows more precision than the 95% confidence interval of $6 \pm 5$"

7. We use covariation and correlation interchangeably, the latter being a standardized version of the former. The distinction can be important for other purposes, however, such as when we model explanatory processes in Chapter 12.

8. Qualitative researchers often make inferences about covariation based on their observations, as when they talk about how one thing seems related to another. We can think about threats to the validity of those inferences, too. Psychological theory about biases in covariation judgments might have much to offer to this program (e.g., Crocker, 1981; Faust, 1984), as with the "illusory correlation" bias in clinical psychology (Chapman & Chapman, 1969). But we do not know all or most of these threats to qualitative inferences about covariation; and some we know have been seriously criticized (e.g., Gigerenzer, 1996) because they seem to operate mostly with individuals' first reactions. Outlining threats to qualitative covariation inferences is a task best left to qualitative researchers whose contextual familiarity with such work makes them better suited to the task than we are.

9. Cohen (1994) suggests calling this zero-difference hypothesis the "nil" hypothesis to emphasize that the hypothesis of zero difference is not the only possible hypothesis to be nullified. We discuss other possible null hypotheses shortly. Traditionally, the opposite of the null hypothesis has been called the **alternative hypothesis**, for example, that the difference between group means is not zero.



10. The American Psychological Association's Task Force on Statistical Inference concluded, "*It is hard to imagine a situation in which a dichotomous accept-reject decision is better than reporting an actual p value or, better still, a confidence interval. . . . Always provide some effect-size estimate when reporting a p value. . . . Interval estimates should be given for any effect sizes involving principal outcomes*" (Wilkinson and the Task Force on Statistical Inference, 1999, p. 599). Cohen (1994) suggests reporting "confidence curves" (Birnbaum, 1961) from which can be read all confidence intervals from 50% to 100% so that just one confidence interval need not be chosen; a computer program for generating these curves is available (Borenstein, Cohen, & Rothstein, in press).

(Frick, 1996, p. 383). Confidence intervals also help to distinguish between situations of low statistical power, and hence wide confidence intervals, and situations with precise but small effect sizes—situations that have quite different implications. Reporting the preceding statistics would also decrease current dependence on speciously precise point estimates, replacing them with more realistic ranges that better reflect uncertainty even though they may complicate public communication. Thus the statement "the average increase in income was $1,000 per year" would be complemented by "the likely outcome is an average increase ranging between $400 and $1600 per year."

In the classic interpretation, exact Type I probability levels tell us the probability that the results that were observed in the experiment could have been obtained by chance from a population in which the null hypothesis is true (Cohen, 1994). In this sense, NHST provides some information that the results could have arisen due to chance—perhaps not the most interesting hypothesis but one about which it has become customary to provide the reader with information. A more interesting interpretation (Frick, 1996; Harris, 1997; Tukey, 1991) is that the probability level tells us about the confidence we can have in deciding among three claims: (1) the sign of the effect in the population is positive (Treatment A did better than Treatment B); (2) the sign is negative (Treatment B did better than Treatment A); or (3) the sign is uncertain. The smaller the $p$ value, the less likely it is that our conclusion about the sign of the population effect is wrong; and if $p >$ .05 (or, equivalently, if the confidence interval contains zero), then our conclusion about the sign of the effect is too close to call.

In any case, whatever interpretation of the $p$ value from NHST one prefers, all this discourages the overly simplistic conclusion that either "there is an effect" or "there is no effect." We believe that traditional NHST will play an increasingly small role in social science, though no new approach will be perfect.[11] As Abelson recently said:

> Whatever else is done about null-hypothesis tests, let us stop viewing statistical analysis as a sanctification process. We are awash in a sea of uncertainty, caused by a flood tide of sampling and measurement errors, and there are no objective procedures that avoid human judgment and guarantee correct interpretations of results. (1997, p. 13)

11. An alternative (more accurately, a complement) to both NHST and reporting effect sizes with confidence intervals is the use of Bayesian statistics (Etzioni & Kadane, 1995; Howard et al., 2000). Rather than simply accept or reject the null hypothesis, Bayesian approaches use the results from a study to update existing knowledge on an ongoing basis, either prospectively by specifying expectations about study outcomes before the study begins (called prior probabilities) or retrospectively by adding results from an experiment to an existing corpus of experiments that has already been analyzed with Bayesian methods to update results. The latter is very close to random effects meta-analytic procedures (Hedges, 1998) that we cover in Chapter 13. Until recently, Bayesian statistics have been used sparingly, partly because of ambiguity about how prior probabilities should be obtained and partly because Bayesian methods were computationally intensive with few computer programs to implement them. The latter objection is rapidly dissipating as more powerful computers and acceptable programs are developed (Thomas, Spiegelhalter, & Gilks, 1992), and the former is beginning to be addressed in useful ways (Howard et al., 2000). We expect to see increasing use of Bayesian statistics in the next few decades, and as their use becomes more frequent, we will undoubtedly find threats to the validity of them that we do not yet include here.



**TABLE 2.2 Threats to Statistical Conclusion Validity: Reasons Why Inferences About Covariation Between Two Variables May Be Incorrect**

1. *Low Statistical Power:* An insufficiently powered experiment may incorrectly conclude that the relationship between treatment and outcome is not significant.
2. *Violated Assumptions of Statistical Tests:* Violations of statistical test assumptions can lead to either overestimating or underestimating the size and significance of an effect.
3. *Fishing and the Error Rate Problem:* Repeated tests for significant relationships, if uncorrected for the number of tests, can artifactually inflate statistical significance.
4. *Unreliability of Measures:* Measurement error weakens the relationship between two variables and strengthens or weakens the relationships among three or more variables.
5. *Restriction of Range:* Reduced range on a variable usually weakens the relationship between it and another variable.
6. *Unreliability of Treatment Implementation:* If a treatment that is intended to be implemented in a standardized manner is implemented only partially for some respondents, effects may be underestimated compared with full implementation.
7. *Extraneous Variance in the Experimental Setting:* Some features of an experimental setting may inflate error, making detection of an effect more difficult.
8. *Heterogeneity of Units:* Increased variability on the outcome variable within conditions increases error variance, making detection of a relationship more difficult.
9. *Inaccurate Effect Size Estimation:* Some statistics systematically overestimate or underestimate the size of an effect.

## Threats to Statistical Conclusion Validity

Table 2.2 presents a list of threats to statistical conclusion validity, that is, reasons why researchers may be wrong in drawing valid inferences about the existence and size of covariation between two variables.

### *Low Statistical Power*

Power refers to the ability of a test to detect relationships that exist in the population, and it is conventionally defined as the probability that a statistical test will reject the null hypothesis when it is false (Cohen, 1988; Lipsey, 1990; Maxwell & Delaney, 1990). When a study has low power, effect size estimates will be less precise (have wider confidence intervals), and traditional NHST may incorrectly conclude that cause and effect do not covary. Simple computer programs can calculate power if we know or can estimate the sample size, the Type I and Type II error rates, and the effect sizes (Borenstein & Cohen, 1988; Dennis, Lennox, & Foss, 1997; Hintze, 1996; Thomas & Krebs, 1997). In social science practice, Type I error rates are usually set at $\alpha = .05$, although good reasons often exist to deviate from this

(Makuch & Simon, 1978)—for example, when testing a new drug for harmful side effects, a higher Type I error rate might be fitting (e.g., $\alpha = .20$). It is also common to set the Type II error rate ($\beta$) at .20, and power is then $1 - \beta = .80$. The target effect size is often inferred from what is judged to be a practically important or theoretically meaningful effect (Cohen, 1996; Lipsey, 1990), and the standard deviation needed to compute effect sizes is usually taken from past research or pilot work. If the power is too low for detecting an effect of the specified size, steps can be taken to increase power. Given the central importance of power in practical experimental design, Table 2.3 summarizes the many factors that affect power that will be discussed in this book and provides comments about such matters as their feasibility, application, exceptions to their use, and disadvantages.

**TABLE 2.3 Methods to Increase Power**

| Method | Comments |
|---|---|
| **Use matching, stratifying, blocking** | 1. Be sure the variable used for matching, stratifying, or blocking is correlated with outcome (Maxwell, 1993), or use a variable on which subanalyses are planned.<br>2. If the number of units is small, power can decrease when matching is used (Gail et al., 1996). |
| **Measure and correct for covariates** | 1. Measure covariates correlated with outcome and adjust for them in statistical analysis (Maxwell, 1993).<br>2. Consider cost and power tradeoffs between adding covariates and increasing sample size (Allison, 1995; Allison et al., 1997).<br>3. Choose covariates that are nonredundant with other covariates (McClelland, 2000).<br>4. Use covariance to analyze variables used for blocking, matching, or stratifying. |
| **Use larger sample sizes** | 1. If the number of treatment participants is fixed, increase the number of control participants.<br>2. If the budget is fixed and treatment is more expensive than control, compute optimal distribution of resources for power (Orr, 1999).<br>3. With a fixed total sample size in which aggregates are assigned to conditions, increase the number of aggregates and decrease the number of units within aggregates. |
| **Use equal cell sample sizes** | 1. Unequal cell splits do not affect power greatly until they exceed 2:1 splits (Pocock, 1983).<br>2. For some effects, unequal sample size splits can be more powerful (McClelland, 1997). |



**TABLE 2.3 Continued**

| Method | Comments |
|---|---|
| **Improve measurement** | 1. Increase measurement reliability or use latent variable modeling.<br>2. Eliminate unnecessary restriction of range (e.g., rarely dichotomize continuous variables).<br>3. Allocate more resources to posttest than to pretest measurement (Maxwell, 1994).<br>4. Add additional waves of measurement (Maxwell, 1998).<br>5. Avoid floor or ceiling effects. |
| **Increase the strength of treatment** | 1. Increase dose differential between conditions.<br>2. Reduce diffusion over conditions.<br>3. Ensure reliable treatment delivery, receipt, and adherence. |
| **Increase the variability of treatment** | 1. Extend the range of levels of treatment that are tested (McClelland, 2000).<br>2. In some cases, oversample from extreme levels of treatment (McClelland, 1997). |
| **Use a within-participants design** | 1. Less feasible outside laboratory settings.<br>2. Subject to fatigue, practice, contamination effects. |
| **Use homogenous participants selected to be responsive to treatment** | 1. Can compromise generalizability. |
| **Reduce random setting irrelevancies** | 1. Can compromise some kinds of generalizability. |
| **Ensure that powerful statistical tests are used and their assumptions are met** | 1. Failure to meet test assumptions sometimes increases power (e.g., treating dependent units as independent), so you must know the relationship between assumption and power.<br>2. Transforming data to meet normality assumptions can improve power even though it may not affect Type I error rates much (McClelland, 2000).<br>3. Consider alternative statistical methods (e.g., Wilcox, 1996). |

To judge from reviews, low power occurs frequently in experiments. For instance, Kazdin and Bass (1989) found that most psychotherapy outcome studies comparing two treatments had very low power (see also Freiman, Chalmers, Smith, & Kuebler, 1978; Lipsey, 1990; Sedlmeier & Gigerenzer, 1989). So low power is a major cause of false null conclusions in individual studies. But when effects are small, it is frequently impossible to increase power sufficiently using the

methods in Table 2.3. This is one reason why the synthesis of many studies (see Chapter 13) is now so routinely advocated as a path to more powerful tests of small effects.

### Violated Assumptions of the Test Statistics

Inferences about covariation may be inaccurate if the assumptions of a statistical test are violated. Some assumptions can be violated with relative impunity. For instance, a two-tailed *t*-test is reasonably robust to violations of normality if group sample sizes are large and about equal and only Type I error is at issue (Judd, McClelland, & Culhane, 1995; but for Type II error, see Wilcox, 1995). However, violations of other assumptions are more serious. For instance, inferences about covariation may be inaccurate if observations are not independent—for example, children in the same classroom may be more related to each other than randomly selected children are; patients in the same physician's practice or workers in the same workplace may be more similar to each other than randomly selected individuals are.[12] This threat occurs often and violates the assumption of independently distributed errors. It can introduce severe bias to the estimation of standard errors, the exact effects of which depend on the design and the kind of dependence (Judd et al., 1995). In the most common case of units **nested** within aggregates (e.g., children in some schools get one treatment and children in other schools get the comparison condition), the bias is to increase the Type I error rate dramatically so that researchers will conclude that there is a "significant" treatment difference far more often than they should. Fortunately, recent years have seen the development of relevant statistical remedies and accompanying computer programs (Bryk & Raudenbush, 1992; Bryk, Raudenbush, & Congdon, 1996; DeLeeuw & Kreft, 1986; Goldstein, 1987).

### Fishing and the Error Rate Problem

An inference about covariation may be inaccurate if it results from fishing through the data set to find a "significant" effect under NHST or to pursue leads suggested by the data themselves, and this inaccuracy can also occur when multiple investigators reanalyze the same data set (Denton, 1985). When the Type I error rate for a single test is $\alpha = .05$, the error rate for a set of tests is quite different and increases with more tests. If three tests are done with a nominal $\alpha = .05$, then the actual alpha (or the probability of making a Type I error over all three tests) is .143; with twenty tests it is .642; and with fifty tests it is .923 (Maxwell & Delaney, 1990). Especially if only a subset of results are reported (e.g., only the significant ones), the research conclusions can be misleading.

12. Violations of this assumption used to be called the "**unit of analysis**" problem; we discuss this problem in far more detail in Chapter 8.



The simplest corrective procedure is the very conservative Bonferroni correction, which divides the overall target Type I error rate for a set (e.g., $\alpha = .05$) by the number of tests in the set and then uses the resulting Bonferroni-corrected $\alpha$ in all individual tests. This ensures that the error rate over all tests will not exceed the nominal $\alpha = .05$. Other corrections include the use of conservative multiple comparison follow-up tests in analysis of variance (ANOVA) or the use of a multivariate ANOVA if multiple dependent variables are tested (Maxwell & Delaney, 1990). Some critics of NHST discourage such corrections, arguing that we already tend to overlook small effects and that conservative corrections make this even more likely. They argue that reporting effect sizes, confidence intervals, and exact *p* values shifts the emphasis from "significant-nonsignificant" decisions toward confidence about the likely sign and size of the effect. Other critics argue that if results are reported for all statistical tests, then readers can assess for themselves the chances of spuriously "significant" results by inspection (Greenwald et al., 1996). However, it is unlikely that complete reporting will occur because of limited publication space and the tendency of authors to limit reports to the subset of results that tell an interesting story. So in most applications, fishing will still lead researchers to have more confidence in associations between variables than they should.

### Unreliability of Measures

A conclusion about covariation may be inaccurate if either variable is measured unreliably (Nunnally & Bernstein, 1994). **Unreliability** always attenuates bivariate relationships. When relationships involve three or more variables, the effects of unreliability are less predictable. Maxwell and Delaney (1990) showed that unreliability of a covariate in an analysis of covariance can produce significant treatment effects when the true effect is zero or produce zero effects in the presence of true effects. Similarly, Rogosa (1980) showed that the effects of unreliability in certain correlational designs depended on the pattern of relationships among variables and the differential **reliability** of the variables, so that nearly any effect or null effect could be found no matter what the true effect might be. Special reliability issues arise in longitudinal studies that assess rates of change, acceleration, or other features of development (Willett, 1988). So reliability should be assessed and reported for each measure. Remedies for unreliability include increasing the number of measurements (e.g., using more items or more raters), improving the quality of measures (e.g., better items, better training of raters), using special kinds of growth curve analyses (Willett, 1988), and using techniques like **latent variable** modeling of several observed measures to parcel out true score from error variance (Bentler, 1995).

### Restriction of Range

Sometimes variables are restricted to a narrow range; for instance, in experiments two highly similar treatments might be compared or the outcome may have only

two values or be subject to floor or ceiling effects. This restriction also lowers power and attenuates bivariate relations. Restriction on the independent variable can be decreased by, for example, studying distinctly different treatment doses or even full-dose treatment versus no treatment. This is especially valuable early in a research program when it is important to test whether large effects can be found under circumstances most favorable to its emergence. Dependent variables are restricted by **floor effects** when all respondents cluster near the lowest possible score, as when most respondents score normally on a scale measuring pathological levels of depression, and by **ceiling effects** when all respondents cluster near the highest score, as when a study is limited to the most talented students. When continuous measures are dichotomized (or trichotomized, etc.), range is again restricted, as when a researcher uses the median weight of a sample to create high- and low-weight groups. In general, such splits should be avoided.[13] Pilot testing measures and selection procedures help detect range restriction, and item response theory analyses can help to correct the problem if a suitable calibration sample is available (Hambleton, Swaminathan, & Rogers, 1991; Lord, 1980).

### *Unreliability of Treatment Implementation*

Conclusions about covariation will be affected if treatment is implemented inconsistently from site to site or from person to person within sites (Boruch & Gomez, 1977; Cook, Habib, Philips, Settersten, Shagle, & Degirmencioglu, 1999; Lipsey, 1990). This threat is pervasive in field experiments, in which controlling the treatment is less feasible than in the laboratory. Lack of standardized implementation is commonly thought to decrease an effect size, requiring more attention to other design features that increase power, such as sample size. However, some authors note that variable implementation may reflect a tailoring of the intervention to the recipient in order to increase its effects (Scott & Sechrest, 1989; Sechrest, West, Phillips, Redner, & Yeaton, 1979; Yeaton & Sechrest, 1981). Further, lack of standardization is also not a problem if the desired inference is to a treatment that is supposed to differ widely across units. Indeed, a lack of standardization is intrinsic to some real-world interventions. Thus, in studies of the Comprehensive Child Development Program (Goodson, Layzer, St. Pierre, Bernstein & Lopez, 2000) and Early Head Start (Kisker & Love, 1999), poor parents of young children were provided with different packages of services depending on the varying nature of their needs. Thus some combinations of job training, formal education, parent training, counseling, or emergency housing might be needed, creating a very heterogeneous treatment across the families studied. In all these cases, however, efforts should be made to measure the components of the treatment package and to explore how the various components are related to changes

13. Counterintuitively, Maxwell and Delaney (1990) showed that dichotomizing two continuous independent variables to create a factorial ANOVA design can sometimes increase power (by increasing Type I error rate).



in outcomes. Because this issue is so important, in Chapters 10 and 12 we discuss methods for improving, measuring, and analyzing treatment implementation that help reduce this threat.

### *Extraneous Variance in the Experimental Setting*

Conclusions about covariation can be inaccurate if features of an experimental setting artifactually inflate error. Examples include distracting noises, fluctuations in temperature due to faulty heating/cooling systems, or frequent fiscal or administrative changes that distract practitioners. A solution is to control these factors or to choose experimental procedures that force respondents' attention on the treatment or that lower environmental salience. But in many field settings, these suggestions are impossible to implement fully. This situation entails the need to measure those sources of extraneous variance that cannot otherwise be reduced, using them later in the statistical analysis. Early qualitative monitoring of the experiment will help suggest what these variables might be.

### *Heterogeneity of Units (Respondents)*

The more the units in a study are heterogeneous within conditions on an outcome variable, the greater will be the standard deviations on that variable (and on any others correlated with it). Other things being equal, this heterogeneity will obscure systematic covariation between treatment and outcome. Error also increases when researchers fail to specify respondent characteristics that interact with a cause-and-effect relationship, as in the case of some forms of depression that respond better to a psychotherapeutic treatment than others. Unless they are specifically measured and modeled, these **interactions** will be part of error, obscuring systematic covariation. A solution is to sample respondents who are homogenous on characteristics correlated with major outcomes. However, such selection may reduce external validity and can cause restriction of range if it is not carefully monitored. Sometimes a better solution is to measure relevant respondent characteristics and use them for **blocking** or as covariates. Also, within-participant designs can be used in which the extent of the advantage depends on the size of the correlation between pre- and posttest scores.

### *Inaccurate Effect Size Estimation*

Covariance estimates can be inaccurate when the size of the effect is measured poorly. For example, when outliers cause a distribution to depart even a little from normality, this can dramatically decrease effect sizes (Wilcox, 1995). Wilcox (in press) suggests alternative effect size estimation methods for such data (along with Minitab computer programs), though they may not fit well with standard statistical techniques. Also, analyzing dichotomous outcomes with effect size measures designed for continuous variables (i.e., the correlation coefficient or standardized

mean difference statistic) will usually underestimate effect size; **odds ratios** are usually a better choice (Fleiss, 1981, p. 60). Effect size estimates are also implicit in common statistical tests. For example, if an ordinary *t*-test is computed on a dichotomous outcome, it implicitly uses the standardized mean difference statistic and will have lower power. As researchers increasingly report effect size and confidence intervals, more causes of inaccurate effect size estimation will undoubtedly be found.

### The Problem of Accepting the Null Hypothesis

Although we hope to discourage researchers from describing a failure to reject the null hypothesis as "no effect," there are circumstances in which they must consider such a conclusion. One circumstance is that in which the true hypothesis of interest is a no-effect one, for example, that a new treatment does as well as the accepted standard, that a feared side effect does not occur (Makuch & Simon, 1978), that extrasensory perception experiments have no effect (Rosenthal, 1986), or that the result of a first coin toss has no relationship to the result of a second if the coin is fair (Frick, 1996). Another is that in which a series of experiments yields results that are all "too close to call," leading the experimenter to wonder whether to continue to investigate the treatment. A third is the case in which the analyst wants to show that groups do not differ on various threats to validity, as when group equivalence on pretests is examined for **selection bias** (Yeaton & Sechrest, 1986). Each of these situations requires testing whether the obtained covariation can be reliably distinguished from zero. However, it is very hard to prove that covariation is exactly zero because power theory suggests that, even when an effect is very small, larger sample sizes, more reliable measures, better treatment implementation, or more accurate statistics might distinguish it from zero. From this emerges the maxim that we cannot prove the null hypothesis (Frick, 1995).

To cope with situations such as these, the first thing to do is to maximize power so as to avoid "too close to call" conclusions. Table 2.3 listed many ways in which this can be done, though each differs in its feasibility for any given study and some may not be desirable if they conflict with other goals of the experiment. Nonetheless, examining studies against these power criteria will often reveal whether it is desirable and practical to conduct new experiments with more powerful designs.

A second thing to do is to pay particular attention to identifying the size of an effect worth pursuing, for example, the maximum acceptable harm or the smallest effect that makes a practical difference (Fowler, 1985; Prentice & Miller, 1992; Rouanet, 1996; Serlin & Lapsley, 1993). Aschenfelter's (1978) study of the effects of manpower training programs on subsequent earnings estimated that an increase in earnings of $200 would be adequate for declaring the program a success. He could then use power analysis to ensure a sufficient sample to detect this effect. However, specifying such an effect size is a political act, because a reference point is then created against which an innovation can be evaluated. Thus, even if an innovation has a partial effect, it may not be given credit for this if the promised effect size has not been achieved. Hence managers of educational programs learn to assert, "We want to increase achievement" rather than stating, "We want to increase achievement by two years for every year of teaching." However, even when such factors mitigate against specifying a minimally acceptable effect size, presenting the absolute magnitude of an obtained treatment effect allows readers to infer for themselves whether an effect is so small as to be practically unimportant or whether a nonsignificant effect is so large as to merit further research with more powerful analyses.



Third, if the hypothesis concerns the equivalency of two treatments, biostatisticians have developed equivalency testing techniques that could be used in place of traditional NHST. These methods test whether an observed effect falls into a range that the researcher judges to be equivalent for practical purposes, even if the difference between treatments is not zero (Erbland, Deupree, & Niewoehner, 1999; Rogers, Howard, & Vessey, 1993; Westlake, 1988).

A fourth option is to use quasi-experimental analyses to see if larger effects can be located under some important conditions—for example, subtypes of participants who respond to treatment more strongly or naturally occurring dosage variations that are larger than average in an experiment. Caution is required in interpreting such results because of the risk of capitalizing on chance and because individuals will often have self-selected themselves into treatments differentially. Nonetheless, if sophisticated quasi-experimental analyses fail to show minimally interesting covariation between treatment and outcome measures, then the analyst's confidence that the effect is too small to pursue increases.

## INTERNAL VALIDITY

We use the term *internal validity* to refer to inferences about whether observed covariation between A and B reflects a causal relationship from A to B in the form in which the variables were manipulated or measured. To support such an inference, the researcher must show that A preceded B in time, that A covaries with B (already covered under statistical conclusion validity) and that no other explanations for the relationship are plausible. The first problem is easily solved in experiments because they force the manipulation of A to come before the measurement of B. However, causal order is a real problem in nonexperimental research, especially in cross-sectional work.

Although the term *internal validity* has been widely adopted in the social sciences, some of its uses are not faithful to the concept as first described by Campbell (1957). Internal validity was not about reproducibility (Cronbach, 1982), nor inferences to the target population (Kleinbaum, Kupper, & Morgenstern, 1982), nor measurement validity (Menard, 1991), nor whether researchers measure what

they think they measure (Goetz & LeCompte, 1984). To reduce such misunderstandings, Campbell (1986) proposed relabeling internal validity as **local molar causal validity,** a relabeling that is instructive to explicate even though it is so cumbersome that we will not use it, sticking with the older but more memorable and widely accepted term (internal validity).

The word *causal* in *local molar causal validity* emphasizes that internal validity is about causal inferences, not about other types of inference that social scientists make. The word *local* emphasizes that causal conclusions are limited to the context of the particular treatments, outcomes, times, settings, and persons studied. The word *molar* recognizes that experiments test treatments that are a complex package consisting of many components, all of which are tested as a whole within the treatment condition. Psychotherapy, for example, consists of different verbal interventions used at different times for different purposes. There are also nonverbal cues both common to human interactions and specific to provider-client relationships. Then there is the professional placebo provided by prominently displayed graduate degrees and office suites modeled on medical precedents, financial arrangements for reimbursing therapists privately or through insurance, and the physical condition of the psychotherapy room (to name just some parts of the package). A client assigned to psychotherapy is assigned to all parts of this molar package and others, not just to the part that the researcher may intend to test. Thus the causal inference from an experiment is about the effects of being assigned to the whole molar package. Of course, experiments can and should break down such molar packages into molecular parts that can be tested individually or against each other. But even those molecular parts are packages consisting of many components. Understood as local molar causal validity, internal validity is about whether a complex and inevitably multivariate treatment package caused a difference in some variable-as-it-was-measured within the particular setting, time frames, and kinds of units that were sampled in a study.

## Threats to Internal Validity

In what may be the most widely accepted analysis of causation in philosophy, Mackie (1974) stated: "Typically, we infer from an effect to a cause (inus condition) by eliminating other possible causes" (p. 67). Threats to internal validity are those other possible causes—reasons to think that the relationship between A and B is not causal, that it could have occurred even in the absence of the treatment, and that it could have led to the same outcomes that were observed for the treatment. We present these threats (Table 2.4) separately even though they are not totally independent. Enough experience with this list has accumulated to suggest that it applies to any descriptive molar causal inference, whether generated from experiments, correlational studies, observational studies, or case studies. After all, validity is not the property of a method; it is a characteristic of knowledge claims (Shadish, 1995b)—in this case, claims about causal knowledge.



**TABLE 2.4 Threats to Internal Validity: Reasons Why Inferences That the Relationship Between Two Variables Is Causal May Be Incorrect**

1. *Ambiguous Temporal Precedence:* Lack of clarity about which variable occurred first may yield confusion about which variable is the cause and which is the effect.
2. *Selection:* Systematic differences over conditions in respondent characteristics that could also cause the observed effect.
3. *History:* Events occurring concurrently with treatment could cause the observed effect.
4. *Maturation:* Naturally occurring changes over time could be confused with a treatment effect.
5. *Regression:* When units are selected for their extreme scores, they will often have less extreme scores on other variables, an occurrence that can be confused with a treatment effect.
6. *Attrition:* Loss of respondents to treatment or to measurement can produce artifactual effects if that loss is systematically correlated with conditions.
7. *Testing:* Exposure to a test can affect scores on subsequent exposures to that test, an occurrence that can be confused with a treatment effect.
8. *Instrumentation:* The nature of a measure may change over time or conditions in a way that could be confused with a treatment effect.
9. *Additive and Interactive Effects of Threats to Internal Validity:* The impact of a threat can be added to that of another threat or may depend on the level of another threat.

### *Ambiguous Temporal Precedence*

Cause must precede effect, but sometimes it is unclear whether A precedes B or vice versa, especially in correlational studies. But even in correlational studies, one direction of causal influence is sometimes implausible (e.g., an increase in heating fuel consumption does not cause a decrease in outside temperature). Also, some correlational studies are longitudinal and involve data collection at more than one time. This permits analyzing as potential causes only those variables that occurred before their possible effects. However, the fact that A occurs before B does not justify claiming that A causes B; other conditions of causation must also be met.

Some causation is bidirectional (reciprocal), as with the criminal behavior that causes incarceration that causes criminal behavior that causes incarceration, or with high levels of school performance that generate self-efficacy in a student that generates even higher school performance. Most of this book is about testing unidirectional causation in experiments. Experiments were created for this purpose precisely because it is known which factor was deliberately manipulated before another was measured. However, separate experiments can test first whether A causes B and second whether B causes A. So experiments are not irrelevant to causal reciprocation, though simple experiments are. Other methods for testing reciprocal causation are discussed briefly in Chapter 12.

### Selection

Sometimes, at the start of an experiment, the average person receiving one experimental condition already differs from the average person receiving another condition. This difference might account for any result after the experiment ends that the analysts might want to attribute to treatment. Suppose that a compensatory education program is given to children whose parents volunteer them and that the comparison condition includes only children who were not so volunteered. The volunteering parents might also read to their children more, have more books at home, or otherwise differ from nonvolunteers in ways that might affect their child's achievement. So children in the compensatory education program might do better even without the program.[14] When properly implemented, random assignment definitionally eliminates such selection bias because randomly formed groups differ only by chance. Of course, faulty randomization can introduce selection bias, as can a successfully implemented randomized experiment in which subsequent attrition differs by treatment group. Selection is presumed to be pervasive in quasi-experiments, given that they are defined as using the structural attributes of experiments but without random assignment. The key feature of selection bias is a confounding of treatment effects with population differences. Much of this book will be concerned with selection, both when individuals select themselves into treatments and when administrators place them in different treatments.

### History

History refers to all events that occur between the beginning of the treatment and the posttest that could have produced the observed outcome in the absence of that treatment. We discussed an example of a history threat earlier in this chapter regarding the evaluation of programs to improve pregnancy outcome in which receipt of food stamps was that threat (Shadish & Reis, 1984). In laboratory research, history is controlled by isolating respondents from outside events (e.g., in a quiet laboratory) or by choosing dependent variables that could rarely be affected by the world outside (e.g., learning nonsense syllables). However, experimental isolation is rarely available in field research—we cannot and would not stop pregnant mothers from receiving food stamps and other external events that might improve pregnancy outcomes. Even in field research, though, the plausibility of history can be reduced; for example, by selecting groups from the same general location and by ensuring that the schedule for testing is the same in both groups (i.e., that one group is not being tested at a very different time than another, such as testing all control participants prior to testing treatment participants; Murray, 1998).

14. Though it is common to discuss selection in two-group designs, such selection biases can also occur in single-group designs when the composition of the group changes over time.



### Maturation

Participants in research projects experience many natural changes that would occur even in the absence of treatment, such as growing older, hungrier, wiser, stronger, or more experienced. Those changes threaten internal validity if they could have produced the outcome attributed to the treatment. For example, one problem in studying the effects of compensatory education programs such as Head Start is that normal cognitive development ensures that children improve their cognitive performance over time, a major goal of Head Start. Even in short studies such processes are a problem; for example, fatigue can occur quickly in a verbal learning experiment and cause a performance decrement. At the community level or higher, maturation includes secular trends (Rossi & Freeman, 1989), changes that are occurring over time in a community that may affect the outcome. For example, if the local economy is growing, employment levels may rise even if a program to increase employment has no specific effect. Maturation threats can often be reduced by ensuring that all groups are roughly of the same age so that their individual maturational status is about the same and by ensuring that they are from the same location so that local secular trends are not differentially affecting them (Murray, 1998).

### Regression Artifacts

Sometimes respondents are selected to receive a treatment because their scores were high (or low) on some measure. This often happens in quasi-experiments in which treatments are made available either to those with special merits (who are often then compared with people with lesser merits) or to those with special needs (who are then compared with those with lesser needs). When such extreme scorers are selected, there will be a tendency for them to score less extremely on other measures, including a retest on the original measure (Campbell & Kenny, 1999). For example, the person who scores highest on the first test in a class is not likely to score highest on the second test; and people who come to psychotherapy when they are extremely distressed are likely to be less distressed on subsequent occasions, even if psychotherapy had no effect. This phenomenon is often called regression to the mean (Campbell & Stanley, 1963; Furby, 1973; Lord, 1963; Galton, 1886, called it regression toward mediocrity) and is easily mistaken for a treatment effect. The prototypical case is selection of people to receive a treatment because they have extreme pretest scores, in which case those scores will tend to be less extreme at posttest. However, regression also occurs "backward" in time. That is, when units are selected because of extreme posttest scores, their pretest scores will tend to be less extreme; and it occurs on simultaneous measures, as when extreme observations on one posttest entail less extreme observations on a correlated posttest. As a general rule, readers should explore the plausibility of this threat in detail *whenever respondents are selected (or select themselves) because they had scores that were higher or lower than average.*

Regression to the mean occurs because measures are not perfectly correlated with each other (Campbell & Kenny, 1999; Nesselroade, Stigler, & Baltes, 1980; Rogosa, 1988). **Random measurement error** is part of the explanation for this imperfect correlation. Test theory assumes that every measure has a true score component reflecting a true ability, such as depression or capacity to work, *plus* a random error component that is normally and randomly distributed around the mean of the measure. On any given occasion, high scores will tend to have more positive random error pushing them up, whereas low scores will tend to have more negative random error pulling them down. On the same measure at a later time, or on other measures at the same time, the random error is less likely to be so extreme, so the observed score (the same true score plus less extreme random error) will be less extreme. So using more reliable measures can help reduce regression.

However, it will not prevent it, because most variables are imperfectly correlated with each other by their very nature and would be imperfectly correlated even if they were perfectly measured (Campbell & Kenny, 1999). For instance, both height and weight are nearly perfectly measured; yet in any given sample, the tallest person is not always the heaviest, nor is the lightest person always the shortest. This, too, is regression to the mean. Even when the same variable is measured perfectly at two different times, a real set of forces can cause an extreme score at one of those times; but these forces are unlikely to be maintained over time. For example, an adult's weight is usually measured with very little error. However, adults who first attend a weight-control clinic are likely to have done so because their weight surged after an eating binge on a long business trip exacerbated by marital stress; their weight will regress to a lower level as those causal factors dissipate even if the weight-control treatment has no effect. But notice that in all these cases, the key clue to the possibility of regression artifacts is always present—selection based on an extreme score, whether it be the person who scored highest on the first test, the person who comes to psychotherapy when most distressed, the tallest person, or the person whose weight just reached a new high.

What should researchers do to detect or reduce statistical regression? If selection of extreme scorers is a necessary part of the question, the best solution is to create a large group of extreme scorers from within which random assignment to different treatments then occurs. This unconfounds regression and receipt of treatment so that regression occurs equally for each group. By contrast, the worst situation occurs when participants are selected into a group based on extreme scores on some unreliable variable and that group is then compared with a group selected differently. This builds in the very strong likelihood of group differences in regression that can masquerade as a treatment effect (Campbell & Erlebacher, 1970). In such cases, because regression is most apparent when inspecting standardized rather than raw scores, diagnostic tests for regression (e.g., Galton squeeze diagrams; Campbell & Kenny, 1999) should be done on standardized scores. Researchers should also increase the reliability of any selection measure by increasing the number of items on it, by averaging it over several time points, or by using a multivariate function of several variables instead of a single variable for selection. Another procedure is working with three or more time points; for example, making the selection into groups based on the Time 1 measure, implementing the treatment after the Time 2 measure, and then examining change between Time 2 and Time 3 rather than between Time 1 and Time 3 (Nesselroade et al., 1980).



Regression does not require quantitative analysis to occur. Psychologists have identified it as an illusion that occurs in ordinary cognition (Fischhoff, 1975; Gilovich, 1991; G. Smith, 1997; Tversky & Kahneman, 1974). Psychotherapists have long noted that clients come to therapy when they are more distressed than usual and tend to improve over time even without therapy. They call this spontaneous remission rather than statistical regression, but it is the same phenomenon. The clients' measured progress is partly a movement back toward their stable individual mean as the temporary shock that led them to therapy (a death, a job loss, a shift in the marriage) grows less acute. Similar examples are those alcoholics who appear for treatment when they have "hit bottom" or those schools and businesses that call for outside professional help when things are suddenly worse. Many business consultants earn their living by capitalizing on regression, avoiding institutions that are stably bad but manage to stay in business and concentrating instead on those that have recently had a downturn for reasons that are unclear.

### *Attrition*

**Attrition** (sometimes called experimental **mortality**) refers to the fact that participants in an experiment sometimes fail to complete the outcome measures. If different kinds of people remain to be measured in one condition versus another, then such differences could produce posttest outcome differences even in the absence of treatment. Thus, in a randomized experiment comparing family therapy with discussion groups for treatment of drug addicts, addicts with the worst prognosis tend to drop out of the discussion group more often than out of family therapy. If the results of the experiment suggest that family therapy does less well than discussion groups, this might just reflect differential attrition, by which the worst addicts stayed in family therapy (Stanton & Shadish, 1997). Similarly, in a longitudinal study of a study-skills treatment, the group of college seniors that eventually graduates is only a subset of the incoming freshmen and might be systematically different from the initial population, perhaps because they are more persistent or more affluent or higher achieving. This then raises the question: Was the final grade point average of the senior class higher than that of the freshman class because of the effects of a treatment or because those who dropped out had lower scores initially? Attrition is therefore a special subset of selection bias occurring after the treatment is in place. But unlike selection, differential attrition is not controlled by random assignment to conditions.

### *Testing*

Sometimes taking a test once will influence scores when the test is taken again. Practice, familiarity, or other forms of reactivity are the relevant mechanisms and could be mistaken for treatment effects. For example, weighing someone may cause the person to try to lose weight when they otherwise might not have done so, or taking a vocabulary pretest may cause someone to look up a novel word and so perform better at posttest. On the other hand, many measures are not reactive in this way. For example, a person could not change his or her height (see Webb, Campbell, Schwartz, & Sechrest, 1966, and Webb, Campbell, Schwartz, Sechrest, & Grove, 1981, for other examples). Techniques such as item response theory sometimes help reduce **testing effects** by allowing use of different tests that are calibrated to yield equivalent ability estimates (Lord, 1980). Sometimes testing effects can be assessed using a Solomon Four Group Design (Braver & Braver, 1988; Dukes, Ullman, & Stein, 1995; Solomon, 1949), in which some units receive a pretest and others do not, to see if the pretest causes different treatment effects. Empirical research suggests that testing effects are sufficiently prevalent to be of concern (Willson & Putnam, 1982), although less so in designs in which the interval between tests is quite large (Menard, 1991).

### *Instrumentation*

A change in a measuring instrument can occur over time even in the absence of treatment, mimicking a treatment effect. For example, the spring on a bar press might become weaker and easier to push over time, artifactually increasing reaction times; the component stocks of the Dow Jones Industrial Average might have changed so that the new index reflects technology more than the old one; and human observers may become more experienced between pretest and posttest and so report more accurate scores at later time points. Instrumentation problems are especially prevalent in studies of child development, in which the measurement unit or scale may not have constant meaning over the age range of interest (Shonkoff & Phillips, 2000). Instrumentation differs from testing because the former involves a change in the instrument, the latter a change in the participant. Instrumentation changes are particularly important in longitudinal designs, in which the way measures are taken may change over time (see Figure 6.7 in Chapter 6) or in which the meaning of a variable may change over life stages (Menard, 1991).[15] Methods for investigating these changes are discussed by Cunningham (1991) and Horn (1991). Researchers should avoid switching instruments during a study; but if switches are required, the researcher should retain both the old and new items (if feasible) to calibrate one against the other (Murray, 1998).

15. Epidemiologists sometimes call instrumentation changes surveillance bias.



### *Additive and Interactive Effects of Threats to Internal Validity*

Validity threats need not operate singly. Several can operate simultaneously. If they do, the net bias depends on the direction and magnitude of each individual bias plus whether they combine additively or multiplicatively (interactively). In the real world of social science practice, it is difficult to estimate the size of such net bias. We presume that inaccurate causal inferences are more likely the more numerous and powerful are the simultaneously operating validity threats and the more homogeneous their direction. For example, a **selection-maturation** additive effect may result when nonequivalent experimental groups formed at the start of treatment are also maturing at different rates over time. An illustration might be that higher achieving students are more likely to be given National Merit Scholarships and also likely to be improving their academic skills at a more rapid rate. Both initial high achievement and more rapid achievement growth serve to doubly inflate the perceived effects of National Merit Scholarships. Similarly, a **selection-history** additive effect may result if nonequivalent groups also come from different settings and each group experiences a unique local history. A **selection-instrumentation** additive effect might occur if nonequivalent groups have different means on a test with unequal intervals along its distribution, as would occur if there is a ceiling or floor effect for one group but not for another.[16]

## Estimating Internal Validity in Randomized Experiments and Quasi-Experiments

Random assignment eliminates selection bias definitionally, leaving a role only to chance differences. It also reduces the plausibility of other threats to internal validity. Because groups are randomly formed, any initial group differences in maturational rates, in the experience of simultaneous historical events, and in regression artifacts ought to be due to chance. And so long as the researcher administers the same tests in each condition, pretesting effects and instrumentation changes should be experienced equally over conditions within the limits of chance. So random assignment and treating groups equivalently in such matters as pretesting and instrumentation improve internal validity.

16. Cook and Campbell (1979) previously called these interactive effects; but they are more accurately described as additive. Interactions among threats are also possible, including higher order interactions, but describing examples of these accurately can be more complex than needed here.

Given random assignment, inferential problems about causation arise in only two situations. In the first, attrition from the experiment is differential by treatment group, in which case the outcome differences between groups might be due to differential attrition rather than to treatment. Techniques have recently been advanced for dealing with this problem (e.g., Angrist et al., 1996a), and we review them in Chapter 10. In the second circumstance, testing must be different in each group, as when the expense or **response burden** of testing on participants is so high that the experimenter decides to administer pretests only to a treatment group that is more likely to be cooperative if they are getting, say, a desirable treatment. Experimenters should monitor a study to detect any differential attrition early and to try to correct it before it goes too far, and they should strive to make testing procedures as similar as possible across various groups.

With quasi-experiments, the causal situation is more murky, because differences between groups will be more systematic than random. So the investigator must rely on other options to reduce internal validity threats. The main option is to modify a study's design features. For example, regression artifacts can be reduced by not selecting treatment units on the basis of extreme and partially unreliable scores, provided that this restriction does not trivialize the research question. History can be made less plausible to the extent that experimental isolation is feasible. Attrition can be reduced using many methods to be detailed in Chapter 10. But it is not always feasible to implement these design features, and doing so sometimes subtly changes the nature of the research question. This is why the omnibus character of random assignment is so desirable.

Another option is to make all the threats explicit and then try to rule them out one by one. Identifying each threat is always context specific; for example, what may count as history in one context (e.g., the introduction of *Sesame Street* during an experiment on compensatory education in the 1970s) may not count as a threat at all in another context (e.g., watching *Sesame Street* is an implausible means of reducing unwanted pregnancies). Once identified, the presence of a threat can be assessed either quantitatively by measurement or qualitatively by observation or interview. In both cases, the presumed effect of the threat can then be compared with the outcome to see if the *direction* of the threat's bias is the same as that of the observed outcome. If so, the threat may be plausible, as with the example of the introduction of *Sesame Street* helping to improve reading rather than a contemporary education program helping to improve it. If not, the threat may still be implausible, as in the discovery that the healthiest mothers are more likely to drop out of a treatment but that the treatment group still performs better than the controls. When the threat is measured quantitatively, it might be addressed by state-of-the-art statistical adjustments, though this is problematic because those adjustments have not always proven very accurate and because it is not easy to be confident that all the context-specific threats to internal validity have been identified. Thus the task of individually assessing the plausibility of internal validity threats is definitely more laborious and less certain than relying on experimental design, randomization in particular but also the many design elements we introduce throughout this book.



## THE RELATIONSHIP BETWEEN INTERNAL VALIDITY AND STATISTICAL CONCLUSION VALIDITY

These two validity types are closely related. Both are primarily concerned with study operations (rather than with the constructs those operations reflect) and with the relationship between treatment and outcome. Statistical conclusion validity is concerned with errors in assessing statistical covariation, whereas internal validity is concerned with causal-reasoning errors. Even when all the statistical analyses in a study are impeccable, errors of causal reasoning may still lead to the wrong causal conclusion. So statistical covariation does not prove causation. Conversely, when a study is properly implemented as a randomized experiment, statistical errors can still occur and lead to incorrect judgments about statistical significance and misestimated effect sizes. Thus, in quantitative experiments, internal validity depends substantially on statistical conclusion validity.

However, experiments need not be quantitative in how either the intervention or the outcome are conceived and measured (Lewin, 1935; Lieberson, 1985; Mishler, 1990), and some scholars have even argued that the statistical analysis of quantitative data is detrimental (e.g., Skinner, 1961). Moreover, examples of qualitative experiments abound in the physical sciences (e.g., Drake, 1981; Hacking, 1983; Naylor, 1989; Schaffer, 1989), and there are even some in the social sciences. For instance, Sherif's famous Robber's Cave Experiment (Sherif, Harvey, White, Hood, & Sherif, 1961) was mostly qualitative. In that study, boys at a summer camp were divided into two groups of eleven each. Within-group cohesion was fostered for each group separately, and then intergroup conflict was introduced. Finally, conflict was reduced using an intervention to facilitate equal status cooperation and contact while working on common goals. Much of the data in this experiment was qualitative, including the highly cited effects on the reduction of intergroup conflict. In such cases, internal validity no longer depends directly on statistical conclusion validity, though clearly an assessment that treatment covaried with the effect is still necessary, albeit a qualitative assessment.

Indeed, given such logic, Campbell (1975) recanted his previous rejection (Campbell & Stanley, 1963) of using case studies to investigate causal inferences because the reasoning of causal inference *is* qualitative and because all the logical requirements for inferring cause apply as much to qualitative as to quantitative work. Scriven (1976) has made a similar argument. Although each makes clear that causal inferences from case studies are likely to be valid only under limited circumstances (e.g., when isolation of the cause from other confounds is feasible), neither believes that causation requires quantitatively scaled treatments or outcomes. We agree.

3

# Construct Validity and External Validity

**Re·la·tion·ship** (rĭ-lā′shən-shĭp′): n. 1. The condition or fact of being related; connection or association. 2. Connection by blood or marriage; kinship.

**Trade·off** or **Trade-off** (trād′ôf′, -ŏf′): n. An exchange of one thing in return for another, especially relinquishment of one benefit or advantage for another regarded as more desirable: *"a fundamental trade-off between capitalist prosperity and economic security" (David A. Stockman).*

**Pri·or·i·ty** (prī-ôr′ĭ-tē, -ŏr′-): [Middle English *priorite,* from Old French from Medieval Latin *priritās,* from Latin *prior,* first; see prior.] n., pl. pri·or·i·ties. 1. Precedence, especially established by order of importance or urgency. 2. a. An established right to precedence. b. An authoritative rating that establishes such precedence. 3. A preceding or coming earlier in time. 4. Something afforded or deserving prior attention.

IN THIS chapter, we continue the consideration of validity by discussing both construct and external validity, including threats to each of them. We then end with a more general discussion of relationships, tradeoffs, and priorities among validity types.

## CONSTRUCT VALIDITY

A recent report by the National Academy of Sciences on research in early childhood development succinctly captured the problems of construct validity:

> In measuring human height (or weight or lung capacity, for example), there is little disagreement about the meaning of the construct being measured, or about the units of measurement (e.g., centimeters, grams, cubic centimeters). . . . Measuring growth in psychological domains (e.g., vocabulary, quantitative reasoning, verbal memory, hand–eye coordination, self-regulation) is more problematic. Disagreement is more





> likely to arise about the definition of the constructs to be assessed. This occurs, in part, because there are often no natural units of measurement (i.e., nothing comparable to the use of inches when measuring height). (Shonkoff & Phillips, 2000, pp. 82–83)

Here we see the twin problems of construct validity—understanding constructs and assessing them. In this chapter, we elaborate on how these problems occur in characterizing and measuring the persons, settings, treatments, and outcomes used in an experiment.

Scientists do empirical studies with specific instances of units, treatments, observations, and settings; but these instances are often of interest only because they can be defended as measures of general constructs. Construct validity involves making inferences from the sampling particulars of a study to the higher-order constructs they represent. Regarding the persons studied, for example, an economist may be interested in the construct of unemployed, disadvantaged workers; but the sample of persons actually studied may be those who have had family income below the poverty level for 6 months before the experiment begins or who participate in government welfare or food stamp programs. The economist intends the match between construct and operations to be close, but sometimes discrepancies occur—in one study, some highly skilled workers who only recently lost their jobs met the preceding criteria and so were included in the study, despite not really being disadvantaged in the intended sense (Heckman, Ichimura, & Todd, 1997). Similar examples apply to the treatments, outcomes, and settings studied. Psychotherapists are rarely concerned only with answers to the 21 items on the Beck Depression Inventory; rather, they want to know if their clients are depressed. When agricultural economists study farming methods in the foothills of the Atlas Mountains in Morocco, they are frequently interested in arid agriculture in poor countries. When physicians study 5-year mortality rates among cancer patients, they are interested in the more general concept of survival.

As these examples show, research cannot be done without using constructs. As Albert Einstein once said, "Thinking without the positing of categories and concepts in general would be as impossible as breathing in a vacuum" (Einstein, 1949, pp. 673–674). Construct validity is important for three other reasons, as well. First, constructs are the central means we have for connecting the operations used in an experiment to pertinent theory and to the language communities that will use the results to inform practical action. To the extent that experiments contain construct errors, they risk misleading both theory and practice. Second, construct labels often carry social, political, and economic implications (Hopson, 2000). They shape perceptions, frame debates, and elicit support and criticism. Consider, for example, the radical disagreements that stakeholders have about the label of a "hostile work environment" in sexual or racial harassment litigation, disagreements about what that construct means, how it should be measured, and whether it applies in any given setting. Third, the creation and defense of basic constructs is a fundamental task of all science. Examples from the physical sciences include "the development of the periodic table of elements, the identification of the composition of water, the laying

out of different genera and species of plants and animals, and the discovery of the structure of genes" (Mark, 2000, p. 150)—though such taxonomic work is considerably more difficult in the social sciences, for reasons which we now discuss.

## Why Construct Inferences Are a Problem

The naming of things is a key problem in all science, for names reflect category memberships that themselves have implications about relationships to other concepts, theories, and uses. This is true even for seemingly simple labeling problems. For example, a recent newspaper article reported a debate among astronomers over what to call 18 newly discovered celestial objects ("Scientists Quibble," 2000). The Spanish astronomers who discovered the bodies called them planets, a choice immediately criticized by some other astronomers: "I think this is probably an inappropriate use of the 'p' word," said one of them. At issue was the lack of a match between some characteristics of the 18 objects (they are drifting freely through space and are only about 5 million years old) and some characteristics that are prototypical of planets (they orbit a star and require tens of millions of years to form). Critics said these objects were more reasonably called brown dwarfs, objects that are too massive to be planets but not massive enough to sustain the thermonuclear processes in a star. Brown dwarfs would drift freely and be young, like these 18 objects. The Spanish astronomers responded that these objects are too small to be brown dwarfs and are so cool that they could not be that young. All this is more than just a quibble: If these objects really are planets, then current theories of how planets form by condensing around a star are wrong! And this is a simple case, for the category of planets is so broadly defined that, as the article pointed out, "Gassy monsters like Jupiter are in, and so are icy little spitwads like Pluto." Construct validity is a much more difficult problem in the field experiments that are the topic of this book.

Construct validity is fostered by (1) starting with a clear explication of the person, setting, treatment, and outcome constructs of interest; (2) carefully selecting instances that match those constructs; (3) assessing the match between instances and constructs to see if any slippage between the two occurred; and (4) revising construct descriptions accordingly. In this chapter, we primarily deal with construct explication and some prototypical ways in which researchers tend to pick instances that fail to represent those constructs well. However, throughout this book, we discuss methods that bear on construct validity. Chapter 9, for example, devotes a section to ensuring that enough of the intended participants exist to be recruited into an experiment and randomized to conditions; and Chapter 10 devotes a section to ensuring that the intended treatment is well conceptualized, induced, and assessed.

There is a considerable literature in philosophy and the social sciences about the problems of construct explication (Lakoff, 1985; Medin, 1989; Rosch, 1978; Smith & Medin, 1981; Zadeh, 1987). In what is probably the most common theory, each construct has multiple features, some of which are more central than others and so are called prototypical. To take a simple example, the prototypical features of a tree are that it is a tall, woody plant with a distinct main stem or trunk that lives for at least 3 years (a perennial). However, each of these attributes is associated with some degree of fuzziness in application. For example, their height and distinct trunk distinguish trees from shrubs, which tend to be shorter and have multiple stems. But some trees have more than one main trunk, and others are shorter than some tall shrubs, such as rhododendrons. No attributes are foundational. Rather, we use a **pattern-matching** logic to decide whether a given instance sufficiently matches the prototypical features to warrant using the category label, especially given alternative category labels that could be used.



But these are only surface similarities. Scientists are often more concerned with deep similarities, prototypical features of particular scientific importance that may be visually peripheral to the layperson. To the layperson, for example, the difference between deciduous (leaf-shedding) and coniferous (evergreen) trees is visually salient; but scientists prefer to classify trees as angiosperms (flowering trees in which the seed is encased in a protective ovary) or gymnosperms (trees that do not bear flowers and whose seeds lie exposed in structures such as cones). Scientists value this discrimination because it clarifies the processes by which trees reproduce, more crucial to understanding forestation and survival than is the lay distinction between deciduous and coniferous. It is thus difficult to decide which features of a thing are more peripheral or more prototypical, but practicing researchers always make this decision, either explicitly or implicitly, when selecting participants, settings, measures, and treatment manipulations.

This difficulty arises in part because deciding which features are prototypical depends on the context in which the construct is to be used. For example, it is not that scientists are right and laypersons wrong about how they classify trees. To a layperson who is considering buying a house on a large lot with many trees, the fact that the trees are deciduous means that substantial annual fall leaf cleanup expenses will be incurred. Medin (1989) gives a similar example, asking what label should be applied to the category that comprises children, money, photo albums, and pets. These are not items we normally see as sharing prototypical construct features, but in one context they do—when deciding what to rescue from a fire.

Deciding which features are prototypical also depends on the particular language community doing the choosing. Consider the provocative title of Lakoff's (1985) book *Women, Fire, and Dangerous Things*. Most of us would rarely think of women, fire, and dangerous things as belonging to the same category. The title provokes us to think of what these things have in common: Are women fiery and dangerous? Are both women and fires dangerous? It provokes us partly because we do not have a natural category that would incorporate all these elements. In the language community of natural scientists, fire might belong to a category having to do with oxidation processes, but women are not in that category. In the language community of ancient philosophy, fire might belong to a category of basic elements along with air, water, and earth, but dangerous things are not among

those elements. But in the Australian aboriginal language called Dyirbal, women, fire, and dangerous things are all part of one category.[1]

All these difficulties in deciding which features are prototypical are exacerbated in the social sciences. In part, this is because so many important constructs are still being discovered and developed, so that strong consensus about prototypical construct features is as much the exception as the rule. In the face of only weak consensus, slippage between instance and construct is even greater than otherwise. And in part, it is because of the abstract nature of the entities with which social scientists typically work, such as violence, incentive, decision, plan, and intention. This renders largely irrelevant a theory of categorization that is widely used in some areas—the theory of natural kinds. This theory postulates that nature cuts things at the joint, and so we evolve names and shared understandings for the entities separated by joints. Thus we have separate words for a tree's trunk and its branches, but no word for the bottom left section of a tree. Likewise, we have words for a twig and leaf, but no word for the entity formed by the bottom half of a twig and the attached top third of a leaf. There are many fewer "joints" (or equivalents thereof) in the social sciences—what would they be for intentions or aggression, for instance?

By virtue of all these difficulties, it is never possible to establish a one-to-one relationship between the operations of a study and corresponding constructs. Logical positivists mistakenly assumed that it would be possible to do this, creating a subtheory around the notion of definitional operationalism—that a thing is only what its measure captures, so that each measure is a perfect representation of its own construct. Definitional operationalism failed for many reasons (Bechtel, 1988; H. I. Brown, 1977). Indeed, various kinds of definitional operationalism are threats to construct validity in our list below. Therefore, a theory of constructs must emphasize (1) operationalizing each construct several ways within and across studies; (2) probing the pattern match between the multivariate characteristics of instances and the characteristics of the target construct, and (3) acknowledging legitimate debate about the quality of that match given the socially constructed nature of both operations and constructs. Doing all this is facilitated by detailed description of the studied instances, clear explication of the prototypical elements of the target construct, and valid observation of relationships among the instances, the target construct, and any other pertinent constructs.[2]

1. The explanation is complex, occupying a score of pages in Lakoff (1985), but a brief summary follows. The Dyirbal language classifies words into four categories (much as the French language classifies nouns as masculine or feminine): (1) Bayi: (human) males; animals; (2) Balan: (human) females; water; fire; fighting; (3) Balam: nonflesh food; (4) Bala: everything not in the other three classes. The moon is thought to be husband to the sun, and so is included in the first category as male; hence the sun is female and in the second category. Fire reflects the same domain of experience as the sun, and so is also in the second category. Because fire is associated with danger, dangerousness in general is also part of the second category.

2. Cronbach and Meehl (1955) called this set of theoretical relationships a nomological net. We avoid this phrase because its dictionary definition (nomological: the science of physical and logical laws) fosters an image of lawful relationships that is incompatible with field experimentation as we understand it.



## Assessment of Sampling Particulars

Good construct explication is essential to construct validity, but it is only half the job. The other half is good assessment of the sampling particulars in a study, so that the researcher can assess the match between those assessments and the constructs. For example, the quibble among astronomers about whether to call 18 newly discovered celestial objects "planets" required *both* a set of prototypical characteristics of planets versus brown dwarfs *and* measurements of the 18 objects on these characteristics—their mass, position, trajectory, radiated heat, and likely age. Because the prototypical characteristics of planets are well-established and accepted among astronomers, critics tend first to target the accuracy of the measurements in such debates, for example, speculating that the Spanish astronomers measured the mass or radiated heat of these objects incorrectly. Consequently, other astronomers try to replicate these measurements, some using the same methods and others using different ones. If the measurements prove correct, then the prototypical characteristics of the construct called planets will have to be changed, or perhaps a new category of celestial object will be invented to account for the anomalous measurements.

Not surprisingly, this attention to measurement was fundamental to the origins of construct validity (Cronbach & Meehl, 1955), which grew out of concern with the quality of psychological tests. The American Psychological Association's (1954) Committee on Psychological Tests had as its job to specify the qualities that should be investigated before a test is published. They concluded that one of those qualities was construct validity. For example, Cronbach and Meehl (1955) said that the question addressed by construct validity is, "What constructs account for variance in test performance?" (p. 282) and also that construct validity involved "how one is to defend a proposed interpretation of a test" (p. 284). The measurement and the construct are two sides of the same construct validity coin.

Of course, Cronbach and Meehl (1979) were not writing about experiments. Rather, their concern was with the practice of psychological testing of such matters as intelligence, personality, educational achievement, or psychological pathology, a practice that blossomed in the aftermath of World War II with the establishment of the profession of clinical psychology. However, those psychological tests were used frequently in experiments, especially as outcome measures in, say, experiments on the effects of educational interventions. So it was only natural that critics of particular experimental findings might question the construct validity of inferences about what is being measured by those outcome measurements. In adding construct validity to the D. T. Campbell and Stanley (1963) validity typology, Cook and Campbell (1979) recognized this usage; and they extended this usage from outcomes to treatments, recognizing that it is just as important to characterize accurately the nature of the treatments that are applied in an experiment. In this book, we extend this usage two steps further to cover persons and settings, as well. Of course, our categorization of experiments as consisting of units (persons), settings, treatments, and outcomes is partly arbitrary, and we could have

chosen to treat, say, time as a separate feature of each experiment, as we occasionally have in some of our past work. Such additions would not change the key point. Construct validity involves making inferences from assessments of *any* of the sampling particulars in a study to the higher-order constructs they represent.

Most researchers probably understand and accept the rationale for construct validity of outcome measures. It may help, however, to give examples of construct validity of persons, settings, and treatments. A few of the simplest person constructs that we use require no sophisticated measurement procedures, as when we classify persons as males or females, usually done with no controversy on the basis of either self-report or direct observation. But many other constructs that we use to characterize people are less consensually agreed upon or more controversial. For example, consider the superficially simple problem of racial and ethnic identity for descendants of the indigenous peoples of North America. The labels have changed over the years (Indians, Native Americans, First Peoples), and the ways researchers have measured whether someone merits any one of these labels have varied from self-report (e.g., on basic U.S. Census forms) to formal assessments of the percentage of appropriate ancestry (e.g., by various tribal registries). Similarly, persons labeled schizophrenic will differ considerably depending on whether their diagnosis was measured by criteria of the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders* (1994), by one of the earlier editions of that manual, by the recorded diagnosis in a nursing home chart, or by the Schizophrenia subscale of the Minnesota Multiphasic Personality Inventory-2 (Hathaway & McKinley, 1989). When one then turns to common but very loosely applied terms such as *the disadvantaged* (as with the Heckman et al., 1996, example earlier in this chapter), it is not surprising to find dramatically different kinds of persons represented under the same label, especially across studies, but often within studies, too.

Regarding settings, the constructs we use again range from simple to complex and controversial. Frequently the settings investigated in a study are a sample of convenience, described as, say, "the Psychology Department Psychological Services Center" based on the researcher's personal experience with the setting, a label that conveys virtually no information about the size of the setting, its funding, client flow, staff, or the range of diagnoses that are encountered. Such clinics, in fact, vary considerably—from small centers with few nonpaying clients who are almost entirely college students and who are seen by graduate students under the supervision of a single staff member to large centers with a large staff of full-time professionals, who themselves see a wide array of diagnostic problems from local communities, in addition to supervising such cases. But settings are often assessed more formally, as with the measures of setting environment developed by Moos (e.g., Moos, 1997) or with descriptors that are inferred from empirical data, as when profile analysis of the characteristics of nursing homes is used to identify different types of nursing homes (e.g., Shadish, Straw, McSweeny, Koller, & Bootzin, 1981).

Regarding treatments, many areas have well-developed traditions of assessing the characteristics of treatments they administer. In laboratory social psychology



experiments by Festinger (e.g., 1953) on cognitive dissonance, for example, detailed scripts were prepared to ensure that the prototypical features of cognitive dissonance were included in the study operations; then those scripts were meticulously rehearsed; and finally manipulation checks were used to see whether the participants perceived the study operations to reflect the constructs that were intended. These measurements increase our confidence that the treatment construct was, in fact, delivered. They are, however, difficult to do for complex social programs such as psychotherapy or whole-school reform. In psychotherapy experiments, for example, primary experimenters usually provide only simple labels about the kind of therapy performed (e.g., behavioral, systemic, psychodynamic). Sometimes these labels are accompanied by one- or two-page descriptions of what was done in therapy, and some quantitative measurements such as the number of sessions are usually provided. More sophisticated systems for measuring therapy content are the exception rather than the rule (e.g., Hill, O'Grady, & Elkin, 1992), in part because of their expense and in part because of a paucity of consensually accepted measures of most therapies.

Construct mislabelings often have serious implications for either theory or practice. For example, some persons who score low on intelligence tests have been given labels such as "retarded," though it turned out that their low performance may have been due to language barriers or to insufficient exposure to those aspects of U.S. culture referenced in intelligence tests. The impact on them for school placement and the stigmatization were often enormous. Similarly, the move on the part of some psychotherapy researchers to call a narrow subset of treatments "empirically supported psychological therapies" (Chambless & Hollon, 1998; Kendall, 1998) implies to both researchers and funders that other psychological therapies are not empirically supported, despite several decades of psychotherapy experiments that confirm their effectiveness. When these mislabelings occur in a description of an experiment, they may lead the reader to err in how they apply experimental results to their theory or practice. Indeed, this is one reason that qualitative researchers so much value the "thick description" of study instances (Emerson, 1981; Geertz, 1973; Ryle, 1971)—so that readers of a study can rely more on their own "naturalistic generalizations" than on one researcher's labels (Stake & Trumbull, 1982). We entirely support this aspiration, at least within the limits of reporting conventions that usually apply to experiments; and so we also support the addition of qualitative methodologies to experiments to provide this capacity.

These examples make clear that assessments of study particulars need not be done using formal multi-item scales—though the information obtained would often be better if such scales were used. Rather, assessments include any method for generating data about sampling particulars. They would include archival records, such as patient charts in psychiatric hospitals in which data on diagnosis and symptoms are often recorded by hand or U.S. Census Bureau records in which respondents indicated their racial and ethnic identities by checking a box. They would include qualitative observations, sometimes formal ones such as participant

observation or unstructured interviews conducted by a trained anthropologist but often simply the report of the research team who, say, describe a setting as a "poverty neighborhood" based on their personal observations of it as they drive to and from work each day. Assessments may even include some experimental manipulations that are designed to shed light on the nature of study operations, as when a treatment is compared with a placebo control to clarify the extent to which treatment *is* a placebo.

Of course, the attention paid to construct validity in experiments has historically been uneven across persons, treatments, observations, and settings. Concern with construct representations of settings has probably been a low priority, except for researchers interested in the role of environment and culture. Similarly, in most applied experimental research, greater care may go into the construct validity of outcomes, for unless the experimenter uses a measure of recidivism or of employment or of academic achievement that most competent language community members find reasonable, the research is likely to be seen as irrelevant. In basic research, greater attention may be paid to construct validity of the cause so that its link to theory is strong. Such differentiation of priorities is partly functional and may well have evolved to meet needs in a given research field; but it is probably also partly accidental. If so, increased attention to construct validity across persons and settings would probably be beneficial.

The preceding discussion treated persons, treatments, settings, and outcomes separately. But as we mentioned in Chapter 1, construct labels are appropriately applied to relationships among the elements of a study, as well. Labeling the causal relationship between treatment and outcome is a frequent construct validity concern, as when we categorize certain treatments for cancer as cytotoxic or cytostatic to refer to whether they kill tumor cells directly or delay tumor growth by modulating tumor environment. Some other labels have taken on consensual meanings that include more than one feature; the label Medicare in the United States, for example, is nearly universally understood to refer both to the intervention (health care) and to the persons targeted (the elderly).

## Threats to Construct Validity

Threats to construct validity (Table 3.1) concern the match between study operations and the constructs used to describe those operations. Sometimes the problem is the explication of constructs, and sometimes it is the sampling or measurement design. A study's operations might not incorporate all the characteristics of the relevant construct (construct underrepresentation), or they may contain extraneous construct content. The threats that follow are specific versions of these more general errors, versions that research or experience have shown tend to occur frequently. The first five threats clearly apply to persons, settings, treatments, and outcomes. The remaining threats primarily concern construct validity of outcomes and especially treatments, mostly carried forward by us from Cook and

**TABLE 3.1 Threats to Construct Validity: Reasons Why Inferences About the Constructs That Characterize Study Operations May Be Incorrect**

1. *Inadequate Explication of Constructs:* Failure to adequately explicate a construct may lead to incorrect inferences about the relationship between operation and construct.
2. *Construct Confounding:* Operations usually involve more than one construct, and failure to describe all the constructs may result in incomplete construct inferences.
3. *Mono-Operation Bias:* Any one operationalization of a construct both underrepresents the construct of interest and measures irrelevant constructs, complicating inference.
4. *Mono-Method Bias:* When all operationalizations use the same method (e.g., self-report), that method is part of the construct actually studied.
5. *Confounding Constructs with Levels of Constructs:* Inferences about the constructs that best represent study operations may fail to describe the limited levels of the construct that were actually studied.
6. *Treatment Sensitive Factorial Structure:* The structure of a measure may change as a result of treatment, change that may be hidden if the same scoring is always used.
7. *Reactive Self-Report Changes:* Self-reports can be affected by participant motivation to be in a treatment condition, motivation that can change after assignment is made.
8. *Reactivity to the Experimental Situation:* Participant responses reflect not just treatments and measures but also participants' perceptions of the experimental situation, and those perceptions are part of the treatment construct actually tested.
9. *Experimenter Expectancies:* The experimenter can influence participant responses by conveying expectations about desirable responses, and those expectations are part of the treatment construct as actually tested.
10. *Novelty and Disruption Effects:* Participants may respond unusually well to a novel innovation or unusually poorly to one that disrupts their routine, a response that must then be included as part of the treatment construct description.
11. *Compensatory Equalization:* When treatment provides desirable goods or services, administrators, staff, or constituents may provide compensatory goods or services to those not receiving treatment, and this action must then be included as part of the treatment construct description.
12. *Compensatory Rivalry:* Participants not receiving treatment may be motivated to show they can do as well as those receiving treatment, and this compensatory rivalry must then be included as part of the treatment construct description.
13. *Resentful Demoralization:* Participants not receiving a desirable treatment may be so resentful or demoralized that they may respond more negatively than otherwise, and this resentful demoralization must then be included as part of the treatment construct description.
14. *Treatment Diffusion:* Participants may receive services from a condition to which they were not assigned, making construct descriptions of both conditions more difficult.

Campbell's (1979) list. We could have added a host of new threats particular to the construct validity of persons and settings. For example, Table 4.3 in the next chapter lists threats to validity that have been identified by epidemiologists for case-control studies. The threats in that list under the heading "Specifying and selecting the study sample" are particularly relevant to construct validity of persons (i.e., 2d, e, h, k, l, m, q, s, t, u, v) and settings (i.e., 2a, b, c, j). We do not add them here to keep the length of this list tractable. Conceptually, these biases always occur as one of the first five threats listed in Table 3.1; but specific instances of them in Table 4.3 often shed light on common errors that we make in describing people and settings in health contexts.

### Inadequate Explication of Constructs

A mismatch between operations and constructs can arise from inadequate analysis of a construct under study. For instance, many definitions of aggression require both intent to harm others and a harmful result. This is to distinguish between (1) the black eye one boy gives another as they collide coming around a blind bend, (2) the black eye that one boy gives another to get his candy (instrumental aggression) or to harm him (noninstrumental aggression), and (3) the verbal threat by one child to another that he will give him a black eye unless the other boy gives him the candy. If both intent and physical harm are part of the definition, only (2) is an instance of aggression. A precise explication of constructs permits tailoring the study instances to whichever definitions emerge from the explication and allows future readers to critique the operations of past studies. When several definitions are reasonable, resources and the extent to which one definition is preferred in the relevant language community play an important role in shaping the research.

Poststudy criticism of construct explications is always called for, however careful the initial explication, because results themselves sometimes suggest the need to reformulate the construct. For example, many researchers have studied the deterrent effects of jail sentences on drunk drivers compared with less severe sanctions such as monetary fines. After many studies showed that jail time did not reduce instances of recidivism, researchers began to question whether jail is experienced as "more severe" than fines (e.g., Martin, Annan, & Forst, 1993). Notice that the finding of no effect is not at issue here (that is an internal validity question), only whether that finding is best characterized as comparing more severe with less severe treatments.

Mark (2000) suggests that researchers make four common errors in explicating constructs: (1) the construct may be identified at too general a level, for example, calling the treatment in a study psychotherapy even though its characteristics make it better described as research psychotherapy (Weisz, Weiss & Donenberg, 1992); (2) the construct may be identified at too specific a level, such as arguing that the levels of unhappiness characteristic of mental patients in nursing homes are really characteristic of mental patients in *any* poverty setting (Shadish, Silber, Orwin, & Bootzin, 1985); (3) the wrong construct may be identified, as in the case of immigrants to the United States who are labeled retarded because of low scores on intelligence tests when the meaning of their test scores might be better described as lack of familiarity with U.S. language and culture; and (4) a study operation that really reflects two or more constructs may be described using only one construct; for instance, outcome measures that are typically referred to by the names of the traits they measure should also be named for the methods used to measure them (e.g., self-reports of depression). As these examples illustrate, each of these errors occurs in characterizing all four study features—persons, settings, treatments, and outcomes.



### Construct Confounding

The operations in an experiment are rarely pure representations of constructs. Consider the example given at the start of this chapter about a study of persons called "unemployed." The researcher may have applied that label as the best representation of the persons actually studied—those whose family income has been below the poverty level for 6 months before the experiment begins or who participate in government welfare or food stamp programs. However, it may also have been the case that these men were disproportionately African-American and victims of racial prejudice. These latter characteristics were not part of the intended construct of the unemployed but were nonetheless confounded with it in the study operations.

### Mono-Operation Bias

Many experiments use only one **operationalization** of each construct. Because single operations both underrepresent constructs and may contain irrelevancies, construct validity will be lower in single-operation research than in research in which each construct is multiply operationalized. It is usually inexpensive to use several measures of a given outcome, and this procedure tends to be most prevalent in social science research. Multiple kinds of units and occasionally many different times can be used, too. But most experiments often have only one or two manipulations of an intervention per study and only one setting, because multisite studies are expensive; and increasing the total number of treatments can entail very large sample sizes (or sizes that are too small within each cell in a study with a fixed total sample size). Still, there is no substitute for deliberately varying several exemplars of a treatment. Hence, if one were studying the effects of communicator expertise, one might use, say, three fictitious sources: a distinguished male professor from a well-known university, a distinguished female scientist from a prestigious research center, and a famous science journalist from Germany. The variance due to source differences can then be examined to see if the sources differentially affected responses. If they did, the assumption that communicator expertise is a single construct might be worth revisiting. But even if sample size does not permit analyzing results by each of these

sources, the data can still be combined from all three. Then the investigator can test if expertise is effective despite whatever sources of heterogeneity are contained within the three particular operations.

### Monomethod Bias

Having more than one operational representation of a construct is helpful, but if all treatments are presented to respondents in the same way, the method itself may influence results. The same is true if all the outcome measures use the same means of recording responses, if all the descriptions of settings rely on an interview with a manager, or if all the person characteristics are taken from hospital charts. Thus, in the previous hypothetical example, if the respondents had been presented with written statements from all the experts, it would be more accurate to label the treatment as *experts presented in writing*, to make clearer that we do not know if the results would hold with experts who are seen or heard. Similarly, attitude scales are often presented to respondents without much thought to (1) using methods of recording other than paper and pencil or (2) varying whether statements are positively or negatively worded. Yet in the first case, different results might occur for physiological measures or for observer ratings, and in the second case, response biases might be fostered when all items are worded in one direction.

### Confounding Constructs with Levels of Constructs

Sometimes an experimenter will draw a general conclusion about constructs that fails to recognize that only some levels of each facet of that construct were actually studied and that the results might have been different if different levels were studied (Cooper & Richardson, 1986). In treatment-control comparisons, for example, the treatment may be implemented at such low levels that no effects are observed, leading to an incorrect characterization of the study as showing that treatment had no effect when the correct characterization is that treatment-implemented-at-low-level had no effect. One way to address this threat is to use several levels of treatment. This confounding can be even more complex when comparing two treatments that are operationalized in procedurally nonequivalent ways. The researcher might erroneously conclude that Treatment A works better than Treatment B when the conclusion should have been that Treatment-A-at-Level-1 works better than Treatment-B-at-Level-0. Similar confounding occurs for persons, outcomes, and settings, for example, when restricted person characteristics (e.g., restricted age) or setting characteristics (e.g., using only public schools) were used but this fact was not made clear in the report of the study.

### Treatment-Sensitive Factorial Structure

When discussing internal validity previously, we mentioned instrumentation changes that occur even in the absence of treatment. However, instrumentation changes can sometimes occur because of treatment, as when those exposed to an educational treatment learn to see a test in a different way from those not so exposed. For instance, those not getting treatment might respond to an attitude test about people of another race on a largely uniform basis that yields a one-factor test of racial prejudice. Those exposed to treatment might make responses with a more complex factor structure (e.g., "I don't engage in physical harassment or verbal denigration in conversation, but I now see that racial jokes constitute a class of discrimination I did not previously appreciate"). This changed factor structure is itself part of the outcome of the treatment, but few researchers look for different factor structures over groups as an outcome. When all items are summed to a total for both groups, such a summation could mischaracterize the construct being measured, assuming it to be comparable across groups.



### Reactive Self-Report Changes

Aiken and West (1990) describe related measurement problems with self-report observations by which both the factorial structure and the level of responses can be affected by whether a person is or is not accepted into the treatment or control group—even before they receive treatment. For example, applicants wanting treatment may make themselves look either more needy or more meritorious (depending on which one they think will get them access to their preferred condition). Once assignment is made, this motivation may end for those who receive treatment but continue for those who do not. Posttest differences then reflect both symptom changes and differential motivation, but the researcher is likely to mistakenly characterize the outcome as only symptom changes. In a similar vein, Bracht and Glass (1968) suggest that posttest (as opposed to pretest) sensitization can occur if the posttest sensitizes participants to the previous intervention they received and so prompts a response that would otherwise not have occurred. Remedies include using external (not self-report) measures that may be less reactive (Webb et al., 1966, 1981); techniques that encourage accurate responding, such as the bogus pipeline, in which participants are monitored by a physiological device they are (falsely) told can detect the correct answer (Jones & Sigall, 1971; Roese & Jamieson, 1993); preventing pretest scores from being available to those allocating treatment; and using explicit reference groups or behavioral criteria to anchor responding.

### Reactivity to the Experimental Situation

Humans actively interpret the situations they enter, including experimental treatment conditions, so that the meaning of the molar treatment package includes those reactions. This reactivity takes many forms.[3] Rosenzweig (1933) suggested

3. See Rosnow and Rosenthal (1997) for a far more extended treatment of this and the next threat, including an analysis of ethical issues and informed consent raised by these threats.

that research participants might try to guess what the experimenter is studying and then try to provide results the researcher wants to see. Orne (1959, 1962, 1969) showed that "demand characteristics" in the experimental situation might provide cues to the participant about expected behavior and that the participant might be motivated (e.g., by altruism or obedience) to comply. Reactivity includes placebo effects due to features of treatment not thought to be "active ingredients" (Shapiro & Shapiro, 1997; L. White, Tursky, & Schwartz, 1985). In drug research, for example, the mere act of being given a pill may cause improvement even if the pill contains only sugar. Rosenberg (1969) provided evidence that respondents are apprehensive about being evaluated by persons who are experts in the outcome and so may respond in ways they think will be seen as competent and psychologically healthy.

Rosenthal and Rosnow (1991) suggest many ways to reduce these problems, including many of those discussed previously with reactive self-report changes, but also by (1) making the dependent variable less obvious by measuring it outside the experimental setting, (2) measuring the outcome at a point much later in time, (3) avoiding pretests that provide cues about expected outcomes, (4) using the Solomon Four-Group Design to assess the presence of the problem, (5) standardizing or reducing experimenter interactions with participants, (6) using masking procedures that prevent participants and experimenters from knowing hypotheses,[4] (7) using deception when ethical by providing false hypotheses, (8) using quasi-control participants who are told about procedures and asked how they think they should respond, (9) finding a preexperimental way of satisfying the participant's desire to please the experimenter that satiates their motivation, and (10) making the conditions less threatening to reduce evaluation apprehension, including ensuring anonymity and confidentiality. These solutions are at best partial because it is impossible to prevent respondents from generating their own treatment-related hypotheses and because in field settings it is often impossible, impractical, or unethical to do some of them.

### Experimenter Expectancies

A similar class of problems was suggested by Rosenthal (1956): that the *experimenter's* expectancies are also a part of the molar treatment package and can influence outcomes. Rosenthal first took note of the problem in clinical psychology in his own dissertation on the experimental induction of defense mechanisms. He developed the idea extensively in laboratory research, especially in social psychology. But it has also been demonstrated in field research. In education, for example, the problem includes the Pygmalion effect, whereby teachers' expectancies

4. These procedures were called "blinding" in the past, as with double-blind designs; but we follow the recommendation of the American Psychological Association's (1994) Publication Manual in referring to masking rather than blinding.



about student achievements become self-fulfilling prophecies (Rosenthal, 1973a, 1973b). Those parts of the placebo effect from the previous threat that are induced by experimenter expectancies—such as a nurse telling a patient that a pill will help, even if the pill is an inert placebo—fall under this category as well. To reduce the problem, Rosenthal and Rosnow (1991) suggest (1) using more experimenters, especially if their expectancies can be manipulated or studied, (2) observing experimenters to detect and reduce expectancy-inducing behavior, (3) using masking procedures in which those who administer treatments do not know the hypotheses, (4) minimizing contacts between experimenter and participant, and (5) using control groups to assess the presence of these problems, such as placebo controls.

### Novelty and Disruption Effects

Bracht and Glass (1968) suggested that when an innovation is introduced, it can breed excitement, energy, and enthusiasm that contribute to success, especially if little innovation previously occurred.[5] After many years of innovation, however, introducing another one may not elicit welcoming reactions, making treatment less effective. Conversely, introducing an innovation may also be quite disruptive, especially if it impedes implementation of current effective services. The innovation may then be less effective. Novelty and disruption are both part of the molar treatment package.

### Compensatory Equalization

When treatment provides desirable goods or services, administrators, staff, or constituents may resist the focused inequality that results (Stevens, 1994).[6] For example, Schumacher and colleagues (1994) describe a study in which usual day care for homeless persons with substance abuse problems was compared with an enhanced day treatment condition. Service providers complained about the inequity and provided some enhanced services to clients receiving usual care. Thus the planned contrast broke down. Equalization can also involve taking benefits away from treatment recipients rather than adding them for control group members. In one study,

5. One instance of this threat is frequently called the "Hawthorne effect" after studies at Western Electric Company's Hawthorne site (Roethlisberger & Dickson, 1939). In an early interpretation of this research, it was thought that participants responded to the attention being given to them by increasing their productivity, whatever the treatment was. This interpretation has been called into question (e.g., Adair, 1973; Bramel & Friend, 1981; Gillespie, 1988); but the label "Hawthorne effect" is likely to continue to be used to describe it.

6. Cook and Campbell's (1979) previous discussion of this threat and the next three (resentful demoralization, compensatory rivalry, diffusion) may have misled some readers (e.g., Conrad & Conrad, 1994) into thinking that they occur only with random assignment. To the contrary, they result from a comparison process that can occur in any study in which participants are aware of discrepancies between what they received and what they might have received. Such comparison processes occur in quasi-experiments and are not even limited to research studies (see J. Z. Shapiro, 1984, for an example in a regression discontinuity design).

lawyers in a district attorney's office thought the treatment condition was too favorable to defendants and so refused to plea bargain with them at all (compensatory deprivation), as the treatment required them to do (Wallace, 1987). Such focused inequities may explain some administrators' reluctance to employ random assignment when they believe their constituencies want one treatment more than another. To assess this problem, interviews with administrators, staff, and participants are invaluable.

### Compensatory Rivalry

Public assignment of units to experimental and control conditions may cause social competition, whereby the control group tries to show it can do as well as the treatment group despite not getting treatment benefits. Saretsky (1972) called this a "John Henry effect" after the steel driver who, when he knew his output was to be compared with that of a steam drill, worked so hard that he outperformed the drill and died of overexertion. Saretsky gave the example of an education experiment in which the success of treatment-group performance contractors (commercial contractors paid according to the size of learning gains made by students) would threaten the job security of control teachers who might be replaced by those contractors. Hence teachers in the control groups may have performed much better than usual to avoid this possibility. Saretsky (1972), Fetterman (1982), and Walther and Ross (1982) describe other examples. Qualitative methods such as unstructured interviews and direct observation can help discover such effects. Saretsky (1972) tried to detect the effects by comparing performance in current control classes to the performance in the same classes in the years before the experiment began.

### Resentful Demoralization

Conversely, members of a group receiving a less desirable treatment or no treatment can be resentful and demoralized, changing their responses to the outcome measures (Bishop & Hill, 1971; Hand & Slocum, 1972; J. Z. Shapiro, 1984; Walther & Ross, 1982). Fetterman (1982) describes an evaluation of an educational program that solicited unemployed high school dropouts to give them a second chance at a career orientation and a high school diploma. Although the design called for assigning only one fourth of applicants to the control group so as to maximize participation, those assigned to the control group were often profoundly demoralized. Many had low academic confidence and had to muster up courage just to take one more chance, a chance that may really have been their last chance rather than a second chance. Resentful demoralization is not always this serious, but the example highlights the ethical problems it can cause. Of course, it is wrong to think that participant reactions are uniform. Lam, Hartwell, and Jekel (1994) show that those denied treatment report diverse reactions. Finally, Schumacher et al. (1994) show how resentful demoralization can occur in a group assigned to a *more* desirable treatment—client expectations for enhanced services were raised but then dashed when funds were cut and community resistance to proposed housing arrangements emerged. Reactivity problems can occur not just in reaction to other groups but also to one's own hopes for the future.



### Treatment Diffusion

Sometimes the participants in one condition receive some or all of the treatment in the other condition. For example, in Florida's Trade Welfare for Work experiment, about one fourth of all control group participants crossed over to receive the job-training treatment (D. Greenberg & Shroder, 1997). Although these crossovers were discovered by the researchers, participants who cross over often do it surreptitiously for fear that the researcher would stop the diffusion, so the researcher is frequently unaware of it. The problem is most acute in cases in which experimental and control units are in physical proximity or can communicate. For example, if Massachusetts is used as a control group to study the effects of changes in a New York abortion law, the true effects of the law would be obscured if those from Massachusetts went freely to New York for abortions. Diffusion can occur when both conditions are exposed to the same treatment providers, as in a study comparing behavior therapy with eclectic psychotherapy. The same therapists administered both treatments, and one therapist used extensive behavioral techniques in the eclectic condition (Kazdin, 1992). Preventing diffusion is best achieved by minimizing common influences over conditions (e.g., using different therapists for each condition) and by isolating participants in each condition from those in other conditions (e.g., using geographically separate units). When this is not practical, measurement of treatment implementation in both groups helps, for a small or nonexistent experimental contrast on implementation measures suggests that diffusion may have occurred (see Chapter 10).

## Construct Validity, Preexperimental Tailoring, and Postexperimental Specification

The process of assessing and understanding constructs is never fully done. The preceding treatment of construct validity emphasizes that, before the experiment begins, the researcher should critically (1) think through how constructs should be defined, (2) differentiate them from cognate constructs, and (3) decide how to index each construct of interest. We might call this the domain of intended application. Then we emphasized (4) the need to use multiple operations to index each construct when possible (e.g., multiple measures, manipulations, settings, and units) and when no single way is clearly best. We also indicated (5) the need to ensure that each

Case 4:05-cv-00074-GKF-fhm Document 579-11 Filed in USDC ND/OK on 08/01/11 Page 29 of 39



of the multiple operations reflects multiple methods so that single-method confounds (e.g., self-report biases) can be better assessed.

After the data have been collected and provisionally analyzed, researchers may reconsider the extent to which the initially conceptualized construct has or has not been achieved (the domain of achieved application), perhaps because the planned operations were not implemented as intended or because evidence suggests that constructs other than the intended ones may better represent what the study actually did. Some postexperimental respecification of constructs is almost inevitable, particularly in programs of research. Imagine an experiment intended to compare more credible with less credible communicators in which a difference on the outcome measure is found. If a reliable measure of communicator credibility suggests that a communicator was not perceived to be more credible in one experimental group than in another, the investigator is forced to use whatever means are available to specify what might have caused the observed effects if credibility did not. Or suppose that a manipulation affected two reliably measured exemplars of a particular construct but not three other reliable measures of the same construct. R. Feldman's (1968) experiment in Boston, Athens, and Paris used five measures of cooperation (the construct as conceived at the start of the study) to test whether compatriots receive greater cooperation than foreigners. The measures were: giving street directions; doing a favor by mailing a lost letter; giving back money that one could easily, but falsely, claim as one's own; giving correct change when one did not have to; and charging the correct amount to passengers in taxis. The data suggested that giving street directions and mailing the lost letter were differently related to the experimental manipulations than were forgoing chances to cheat in ways that would be to one's advantage. This forced Feldman to specify two kinds of cooperation (low-cost favors versus forgoing one's own financial advantage). However, the process of hypothesizing constructs and testing how well operations fit these constructs is similar both before the research begins and after the data are received.

Once a study has been completed, disagreements about how well a given study represents various constructs are common, with critics frequently leveling the charge that different constructs were sampled or operationalized from those the researcher claims was the case. Because construct validity entails socially creating *and recreating* the meanings of research operations, lasting resolutions are rare, and constructs are often revisited. Fortunately, these disagreements about the composition of constructs and about the best way to measure them make for better inferences about constructs because they can be successfully tested, not only across overlapping operational representations of the same definition but also across different (but overlapping) definitions of the same construct. For example, various language communities disagree about whether to include intent to harm as part of the construct of aggression. It is only when we have learned that such intent makes little difference to actual study outcomes that we can safely omit it from our description of the concept of aggression. Disagreements about construct definitions are potentially of great utility, therefore.



## EXTERNAL VALIDITY

External validity concerns inferences about the extent to which a causal relationship holds over variations in persons, settings, treatments, and outcomes. For example, the Transitional Employment Training Demonstration experiment randomly assigned 18- to 40-year-old adults with mental retardation to either a control condition receiving usual services or a treatment condition that received job training along with unsubsidized and potentially permanent jobs (Greenberg & Shroder, 1997). Results showed that the treatment improved both job placement and earnings. Yet the researchers noted serious remaining questions about the external validity of these effects. For example, their own data suggested that results were larger for participants with higher IQs and that participants with IQs less than 40 showed little or no gain; and their between-site analyses showed that success rates depended greatly on the kind of job in which the site tried to place the participant. The researchers also raised other external validity questions that their data did not allow them to explore. For example, the program was implemented in 12 sites in the United States, but no sites were in the South. In addition, only 5% of those who were sent invitation letters volunteered to participate; and of these, two thirds were screened out because they did not meet study eligibility criteria that included lack of severe emotional problems and likelihood of benefiting from treatment. Whether results would also be found in more severely disturbed, nonvolunteer retarded adults remains at issue. Further, the researchers noted that successful program participants were more adventuresome and willing to move from the well-established and comparatively safe confines of traditional sheltered employment into the real world of employment; they questioned whether less adventuresome retarded adults would show the same benefits.

As this example shows, external validity questions can be about whether a causal relationship holds (1) over variations in persons, settings, treatments, and outcomes that *were* in the experiment and (2) for persons, settings, treatments, and outcomes that *were not* in the experiment. Targets of generalization can be quite diverse:

- *Narrow to Broad:* For instance, from the persons, settings, treatments, and outcomes in an experiment to a larger population, as when a policymaker asks if the findings from the income maintenance experiments in New Jersey, Seattle, and Denver would generalize to the U.S. population if adopted as national policy.
- *Broad to Narrow:* From the experimental sample to a smaller group or even to a single person, as when an advanced breast cancer patient asks whether a newly-developed treatment that improves survival in general would improve her survival in particular, given her pathology, her clinical stage, and her prior treatments.
- *At a Similar Level:* From the experimental sample to another sample at about the same level of aggregation, as when a state governor considers adapting a new welfare reform based on experimental findings supporting that reform in a nearby state of similar size.

- *To a Similar or Different Kind:* In all three of the preceding cases, the targets of generalization might be similar to the experimental samples (e.g., from male job applicants in Seattle to male job applicants in the United States) or very different (e.g., from African American males in New Jersey to Hispanic females in Houston).
- *Random Sample to Population Members:* In those rare cases with random sampling, a generalization can be made from the random sample to other members of the population from which the sample was drawn.

Cronbach and his colleagues (Cronbach et al., 1980; Cronbach, 1982) argue that most external validity questions are about persons, settings, treatments, and outcomes that *were not* studied in the experiment—because they arise only after a study is done, too late to include the instances in question in the study. Some scientists reject this version of the external validity question (except when random sampling is used). They argue that scientists should be held responsible only for answering the questions they pose and study, not questions that others might pose later about conditions of application that might be different from the original ones. They argue that inferences to as-yet-unstudied applications are no business of science until they can be answered by reanalyses of an existing study or by a new study.

On this disagreement, we side with Cronbach. Inferences from completed studies to as-yet-unstudied applications are necessary to both science and society. During the last two decades of the 20th century, for example, researchers at the U.S. General Accounting Office's Program Evaluation and Methodology Division frequently advised Congress about policy based on reviews of past studies that overlap only partially with the exact application that Congress has in mind (e.g., Droitcour, 1997). In a very real sense, in fact, the essence of creative science is to move a program of research forward by incremental extensions of both theory and experiment into untested realms that the scientist believes are likely to have fruitful yields given past knowledge (e.g., McGuire, 1997). Usually, such extrapolations are justified because they are incremental variations in some rather than all study features, making these extrapolations to things not yet studied more plausible. For example, questions may arise about whether the effects of a worksite smoking prevention program that was studied in the private sector would generalize to public sector settings. Even though the public sector setting may never have been studied before, it is still a work site, the treatment and observations are likely to remain substantially the same, and the people studied tend to share many key characteristics, such as being smokers. External validity questions about what would happen if *all* features of a study were different are possible but are so rare in practice that we cannot even construct a plausible example.

On the other hand, it is also wrong to limit external validity to questions about as-yet-unstudied instances. Campbell and Stanley (1963) made no such distinction in their original formulation of external validity as asking the question, "to what populations, settings, treatment variables, and measurement variables



can this effect be generalized?" (p. 5). Indeed, one of the goals of their theory was to point out "numerous ways in which experiments can be made more valid externally" (p. 17). For example, they said that external validity was enhanced in single studies "if in the initial experiment we have demonstrated the phenomenon over a wide variety of conditions" (p. 19) and also enhanced by inducing "maximum similarity of experiments to the conditions of application" (p. 18). This goal of designing experiments to yield inferences that are "more valid externally" is not a novel concept. To the contrary, most experiments already test whether treatment effects hold over several different outcomes. Many also report whether the effect holds over different kinds of persons, although power is reduced as a sample is subdivided. Tests of effect stability over variations in treatments are limited to studies having multiple treatments, but these do occur regularly in the scientific literature (e.g., Wampold et al., 1997). And tests of how well causal relationships hold over settings also occur regularly, for example, in education (Raudenbush & Willms, 1995) and in large multisite medical and public health trials (Ioannidis et al., 1999).

Yet there are clear limits to this strategy. Few investigators are omniscient enough to anticipate all the conditions that might affect a causal relationship. Even if they were that omniscient, a full solution requires the experiment to include a fully heterogeneous range of units, treatments, observations, and settings. Diversifying outcomes is usually feasible. But in using multiple sites *or* many operationalizations of treatments *or* tests of causal relationships broken down by various participant characteristics, each becomes increasingly difficult; and doing all of them at once is impossibly expensive and logistically complex. Even if an experiment had the requisite diversity, detecting such interactions is more difficult than detecting treatment main effects. Although power to detect interactions can be increased by using certain designs (e.g., West, Aiken, & Todd, 1993), these designs must be implemented before the study starts, which makes their use irrelevant to the majority of questions about external validity that arise after a study is completed. Moreover, researchers often have an excellent reason *not* to diversify all these characteristics—after all, extraneous variation in settings and respondents is a threat to statistical conclusion validity. So when heterogeneous sampling is done because interactions are expected, the total sample size must be increased to obtain adequate power. This, too, costs money that could be used to improve other design characteristics. In a world of limited resources, designing studies to anticipate external validity questions will often conflict with other design priorities that may require precedence.

Sometimes, when the original study included the pertinent variable but did not analyze or report it, then the original investigator or others (in the latter case, called **secondary analysis;** Kiecolt & Nathan, 1990) can reanalyze data from the experiment to see what happens to the causal relationship as the variable in question is varied. For example, a study on the effects of a weight-loss program may have found it to be effective in a sample composed of both men and women. Later, a question may arise about whether the results would have held separately for

both men and women. If the original data can be accessed, and if they were coded and stored in such a way that the analysis is possible, the question can be addressed by reanalyzing the data to test this interaction.

Usually, however, the original data set is either no longer available or does not contain the required data. In such cases, reviews of published results from many studies on the same question are often excellent sources for answering external validity questions. As Campbell and Stanley (1963) noted, we usually "learn how far we can generalize an internally valid finding only piece by piece through trial and error" (p. 19), typically over multiple studies that contain different kinds of persons, settings, treatments, and outcomes. Scientists do this by conducting programs of research during their research careers, a time-consuming process that gives maximum control over the particular generalizations at issue. Scientists also do this by combining their own work with that of other scientists, combining basic and applied research or laboratory and field studies, as Dwyer and Flesch-Janys (1995) did in their review of the effects of Agent Orange in Vietnam. Finally, scientists do this by conducting quantitative reviews of many experiments that addressed a common question. Such **meta-analysis** is more feasible than secondary analysis because it does not require the original data. However, meta-analysis has problems of its own, such as poor quality of reporting or statistical analysis in some studies. Chapter 13 of this book discusses all these methods.

## Threats to External Validity

Estimates of the extent to which a causal relationship holds over variations in persons, settings, treatments, and outcomes are conceptually similar to tests of statistical interactions. If an interaction exists between, say, an educational treatment and the social class of children, then we cannot say that the same result holds across social classes. We know that it does not, for the significant interaction shows that the effect size is different in different social classes. Consequently, we have chosen to list threats to external validity in terms of interactions (Table 3.2) of the causal relationship (including mediators of that relationship) with (1) units, (2) treatments, (3) outcomes, and (4) settings.

However, our use of the word *interaction* in naming these threats is not intended to limit them to statistical interactions. Rather, it is the concept behind the interaction that is important—the search for ways in which a causal relationship might or might not change over persons, settings, treatments, and outcomes. If that question can be answered using an interaction that can be quantified and tested statistically, well and good. But the inability to do so should not stop the search for these threats. For example, in the case of generalizations to persons, settings, treatments, and outcomes that were not studied, no statistical test of interactions is possible. But this does not stop researchers from generating plausible hypotheses about likely interactions, sometimes based on professional experience and sometimes on related studies, with which to criticize the generalizability of



**TABLE 3.2 Threats to External Validity: Reasons Why Inferences About How Study Results Would Hold Over Variations in Persons, Settings, Treatments, and Outcomes May Be Incorrect**

1. *Interaction of the Causal Relationship with Units:* An effect found with certain kinds of units might not hold if other kinds of units had been studied.
2. *Interaction of the Causal Relationship Over Treatment Variations:* An effect found with one treatment variation might not hold with other variations of that treatment, or when that treatment is combined with other treatments, or when only part of that treatment is used.
3. *Interaction of the Causal Relationship with Outcomes:* An effect found on one kind of outcome observation may not hold if other outcome observations were used.
4. *Interactions of the Causal Relationship with Settings:* An effect found in one kind of setting may not hold if other kinds of settings were to be used.
5. *Context-Dependent Mediation:* An explanatory mediator of a causal relationship in one context may not mediate in another context.

experimental results and around which to design new studies. Nor should we be slaves to the statistical significance of interactions. Nonsignificant interactions may reflect low power, yet the result may still be of sufficient practical importance to be grounds for further research. Conversely, significant interactions may be demonstrably trivial for practice or theory. At issue, then, is not just the statistical significance of interactions but also their practical and theoretical significance; not just their demonstration in a data set but also their potential fruitfulness in generating compelling lines of research about the limits of causal relationships.

### *Interaction of Causal Relationship with Units*

In which units does a cause-effect relationship hold? For example, common belief in the 1980s in the United States was that health research was disproportionately conducted on white males—to the point where the quip became, "Even the rats were white males," because the most commonly used rats were white in color and because to facilitate homogeneity only male rats were studied.[7] Researchers became concerned that effects observed with human white males might not hold equally well for females and for more diverse ethnic groups, so the U.S. National

7. Regarding gender, this problem may not have been as prevalent as feared. Meinart, Gilpin, Unalp, and Dawson (2000) reviewed 724 clinical trials appearing between 1966 and 1998 in *Annals of Internal Medicine, British Medical Journal, Journal of the American Medical Association, Lancet,* and *New England Journal of Medicine.* They found in the U.S. journals that 55.2% of those trials contained both males and females, 12.2% contained males only, 11.2% females only, and 21.4% did not specify gender. Over all journals, 355,624 males and 550,743 females were included in these trials.

Institutes of Health (National Institutes of Health, 1994) launched formal initiatives to ensure that such variability is systematically examined in the future (Hohmann & Parron, 1996). Even when participants in an experiment belong to the target class of interest (e.g., African American females), those who are successfully recruited into an experiment may differ systematically from those who are not. They may be volunteers, exhibitionists, hypochondriacs, scientific do-gooders, those who need the proffered cash, those who need course credit, those who are desperate for help, or those who have nothing else to do. In the Arkansas Work Program experiment, for example, the program intentionally selected the most job-ready applicants to treat, and such "creaming" may result in effect estimates that are higher than those that would have been obtained for less job-ready applicants (Greenberg & Shroder, 1997). Similarly, when the unit is an aggregate such as a school, the volunteering organizations may be the most progressive, proud, or self-confident. For example, Campbell (1956), although working with the Office of Naval Research, could not get access to destroyer crews and had to use high-morale submarine crews. Can we generalize from such situations to those in which morale is lower?

#### *Interaction of Causal Relationship Over Treatment Variations*

Here, the size or direction of a causal relationship varies over different treatment variations. For example, reducing class size may work well when it is accompanied by substantial new funding to build new classrooms and hire skilled teachers, but it may work poorly if that funding is lacking, so that the new small classes are taught in temporary trailers by inexperienced teachers. Similarly, because of the limited duration of most experimental treatments, people may react differently than they would if the treatment were extended. Thus, in the New Jersey Income Maintenance Experiment, respondents reacted to an income that was guaranteed to them for 3 years only. Because of suspicion that the respondents would react differently if the treatment lasted longer, the later Seattle-Denver Income Maintenance Experiment contained some families whose benefits were guaranteed for 20 years, more like a permanent program (Orr, 1999). Similarly, the effects in a small-scale experimental test might be quite different from those in a full-scale implementation of the same treatment (Garfinkel, Manski, & Michalopoulos, 1992; Manski & Garfinkel, 1992). For example, this could happen if a social intervention is intended to cause changes in community attitudes and norms that could occur only when the intervention is widely implemented. In such cases, social experiments that are implemented on a smaller scale than that of the intended policy implementation might not cause these community changes. Finally, this threat also includes interaction effects that occur when treatments are administered jointly. Drug interaction effects are a well-known example. A drug may have a very positive effect by itself, but when used in combination with other drugs may be either deadly (the interaction of Viagra with certain blood pressure medications) or totally ineffective (the interaction of some antibiotics with dairy products). Conversely, a combination of drugs to treat AIDS may dramatically reduce death, but each drug by itself might be ineffective.



#### *Interaction of Causal Relationship with Outcomes*

Can a cause-effect relationship be generalized over different outcomes? In cancer research, for example, treatments vary in effectiveness depending on whether the outcome is quality of life, 5-year metastasis-free survival, or overall survival; yet only the latter is what laypersons understand as a "cure." Similarly, when social science results are presented to audiences, it is very common to hear comments such as: "Yes, I accept that the youth job-training program increases the likelihood of being employed immediately after graduation. But what does it do to adaptive job skills such as punctuality or the ability to follow orders?" Answers to such questions give a fuller picture of a treatment's total impact. Sometimes treatments will have a positive effect on one outcome, no effect on a second, and a negative effect on a third. In the New Jersey Income Maintenance Experiment, for example, income maintenance payments reduced the number of hours worked by wives in experimental families, had no effect on home ownership or major appliance purchases, and increased the likelihood that teenagers in experimental families would complete high school (Kershaw & Fair, 1977; Watts & Rees, 1976). Fortunately, this is the easiest study feature to vary. Consultation with **stakeholders** prior to study design is an excellent method for ensuring that likely questions about generalizability over outcomes are anticipated in the study design.

#### *Interaction of Causal Relationship with Settings*

In which settings does a cause-effect relationship hold? For example, Kazdin (1992) described a program for drug abusers that was effective in rural areas but did not work in urban areas, perhaps because drugs are more easily available in the latter settings. In principle, answers to such questions can be obtained by varying settings and analyzing for a causal relationship within each. But this is often costly, so that such options are rarely feasible. Sometimes, though, a single large site (e.g., a university) has some subsettings (e.g., different departments) that vary naturally along dimensions that might affect outcome, allowing some study of generalizability. Large multisite studies also have the capacity to address such issues (Turpin & Sinacore, 1991), and they are doing an increasingly sophisticated job of exploring the reasons why sites differ (Raudenbush & Willms, 1991).

#### *Context-Dependent Mediation*

Causal explanation is one of the five principles of causal generalization in the grounded theory we outlined in Chapter 1. Though we discuss this principle in more detail in Chapter 12, one part of explanation is identification of mediating processes. The idea is that studies of causal mediation identify the essential

processes that must occur in order to transfer an effect. However, even if a correct mediator is identified in one context, that variable may not mediate the effect in another context. For example, a study of the effects of a new health care insurance program in nonprofit hospitals might show that the program reduces costs through a reduction in the number of middle management positions. But this explanation might not generalize to for-profit hospitals in which, even if the cost reduction does occur, it may occur through reduction in patient services instead. In this example, the contextual change is settings, but it could also be a change in the persons studied or in the nature of the treatment or the outcome variables used. Context dependencies in any of these are also interactions—in this case an interaction of the mediator in the causal relationship with whatever feature of the context was varied. When such mediator variables can be identified and studied over multiple contexts, their consistency as mediators can be tested using multigroup structural equation models.

## Constancy of Effect Size Versus Constancy of Causal Direction

We have phrased threats to external validity as interactions. How large must these interactions be to threaten generalization? Does just a tiny change in effect size count as a failure to generalize? These questions are important statistically because a study with high power can detect even small variations in effect sizes over levels of a potential moderator. They are important philosophically because many theorists believe that the world is full of interactions by its very nature, so that statistical main effects will rarely describe the world with perfect accuracy (Mackie, 1974). And they are important practically because some scientists claim that complex statistical interactions are the norm, including Cronbach and Snow (1977) in education, Magnusson (2000) in developmental science, and McGuire (1984) in social psychology. It is entirely possible, then, that if robustness were specified as *constancy of effect sizes,* few causal relationships in the social world would be generalizable.

However, we believe that generalization often is appropriately conceptualized as *constancy of causal direction,* that the sign of the causal relationship is constant across levels of a moderator. Several factors argue for this. First, casual examination of many meta-analyses convinces us that, for at least some topics in which treatments are compared with control groups, causal signs often tend to be similar across individual studies even when the effect sizes vary considerably (e.g., Shadish, 1992a). Second, in the social policy world it is difficult to shape legislation or regulations to suit local contingencies. Instead, the same plan has to be promulgated across an entire nation or state to avoid focused inequities between individual places or groups. Policymakers hope for positive effects overall, despite the inevitable variability in effect sizes from site to site or person to person or over different kinds of outcomes or different ways of delivering the treatment. Their



fear is of different causal signs over these variations. Third, substantive theories are usually built around causal relationships whose occurrence is particularly dependable, not just those that are obviously novel. The former reduces the risk of theorizing about unstable phenomena—an unfortunate commonplace in much of today's social science! Fourth, the very nature of scientific theory is that it reduces complex phenomena to simpler terms, and minor fluctuations in effect size are often irrelevant to basic theoretical points. Because defining robustness in terms of constant effect sizes loses all these advantages, we favor a looser criterion based on the stability of causal signs, especially when research that some might call applied is involved.

Nonetheless, we would not abandon constancy of effect size entirely, for sometimes small differences in effect size have large practical or theoretical importance. An example is the case in which the outcome of interest is a harm, such as death. For instance, if the addition of an angiogenesis inhibitor to chemotherapy increases life expectancy in prostate cancer patients by only 6 months but the cost of the drug is low and it has no significant side effects, then many patients and their physicians would want that addition because of the value they place on having even just a little more time to live. Such judgments take into account individual differences in the value placed on small differences in effects, estimates of the contextual costs and benefits of the intervention, and knowledge of possible side effects of treatment. Again, judgments about the external validity of a causal relationship cannot be reduced to statistical terms.

## Random Sampling and External Validity

We have not put much emphasis on random sampling for external validity, primarily because it is so rarely feasible in experiments. When it is feasible, however, we strongly recommend it, for just as random assignment simplifies internal validity inferences, so random sampling simplifies external validity inferences (assuming little or no attrition, as with random assignment). For example, if an experimenter randomly samples persons before randomly assigning them to conditions, then random sampling guarantees—within the limits of sampling error—that the average causal relationship observed in the sample will be the same as (1) the average causal relationship that would have been observed in any other random sample of persons of the same size from the same population and (2) the average causal relationship that would have been observed across *all* other persons in that population who were not in the original random sample. That is, random sampling eliminates possible interactions between the causal relationship and the class of persons who are studied versus the class of persons who are not studied within the same population. We cite examples of such experiments in Chapter 11, though they are rare. Further, suppose the researcher also tests the interaction of treatment with a characteristic of persons (e.g., gender). Random sampling also guarantees that interaction will be the same in the groups defined in (1) and (2)—although power decreases as samples are sub-

divided. So, although we argue in Chapters 1 and 11 that random sampling has major practical limitations when combined with experiments, its benefits for external validity are so great that it should be used on those rare occasions when it is feasible.

These benefits hold for random samples of settings, too. For example, Puma, Burstein, Merrell, and Silverstein (1990) randomly sampled food stamp agencies in one randomized experiment about the Food Stamp Employment and Training Program. But random samples of settings are even more rare in experiments than are random samples of persons. Although defined populations of settings are fairly common—for example, Head Start Centers, mental health centers, or hospitals—the rarity of random sampling from these populations is probably due to the logistical costs of successfully randomly sampling from them, costs that must be added to the already high costs of multisite experiments.

Finally, these benefits also would hold for treatments and outcomes. But lists of treatments (e.g., Steiner & Gingrich, 2000) and outcomes (e.g., American Psychiatric Association, 2000) are rare, and efforts to defend random sampling from them are probably nonexistent. In the former case, this rarity exists because the motivation to experiment in any given study stems from questions about the effects of a particular treatment, and in the latter case it exists because most researchers probably believe diversity in outcome measures is better achieved by more deliberate methods such as the following.

### Purposive Sampling and External Validity

Purposive sampling of heterogeneous instances is much more frequently used in single experiments than is random sampling; that is, persons, settings, treatments, or outcomes are deliberately chosen to be diverse on variables that are presumed to be important to the causal relationship. For instance, if there is reason to be concerned that gender might moderate an effect, then both males and females are deliberately included. Doing so has two benefits for external validity. Most obviously, it allows tests of the interaction between the causal relationship and gender in the study data. If an interaction is detected, this is prima facie evidence of limited external validity. However, sometimes sample sizes are so small that responsible tests of interactions cannot be done, and in any case there will be many potential moderators that the experimenter does not think to test. In these cases, heterogeneous sampling still has the benefit of demonstrating that a main effect for treatment occurs *despite* the heterogeneity in the sample. Of course, random sampling demonstrates this even more effectively, for it makes the sample heterogeneous on every possible moderator variable; but deliberately heterogeneous sampling makes up for its weakness by being practical.

The same benefits ensue from purposive sampling of heterogeneous settings, so that it is common in multisite research to ensure some diversity in including, say, both public and private schools or both nonprofit and proprietary hospitals. Purposive sampling of heterogeneous outcome measures is so common in most areas of field experimentation that its value for exploring the generalizability of the effect is taken for granted, though there is surprisingly little theory trying to explain or predict such variability (e.g., Shadish & Sweeney, 1991). Purposive sampling of heterogeneous treatments in single experiments is again probably nonexistent, for the same reasons for which random sampling of treatments is not done. However, over a program of research or over a set of studies conducted by many different researchers, heterogeneity is frequently high for persons, settings, treatments, and outcomes. This is one reason that our grounded theory of causal generalization relies so heavily on methods for multiple studies.



## MORE ON RELATIONSHIPS, TRADEOFFS, AND PRIORITIES

At the end of Chapter 2, we discussed the relationship between internal and statistical conclusion validity. We now extend that discussion to other relationships between validity types and to priorities and tradeoffs among them.

### The Relationship Between Construct Validity and External Validity

Construct validity and external validity are related to each other in two ways. First, both are generalizations. Consequently, the grounded theory of generalization that we briefly described in Chapter 1 and that we extend significantly in Chapters 11 through 13 helps enhance both kinds of validities. Second, valid knowledge of the constructs that are involved in a study can shed light on external validity questions, especially if a well-developed theory exists that describes how various constructs and instances are related to each other. Medicine, for example, has well-developed theories for categorizing certain therapies (say, the class of drugs we call chemotherapies for cancer) and for knowing how these therapies affect patients (how they affect blood tests and survival and what their side effects are). Consequently, when a new drug meets the criteria for being called a chemotherapy, we can predict much of its likely performance before actually testing it (e.g., we can say it is likely to cause hair loss and nausea and to increase survival in patients with low tumor burdens but not advanced cases). This knowledge makes the design of new experiments easier by narrowing the scope of pertinent patients and outcomes, and it makes extrapolations about treatment effects likely to be more accurate. But once we move from these cases to most topics of field experimentation in this book, such well-developed theories are mostly lacking. In

these common cases, knowledge of construct validity provides only weak evidence about external validity. We provide some examples of how this occurs in Chapters 11 through 13.

However, construct and external validity are different from each other in more ways than they are similar. First, they differ in the kinds of inferences being made. The inference of construct validity is, by definition, always a *construct* that is applied to study instances. For external validity generalizations, the inference concerns whether the size or direction of a causal relationship changes over persons, treatments, settings, or outcomes. A challenge to construct validity might be that we have mischaracterized the settings in a health care study as private sector hospitals and that it would have been more accurate to call them private nonprofit hospitals to distinguish them from the for-profit hospitals that were not in the study. In raising this challenge, the size or direction of the causal relationship need never be mentioned.

Second, external validity generalizations cannot be divorced from the causal relationship under study, but questions about construct validity can be. This point is most clear in the phrasing of threats to external validity, which are always interactions of the *causal relationship* with some other real or potential persons, treatments, settings, or outcomes. There is no external validity threat about, say, the interaction of persons and settings without reference to the causal relationship. It is not that such interactions could not happen—it is well known, for example, that the number of persons with different psychiatric diagnoses that one finds in state mental hospitals is quite different from the number generally found in the outpatient offices of a private sector clinical psychologist. We can even raise construct validity questions about all these labels (e.g., did we properly label the setting as a state mental hospital? Or might it have been better characterized as a state psychiatric long-term-care facility to distinguish it from those state-run facilities that treat only short-term cases?). But because this particular interaction did not involve a causal relationship, it cannot be about external validity.

Of course, in practice we use abstract labels when we raise external validity questions. In the real world of science, no one would say, "I think this causal relationship holds for units on List A but not for units on List B." Rather, they might say, "I think that gene therapies for cancer are likely to work for patients with low tumor burden rather than with high tumor burden." But the use of construct labels in this latter sentence does not make external validity the same as, or even dependent on, construct validity. The parallel with internal validity is instructive here. No one in the real world of science ever talks about whether A caused B. Rather, they always talk about descriptive causal relationships in terms of constructs, say, that gene therapy increased 5-year survival rates. Yet we have phrased internal validity as concerning whether A caused B *without* construct labels in order to highlight the fact that the logical issues involved in validating a descriptive causal inference (i.e., whether cause precedes effect, whether alternative causes can be ruled out, and so forth) are orthogonal to the accuracy of those construct labels. The same point holds for external validity—the logical issues involved in knowing whether a causal relationship holds over variations in persons, settings, treatments, and outcomes are orthogonal to those involved in naming the constructs.

Third, external and construct validity differ in that we may be wrong about one and right about the other. Imagine two sets of units for which we have well-justified construct labels, say, males versus females or U.S. cities versus Canadian cities or self-report measures versus observer ratings. In these cases, the construct validity of those labels is not at issue. Imagine further that we have done an experiment with one of the two sets, say, using only self-report measures. The fact that we correctly know the label for the other set that we did not use (observer ratings) rarely makes it easier for us to answer the external validity question of whether the causal effect on self-reported outcomes would be the same as for observer-rated outcomes (the exception being those rare cases in which strong theory exists to help make the prediction). And the converse is also true: that I may have the labels for these two sets of units incorrect, but if I have done the same experiment with both sets of units, I still can provide helpful answers to external validity questions about whether the effect holds over the two kinds of outcomes despite using the wrong labels for them.

Finally, external and construct validity differ in the methods emphasized to improve them. Construct validity relies more on clear construct explication and on good assessment of study particulars, so that the match between construct and particulars can be judged. External validity relies more on tests of changes in the size and direction of a causal relationship. Of course, those tests cannot be done without some assessments; but that is also true of statistical conclusion and internal validity, both of which depend in practice on having assessments to work with.



## The Relationship Between Internal Validity and Construct Validity

Both internal and construct validity share in common the notion of confounds. The relationship between internal validity and construct validity is best illustrated by the four threats listed under internal validity in Cook and Campbell (1979) that are now listed under construct validity: resentful demoralization, compensatory equalization, compensatory rivalry, and treatment diffusion. The problem of whether these threats should count under internal or construct validity hinges on exactly what kinds of confounds they are. Internal validity confounds are forces that could have occurred in the absence of the treatment and could have caused some or all of the outcome observed. By contrast, these four threats would not have occurred had a treatment not been introduced; indeed, they occurred because the treatment was introduced, and so are part of the treatment condition (or perhaps more exactly, part of the treatment contrast). They threaten construct validity to the extent that they are usually not part of the intended conceptual structure of the treatment, and so are often omitted from the description of the treatment construct.

## Tradeoffs and Priorities

In the last two chapters, we have presented a daunting list of threats to the validity of generalized causal inferences. This might lead the reader to wonder if any single experiment can successfully avoid all of them. The answer is no. We cannot reasonably expect one study to deal with all of them simultaneously, primarily because of logistical and practical tradeoffs among them that we describe in this section. Rather, the threats to validity are heuristic devices that are intended to raise consciousness about priorities and tradeoffs, not to be a source of skepticism or despair. Some are much more important than others in terms of both prevalence and consequences for quality of inference, and experience helps the researcher to identify those that are more prevalent and important for any given context. It *is* more realistic to expect a program of research to deal with most or all of these threats over time. Knowledge growth is more cumulative than episodic, both with experiments and with other types of research. However, we do not mean all this to say that single experiments are useless or all equally full of uncertainty in the results. A good experiment does not have to deal with all threats but only with the subset of threats that a particular field considers most serious at the time. Nor is dealing with threats the only mark of a good experiment; for example, the best experiments influence a field by testing truly novel ideas (Eysenck & Eysenck, 1983; Harré, 1981).

In a world of limited resources, researchers always make tradeoffs among validity types in any single study. For example, if a researcher increases sample size in order to improve statistical conclusion validity, he or she is reducing resources that could be used to prevent treatment-correlated attrition and so improve internal validity. Similarly, random assignment can help greatly in improving internal validity, but the organizations willing to tolerate this are probably less representative than organizations willing to tolerate passive measurement, so external validity may be compromised. Also, increasing the construct validity of effects by operationalizing each of them in multiple ways is likely to increase the response burden and so cause attrition from the experiment; or, if the measurement budget is fixed, then increasing the number of measures may lower reliability for individual measures that must then be shorter.

Such countervailing relationships suggest how crucial it is in planning any experiment to be explicit about the priority ordering among validity types. Unnecessary tradeoffs between one kind of validity and another have to be avoided, and the loss entailed by necessary tradeoffs has to be estimated and minimized. Scholars differ in their estimate of which tradeoffs are more desirable. Cronbach (1982) maintains that timely, representative, but less rigorous studies can lead to reasonable causal inferences that have greater external validity, even if the studies are nonexperimental. Campbell and Boruch (1975), on the other hand, maintain that causal inference is problematic outside of experiments because many threats to internal validity remain unexamined or must be ruled out by fiat rather than through direct design or measurement. This is an example of the major and most discussed tradeoff—that between internal and external validity.



### Internal Validity: A Sine Qua Non?

Noting that internal validity and external validity often conflict in any given experiment, Campbell and Stanley (1963) said that "*internal validity* is the *sine qua non*" (p. 5).[8] This one statement gave internal validity priority for a generation of field experimenters. Eventually, Cronbach took issue with this priority, claiming that internal validity is "trivial, past-tense, and local" (1982, p. 137), whereas external validity is more important because it is forward looking and asks general questions. Because Cronbach was not alone in his concerns about the original validity typology, we discuss here the priorities among internal validity and other validities, particularly external validity.

Campbell and Stanley's (1963) assertion that internal validity is the sine qua non of experimentation is one of the most quoted lines in research methodology. It appeared in a book on experimental and quasi-experimental design, and the text makes clear that the remark was meant to apply *only* to experiments, not to other forms of research:

> *Internal validity* is the basic minimum without which any experiment is uninterpretable: Did in fact the experimental treatments make a difference in this specific experimental instance? *External validity* asks the question of *generalizability:* To what populations, settings, treatment variables, and measurement variables can this effect be generalized? Both types of criteria are obviously important, even though they are frequently at odds in that features increasing one may jeopardize the other. While *internal validity* is the *sine qua non,* and while the question of *external validity,* like the question of inductive inference, is never completely answerable, the selection of designs strong in both types of validity is obviously our ideal. This is particularly the case for research on teaching, in which generalization to applied settings of known character is the desideratum. (Campbell & Stanley, 1963, p. 5)

Thus Campbell and Stanley claimed that internal validity was necessary for experimental and quasi-experimental designs probing causal hypotheses, not for research generally. Moreover, the final sentence of this quote is almost always overlooked. Yet it states that external validity is a *desideratum* (purpose, objective, requirement, aim, goal) in educational research. This is nearly as strong a claim as the sine qua non claim about internal validity.

As Cook and Campbell (1979) further clarified, the sine qua non statement is, to a certain degree, a tautology:

> There is also a circular justification for the primacy of internal validity that pertains in any book dealing with experiments. The unique purpose of experiments is to provide stronger tests of *causal* hypotheses than is permitted by other forms of research, most of which were developed for other purposes. For instance, surveys were developed to describe population attitudes and reported behaviors while participant observation

8. *Sine qua non* is Latin for "without which not" and describes something that is essential or necessary. So this phrase describes internal validity as necessary.

> methods were developed to describe and generate new hypotheses about ongoing behaviors *in situ*. Given that the unique original purpose of experiments is cause-related, internal validity has to assume a special importance in experimentation since it is concerned with how confident one can be that an observed relationship between variables is *causal* or that the absence of a relationship implies *no cause*. (p. 84)

Despite all these disclaimers, many readers still misinterpret our position on internal validity. To discourage such misinterpretation, let us be clear: *Internal validity is not the sine qua non of all research. It does have a special (but not inviolate) place in cause-probing research, and especially in experimental research, by encouraging critical thinking about descriptive causal claims.* Next we examine some issues that must be examined before knowing exactly how high a priority internal validity should be.

### Is Descriptive Causation a Priority?

Internal validity can have high priority only if a researcher is self-consciously interested in a descriptive causal question from among the many competing questions on a topic that might be asked. Such competing questions could be about how the problem is formulated, what needs the treatment might address, how well a treatment is implemented, how best to measure something, how mediating causal processes should be understood, how meanings should be attached to findings, and how costs and fiscal benefits should be measured. Experiments rarely provide helpful information about these questions, for which other methods are to be preferred. Even when descriptive causation is a high priority, these other questions might also need to be answered, all within the same resource constraints. Then a method such as a survey might be preferred because it has a wider **bandwidth**[9] that permits answering a broader array of questions even if the causal question is answered less well than it would be with an experiment (Cronbach, 1982). The decision to prioritize on descriptive causal questions or some alternative goes far beyond the scope of this book (Shadish, Cook, & Leviton, 1991). Our presumption is that the researcher has already justified such a question before he or she begins work within the experimental framework being elaborated in this book.

### Can Nonexperimental Methods Give a Satisfactory Answer?

Even if a descriptive causal inference has been well justified as a high priority, experimental methods are still not the only choice. Descriptive causal questions can be studied nonexperimentally. This happens with correlational path analysis in sociology (e.g., Wright, 1921, 1934), with case-control studies in epidemiology (e.g.,

9. Cronbach's analogy is to radios that can have high bandwidth or high fidelity, there being a tradeoff between the two. **Bandwidth** means a method can answer many questions but with less accuracy, and **fidelity** describes methods that answer one or a few questions but with more accuracy.



Ahlbom & Norell, 1990), or with qualitative methods such as case studies (e.g., Campbell, 1975). The decision to investigate a descriptive causal question using such methods depends on many factors. Partly these reflect disciplinary traditions that developed for either good or poor reasons. Some phenomena are simply not amenable to the manipulation that experimental work requires, and at other times manipulation may be undesirable for ethical reasons or for fear of changing the phenomenon being studied in undesirable ways. Sometimes the cause of interest is not yet sufficiently clear, so that interest is more in exploring a range of possible causes than in zeroing in on one or two of them. Sometimes the investment of time and resources that experiments may require is premature, perhaps because insufficient pilot work has been done to develop a treatment in terms of its theoretical fidelity and practical implementability, because crucial aspects of experimental procedures such as outcome measurement are underdeveloped, or because results are needed more quickly than an experiment can provide. Premature experimental work is a common research sin.

However, the nature of nonexperimental methods can often prevent them from making internal validity the highest priority. The reason is that experimental methods match the requirements of causal reasoning more closely than do other methods, particularly in ensuring that cause precedes effect, that there is a credible source of counterfactual inference, and that the number of plausible alternative explanations is reduced. In their favor, however, the data generally used with nonexperimental causal methods often entail more representative samples of constructs than in an experiment and a broader sampling scheme that facilitates external validity. So nonexperimental methods will usually be less able to facilitate internal validity but equally or more able to promote external or construct validity. But these tendencies are not universal. Nonexperimental methods can sometimes yield descriptive causal inferences that are fully as plausible as those yielded by experiments, as in some epidemiological studies. As we said at the start of Chapter 2, validity is an attribute of knowledge claims, not methods. Internal validity depends on meeting the demands of causal reasoning rather than on using a particular method. No method, including the experiment, guarantees an internally valid causal inference, even if the experiment is often superior.

### The Weak and Strong Senses of Sine Qua Non

However, suppose the researcher has worked through all these matters and has decided to use an experiment to study a descriptive causal inference. Then internal validity can be a sine qua non in two senses. The weak sense is the tautological one from Campbell and Stanley (1963): "*internal validity* is the basic minimum without which any experiment is uninterpretable" (p. 5). That is, to do an experiment and have no interest in internal validity is an oxymoron. Doing an experiment makes sense only if the researcher has an interest in a descriptive causal question, and to have this interest without a concomitant interest in the validity of the causal answer seems hard to justify.

The strong sense in which internal validity can have priority occurs when the experimenter can exercise choice within an experiment about how much priority to give to each validity type. Unfortunately, any attempt to answer this question is complicated by the fact that we have no accepted measures of the amount of each kind of validity, and so it is difficult to tell how much of each validity is present. One option would be to use methodological indices, for example, claiming that randomized studies with low attrition yield inferences that are likely to be higher in internal validity. But such an index fails to measure the internal validity of other cause-probing studies. Another option would be to use measures based on the number of identified threats to validity that still remain to be ruled out. But the conceptual obstacles to such measures are daunting; and even if it were possible to construct them for all the validity types, we can think of no way to put them on the common metric that would be needed for making comparative priorities.

A feasible option is to use the amount of resources devoted to a particular validity type as an indirect index of its priority. After all, it is possible to reduce the resources given, say, to fostering internal validity and to redistribute them to fostering some other validity type. For example, a researcher might take resources that would otherwise be devoted to random assignment, to measuring selection bias, or to reducing attrition and use them either (1) to study a larger number of units (in order to facilitate statistical conclusion validity), (2) to implement several quasi-experiments on existing treatments at a larger number of representatively sampled sites (in order to facilitate external validity), or (3) to increase the quality of outcome measurement (in order to facilitate construct validity). Such resource allocations effectively reduce the priority of internal validity.

These allocation decisions vary as a function of many variables. One is the basic versus applied research distinction. Basic researchers have high interest in construct validity because of the key role that constructs play in theory construction and testing. Applied researchers tend to have more interest in external validity because of the particular value that accrues to knowledge about the reach of a causal relationship in applied contexts. For example, Festinger's (e.g., 1953) basic social psychology experiments were justly famous for the care they put into ensuring that the variable being manipulated was indeed cognitive dissonance. Similarly, regarding units, Piagetian developmental psychologists often devote extra resources to assessing whether children are at preoperational or concrete operational stages of development. By contrast, the construct validity of settings tends to be of less concern in basic research because few theories specify crucial target settings. Finally, external validity is frequently of the lowest interest in basic research. Much basic psychological research is conducted using college sophomores for the greater statistical power that comes through having large numbers of homogeneous respondent populations. The tradeoff is defended by the hope that the results achieved with such students will be general because they tap into general psychological processes—an assumption that needs frequent empirical testing. However, assuming (as we are) that these examples occurred in the context of an experiment, it is still unlikely that the basic researcher would let the resources given to internal validity fall below a minimally acceptable level.



By contrast, much applied experimentation has different priorities. Applied experiments are often concerned with testing whether a particular problem is alleviated by an intervention, so many readers are concerned with the construct validity of effects. Consider, for example, debates about which cost-of-living adjustment based on the Consumer Price Index (CPI) most accurately reflects the actual rise in living costs—or indeed, whether the CPI should be considered a cost-of-living measure at all. Similarly, psychotherapy researchers have debated whether traditional therapy outcome measures accurately reflect the notion of clinically significant improvement among therapy clients (Jacobson, Follette, & Revenstorf, 1984). Applied research also has great stake in plausible generalization to the specific external validity targets in which the applied community is interested. Weisz, Weiss, and Donenberg (1992), for example, suggested that most psychotherapy experiments were done with units, treatments, observations, and settings that are so far removed from those used in clinical practice as to jeopardize external validity inferences about how well psychotherapy works in those contexts.

It is clear from these examples that decisions about the relative priority of different validities in a given experiment cannot be made in a vacuum. They must take into account the status of knowledge in the relevant research literature generally. For example, in the "phase model" of cancer research at the National Institutes of Health (Greenwald & Cullen, 1984), causal inferences about treatment effects are always an issue, but at different phases different validity types have priority. Early on, the search for possibly effective treatments tolerates weaker experimental designs and allows for many false positives so as not to overlook a potentially effective treatment. As more knowledge accrues, internal validity gets higher priority to sort out those treatments that really do work under at least some ideal circumstances (efficacy studies). By the last phase of research, external validity is the priority, especially exploring how well the treatment works under conditions of actual application (effectiveness studies).

Relatively few programs of research are this systematic. However, one might view the four validity types as a loose guide to programmatic experimentation, instructing the researcher to iterate back and forth among them as comparative weaknesses in generalized causal knowledge of one kind or another become apparent. For example, many researchers start a program of research by noticing an interesting relationship between two variables (e.g., McGuire, 1997). They may do further studies to confirm the size and dependability of the relationship (statistical conclusion validity), then study whether the relationship is causal (internal validity), then try to characterize it more precisely (construct validity) and to specify its boundaries (external validity). Sometimes, the phenomenon that piques an experimenter's curiosity already has considerable external validity; for instance, the covariation between smoking and lung cancer across different kinds of people in different settings and at different times led to a program of research designed to determine if the relationship was causal, to characterize its size and dependability,

Case 4:08-cv-00074-GKF-fhm Document 579-11 Filed in USDC ND/OK on 08/01/11 Page 39 of 39



and then to explain it. Other times, the construct validity of the variables has already been subject to much attention, but the question of a causal relationship between them suddenly attracts notice. For instance, the construct validity of both race and intelligence had already been extensively studied when a controversy arose in the 1990s over the possibility of a causal relationship between them (Devlin, 1997; Herrnstein & Murray, 1994). Programs of experimental research can start at many different points, with existing knowledge lending strength to different kinds of inferences and with need to repair knowledge weaknesses of many different kinds. Across a program of research, all validity types are a high priority. By the end of a program of research, each validity type should have had its turn in the spotlight.

## SUMMARY

In Chapters 2 and 3, we have explicated the theory of validity that drives the rest of this book. It is a heavily pragmatic theory, rooted as much or more in the needs and experiences of experimental practice as in any particular philosophy of science. Chapter 2 presented a validity typology consisting of statistical conclusion validity, internal validity, construct validity, and external validity that retains the central ideas of Campbell and Stanley (1963) and Cook and Campbell (1979) but that does so in slightly expanded terms that extend the logic of generalizations to more parts of the experiment. With a few minor exceptions, the threats to validity outlined in previous volumes remain largely unchanged in this book.

However, the presentation to this point has been abstract, as any such theory must partly be. If the theory is to retain the pragmatic utility that it achieved in the past, we have to show how this theory is used to design and criticize cause-probing studies. We begin doing so in the next chapter, in which we start with the simplest quasi-experimental designs that have sometimes been used for investigating causal relationships, showing how each can be analyzed in terms of threats to validity and how those threats can be better diagnosed or sometimes reduced in plausibility by improving those designs in various ways. Each subsequent chapter in the book presents a new class of designs, each of which is in turn subject to a similar validity analysis—quasi-experimental designs with comparison groups and pretests, **interrupted time series designs, regression discontinuity designs,** and randomized designs. In all these chapters, the focus is primarily but not exclusively on internal validity. Finally, following the presentation of these designs, the emphasis is reversed as the book moves to a discussion of methods and designs for improving construct and external validity.

4

# Quasi-Experimental Designs That Either Lack a Control Group or Lack Pretest Observations on the Outcome

**Qua·si** (kwā´zī´, sī´, kwä´zī, sī´): [Middle English as if, from Old French from Latin *quasi: quam,* as; see *kwo-* in Indo-European Roots + *s,* if; see *swo-* in Indo-European Roots.] adj. Having a likeness to something; resembling: *a quasi success.*

WE BEGIN this chapter (and subsequent ones) with a brief example that illustrates the kind of design being discussed. In 1966, the Canadian Province of Ontario began a program to screen and treat infants born with phenylketonuria (PKU) in order to prevent PKU-based retardation. An evaluation found that, after the program was completed, 44 infants born with PKU experienced no retardation, whereas only 3 infants showed evidence of retardation—and of these three, two had been missed by the screening program (Webb et al., 1973). Statistics from prior years showed a higher rate of retardation due to PKU. Although the methodology in this study was quite primitive, particularly because it lacked a control group[1] that did not receive treatment, the authors concluded that the program successfully prevented PKU-based retardation. Subsequently, such programs were widely adopted in Canada and the United States and are still seen as extremely effective. How did this study achieve such a clear, correct, and useful conclusion when it used neither a control group nor random assignment? That is the topic of this chapter.

1. The term *control group* usually refers to a group that does not receive treatment; the more general term *comparison group* may include both control groups and alternative treatment groups.