# EXHIBIT 4

PR#67234                    GOAD, JOHN                    4/19/2011

Page 1

      IN THE UNITED STATES DISTRICT COURT

    FOR THE NORTHERN DISTRICT OF OKLAHOMA


D.G. by Next Friend G. Gail
Stricklin, et al., for
themselves and those similarly
situated,
                                    Class Action
        Plaintiff,
                                    Civil Action No.
    vs.                             08-CV-074-GKF-FHM

C. BRAD HENRY, in his official
capacity as Governor of the
State of Oklahoma, et al.,

        Defendant.


             JOHN GOAD, VOLUME I

               April 19, 2011


     The videotaped deposition of JOHN GOAD, taken

before Maria S. Winn, CSR, RPR and CRR, pursuant

to the Federal Rules of Civil Procedure for the

United States District Courts pertaining to the

taking of depositions, at the Hilton Orrington,

1710 Orrington Avenue, Evanston, Illinois,

commencing at 9:04 a.m. on April 19, 2011.

Page 154

1   did you tell her who your client was or who you
2   were consulting for?
3       A    Yes.
4       Q    Did you tell her Children's Rights?
5       A    Yes.
6       Q    Did you tell her that the job or the
7   potential job involved a lawsuit?
8       A    Yes.
9       Q    Did you show her any pleadings from the
10  lawsuit?
11      A    I don't believe I did.
12      Q    Did you show her your 2009 report, which
13  was Exhibit 1?
14      A    I don't think I did.  I remember thinking
15  about doing it, because I thought it would be
16  useful for her to look at the procedure portion of
17  it, but I think I opted not to, because I actually
18  didn't want her to read the conclusions.
19      Q    Now, there was an Inter-Rater Review test
20  done here.  Describe in general terms how that was
21  done, and then we may talk about it in more
22  particulars.
23      A    There were a number of cases that were
24  randomly selected -- here we go with that random
25  selection stuff again.

Page 155

1      That were randomly selected from the
2  samples that had already been selected in each of
3  the four categories, and they were reviewed both
4  by Adele Prass and by me.  And then Richard
5  Thompson compared the results of our findings in
6  those cases to determine whether or not, if asked
7  the same question, we would come up with the same
8  answer.
9      Q    So did Dr. Thompson select from the
10 samples, a smaller sample?
11     A    Correct.
12     Q    By some statistical method?
13     A    Some magical way.
14     Q    Some magical way, okay.
15          And then did you and Ms. Prass use the
16 Appendix B document and independently, separately
17 review those that were chosen?
18     A    Yes.
19     Q    And then Dr. Thompson took the data that
20 was entered in the system and did some statistical
21 thing that shows up in, I think, Appendix A?
22     A    Yes, he compared the results and came up
23 with Kappa scores.
24     Q    What's a Kappa score?
25     A    I can give you a somewhat crude