IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| D.G., by Next Friend G., Gail Stricklin, et al., | |
| Plaintiffs, | |
| vs. | Case No. 08-CV-74-GKF-FHM |
| C. BRAD HENRY, in his official capacity as Governor of the State of Oklahoma, et al., | |
| Defendants. | |

**OPINION AND ORDER**

The Defendants' Opposed Motion for Entry of an Order to File Under Seal [Dkt. 680] is GRANTED[1] for the reason the subject motion and related exhibits contain information protected under HIPAA.

SO ORDERED this 27th day of September, 2011.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

---

[1] The subject motion [Dkt. 614] and all related briefing has been placed under seal.