**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

D.G. by Next Friend G. Gail Stricklin; et a),  )
                                )
        PLAINTIFFS,       )
                                )
vs.                              )     CASE NO. 08-CV-074-GKF-FHM
                                )
BRAD YARBROUGH, et al.,       )
                                )
        DEFENDANTS.     )

**OPINION AND ORDER**

In response to the Court's Opinion and Order [Dkt. 738] Defendants have filed a notice withdrawing their OKDHS Defendants' Motion to Reconsider Opinion and Order [693]. Based upon Defendants' Notice of Position [Dkt. 740], Defendants Motion to Reconsider Opinion and Order [Dkt. 693] is WITHDRAWN and Plaintiff Children's Motion to Compel Production of Jay Dee Chase's Medical Records and the Deposition of His Doctor [Dkt. 712] is DENIED.

Plaintiff, Jay Dee Chase, shall give his deposition at the courthouse under the supervision of the undersigned and under reasonable restrictions, including the attendance of Mr. Chase's doctor if needed.

SO ORDERED this 5th day of December, 2011.


*Frank H. McCarthy*

**FRANK H. MCCARTHY**
**UNITED STATES MAGISTRATE JUDGE**