**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| D.G., by Next Friend G. Gail Stricklin; et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 08-CV-074-GKF-FHM |
| | ) |
| BRAD YARBROUGH, Chairman of the, | ) |
| Oklahoma Commission for Human Services, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING DHS DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF AN ORDER TO FILE UNDER SEAL [Dkt. 749]**

NOW on this 6th day of December, 2011, the Court considers *OKDHS Defendants' Unopposed Motion for Entry of an Order to File Under Seal* [DKT. 749]. The Court finds that good cause exists to grant the same.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that *OKDHS Defendants' Unopposed Motion for Entry of an Order to File Under Seal* should be, and hereby is, granted.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma