UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

D.G., et al.,

       Plaintiff(s),

vs.                                                   Case Number: 08-cv-74-GKF-FHM

Brad Henry, et al.,

       Defendant(s).

## SETTLEMENT CONFERENCE REPORT

On 01/04/2012 a Settlement Conference was held in the captioned matter.

    **X**    The litigation was settled; within seven (7) days, the parties are to file a motion seeking:

            (a) preliminary approval of the settlement agreement; and
            (b) authority for defendant to provide notice of the proposed settlement.

    ☐    The litigation was not settled.

    ☐    Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2012.

DATED: 01/04/2012.

                                                            _____
                                                             T. Lane Wilson
                                                             U.S. Magistrate Judge