# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

DG, et al,

Plaintiff(s),

vs.

C. Brad Henry, et al,

Defendant(s).

Case Number: 08-cv-74-GKF-FHM
Proceeding: Phone Conf. Re:.Settl. Approval
Date: 1-23-2012
Court Time: 2:00 - 2:30

**MINUTE SHEET**

Gregory K. Frizzell, U.S. District Judge | H. Overton, Deputy Clerk | Terri Beeler, Reporter

Counsel for Plaintiff: Fred Dorwart by phone

Counsel for Defendant: Kent Meyers by phone

Minutes:

Service of Settl. Notice discussed.

Obj. Due date 2-22-12

Hrg. Date 2-29-12 at 1:30 p.m., Parties will file amended mot. For preliminary Settl. Approval w/corrections..