# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| D.G., by Next Friend G. Gail Strickland et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 08-CV-074-GKF-FHM |
| BRAD YARBROUGH, Chairman of the ) Oklahoma Commission for Human Services, ) et al., ) | |
| Defendants. ) | |

## JUDGMENT OF DISMISSAL

Pursuant to the court's Final Order Approving Compromise and Settlement Agreement, this case is hereby dismissed with prejudice.

ENTERED this 29th day of February, 2012.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma