### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| D.G., by Next Friend G. Gail Stricklin, et al., for themselves and those similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Class Action  Case No. 08-CV-074-GKF-FHM |
| v. ) ) | |
| BRAD YARBROUGH, Chairman of the Oklahoma Commission for Human Services, in his official capacity, et al., ) ) ) ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Expedite Ruling on their Motion to Compel Production of Documents and Brief in Support (Dkt 804). Upon review of the motion, and for good cause shown, the Court GRANTS the Defendants' Unopposed Motion to Expedite Ruling (Dkt. 805). Plaintiffs' response to Defendants' Motion to Compel Production of Documents and Brief in Support ( Dkt 804) must be filed no later than August 13, 2012. Defendants' reply must be filed no later than August 17, 2012.

IT IS SO ORDERED this 6th day of August, 2012.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE