# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

D.G., et al,

                Plaintiff(s),

vs.                                      Case Number: 08-cv-074-GKF-FHM
                                            Proceeding: #804 Mot/Compel

Brad Yarbrough,                             Date: 8-21-2012
               Defendant(s).          Court Time: 10:00 a.m.

### MINUTE SHEET

Frank H. McCarthy, U.S. Magistrate Judge        J. Mayes, Deputy Clerk        C1

Counsel for Plaintiff: Frederick Dorwart

Counsel for Defendant: Kent Myers, Bob Nance

Minutes: Hearing held; [804] Motion to Compel is granted in part and denied in part as set out in the hearing.

Court Time

1 hr