**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| D.G., by Next Friend G. Gail Stricklin, et al., for themselves and those similarly situated, <br><br>    Plaintiffs, <br><br> v. <br><br> BRAD YARBROUGH, Chairman of the Oklahoma Commission for Human Services, in his official capacity, et al., <br><br>    Defendants. | Class Action <br> Case No. 08-CV-074-GKF-FHM |

**ORDER GRANTING LEAVE TO FILE BRIEF UNDER SEAL**

Defendants' Motion for Leave to File Brief Under Seal [Dkt. 821] comes on for consideration. For good cause shown, the motion is granted. Defendants are granted leave to file their Supplemental Brief on Rule 4.2 in Support of their Motion to Compel Discovery under seal.

It is so ordered this 31st day of August, 2012.

_____
**FRANK H. McCARTHY**
**UNITED STATES MAGISTRATE JUDGE**