## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| D.G. by Next Friend G. GAIL STRICKLIN, et al., for themselves and those similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BRAD YARBROUGH, Chairman of the Oklahoma commission for Human Services, in his official capacity, et al.,<br><br>　　　　　　　　　Defendants. | Case No.08-CV-074-GKF-FHM |

### **OPINION AND ORDER**

Defendants' Unopposed Sealed Motion to Redact Transcript of August 21, 2012 Hearing, [Dkt. 835] ,has been referred to the undersigned United States Magistrate Judge for decision.

Defendants seek to replace the name of a person in the transcript of the hearing held on August 21, 2012 with the designation "[source]." The reason for the request is to avoid subjecting the person named in the transcript to public criticism. The hearing was open to the public when it was conducted. The undersigned finds that the desire to avoid public criticism is not a sufficient reason for the requested redaction.

Defendants' Motion to Redact [Dkt. 835] is DENIED.

SO ORDERED this 17th day of October, 2012.

*/s/ Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE