### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| D.G., by Next Friend G. Gail Strickland, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-CV-074-GKF-FHM |
| ) | |
| BRAD YARBROUGH, Chairman of the ) | |
| Oklahoma Commission for Human Services, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

Pursuant to the court's Opinion and Order of March 31, 2013 [Dkt. #858] granting plaintiffs' Motion for Award of Class Counsel Fees and Expenses, judgment is hereby entered in favor of plaintiffs, DG, *et al.*, and against defendants, Brad Yarbrough, *et al.*, for attorney fees and expenses in the amount of $6,011,888.80.

ENTERED this 17th day of April, 2013.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT