# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| D.G., by Next Friend G. Gail Stricklin, *et al.*, | ) |
| for themselves and those similarly situated, | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | ) **Class Action** |
| | ) **Civil Action No. 08-CV-074-GKF-FHM** |
| C. BRAD HENRY, in his official capacity as | ) |
| Governor of the State of Oklahoma, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF SETTLEMENT

Plaintiff Children hereby advise the Court that the parties have settled all issues regarding

Plaintiff Children's Supplemental Motion for Award of Class Counsel Fees and Expenses (Dkt.

849) and the Motion is moot.


RESPECTFULLY SUBMITTED:


/s/ Frederic Dorwart
FREDERIC DORWART (Bar No. 2436)
*(signed by Filing attorney with permission)*
/s/ Paul DeMuro
PAUL DEMURO (Bar No. 17605)
*(signed by Filing attorney with permission)*
FREDERIC DORWART, LAWYERS
124 East Fourth Street
Tulsa, Oklahoma 74103-5010
Telephone: 918-583-9922
Facsimile: 918-583-8251
Email: FDorwart@fdlaw.com
       PDemuro@fdlaw.com

/s/ R. Thomas Seymour
R. THOMAS SEYMOUR (Bar No. 8099)
*(signed by Filing attorney with permission)*
/s/ Scott A. Graham
SCOTT A. GRAHAM (Bar No. 19817)
*(signed by Filing attorney with permission)*
SEYMOUR & GRAHAM, LLP
100 W. Fifth Street, Suite 550
Tulsa, Oklahoma 74103-4288
Telephone: 918-583-5791
Facsimile: 918-583-9251
Email: Rtseymour1@aol.com

/s/ Marcia Robinson Lowry
MARCIA ROBINSON LOWRY*(pro hac vice)*
*(signed by Filing attorney with permission)*
/s/ Ira P. Lustbader
IRA P. LUSTBADER *(pro hac vice)*
*(signed by Filing attorney with permission)*
/s/ William Kapell
WILLIAM KAPELL *(pro hac vice)*
*(signed by Filing attorney with permission)*
/s/ Patrick S. Almonrode
PATRICK S. ALMONRODE *(pro hac vice)*
*(signed by Filing attorney with permission)*
/s/ Miriam F. Ingber
MIRIAM F. INGBER *(pro hac vice)*
/s/ Laurence Drew Borten
LAURENCE DREW BORTEN *(pro hac vice)*
*(signed by Filing attorney with permission)*
/s/ Philip G. Barber
PHILIP G. BARBER *(pro hac vice)*
*(signed by Filing attorney with permission)*
/s/ Sarah Teresa Russo
SARAH TERESA RUSSO *(pro hac vice)*
*(signed by Filing attorney with permission)*
/s/ Jodi Miller
JODI MILLER
*(signed by Filing attorney with permission)*
CHILDREN'S RIGHTS
330 Seventh Avenue, Fourth Floor
New York, New York 10001
Telephone: (212) 683-2210
Facsimile: (212) 683-4015
Email: mlowry@childrensrights.org

/s/ Angela Vicari
ANGELA VICARI *(pro hac vice)*
*(signed by Filing attorney with permission)*
/s/ John Cahalan
JOHN CAHALAN *(pro hac vice)*
*(signed by Filing attorney with permission)*
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-8000
Email: pageraci@kayescholer.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 15th day of May, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

/s/Frederic Dorwart
Frederic Dorwart