# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| D.G., by Next Friend G. Gail Stricklin, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 08-CV-074-GKF-FHM |
| BRAD YARBROUGH, Chairman of the Oklahoma Commission for Human Services, et al., | ) |
| Defendants. | ) |

## NOTICE OF COMPLIANCE

The Oklahoma Department of Human Services (hereafter, DHS) submits this Notice of Compliance with the Judgment (Doc. 880) entered by this Court on June 5, 2018. In its Judgment, the Court ordered that the decision of the Co-Neutrals of March 5, 2018 (Doc. 871) be adopted in its entirety and entered as a judgment of the Court. The March 5, 2018 decision of the Co-Neutrals, amongst other things, required DHS to remove all the children from the Laura Dester Children's Center in Tulsa, Oklahoma no later than June 30, 2018. DHS has complied with the decision of the Co-Neutrals and the Judgment of this Court. As of June 27, 2018, all remaining children who had been placed in the Center have been removed and placed in designated placements. The Laura Dester Children's Center's resident population is now zero and the Center will no longer function as a shelter.

Respectfully submitted,

*s/ Emily B. Fagan*
Emily B. Fagan (OBA #22427)
Assistant General Counsel
Department of Human Services
P. O. Box 25352
Oklahoma City, OK  73125-0352
Telephone:  (405) 521-3638
Facsimile:  (405) 521-6816
Email:  Emily.Fagan@okdhs.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2018, the foregoing document was electronically submitted to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

| | | |
|---|---|---|
| Angela Rosalee Vicari | Kindanne Carole Jones | Scott David Boughton |
| D. Kent Meyers | Kristoper Edward Koepsel | Stephanie L. Theban |
| David Phillip Page | Marcia Robinson Lowry | Steven Alan Novick |
| Donald Mitchell Bingham | Melvin Curtis Hall | Thomas Martin Askew |
| Donna Marie De Simone | Paul DeMuro | |
| Dorothy Sharon Gentry | Phillip A. Geraci | |
| Frederic Dorwart | R. Thomas Syemour | |
| Holl M. Nigh | Robert Allen Nance | |
| John Patrick Mensching, Jr. | Sara Robinson-Glaser | |
| Joseph Walters | Scott Alan Graham | |

I further certify that on this 29th day of June, 2018, I served the foregoing document by e-mail, to the following:

Eileen Crummy
Kathleen Noonan
Kevin Ryan

*s/ Emily B. Fagan*
Emily B. Fagan