UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| D.G., by Next Friend G. Gail Stricklin; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-CV-074-GKF-FHM |
| ) | |
| C. Brad Henry, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court for consideration is the Motion to Withdraw as Counsel of Record for Defendants [Doc. No. 906] for Donna M. DeSimone. The Court having reviewed the Motion, and for good cause having been demonstrated, finds that the motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Donna M. DeSimone is hereby granted leave to withdraw as counsel of record for the Defendants in this matter.

DATED this 13th day of July, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE