IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| D.G., by Next Friend G. Gail Stricklin, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 08-CV-074-GKF-FHM |
| BRAD YARBROUGH, Chairman of the Oklahoma Commission for Human Services, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Parties' Joint Motion to Modify Settlement Agreement [Doc. 908]. The Court, being advised in the premises and being advised that there are no objections, FINDS and ORDERS that the Parties' motion should be and is hereby GRANTED.

IT IS SO ORDERED this 14th day of December, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE